Irving L. Berg, Bar No. 36273
THE BERG LAW GROUP
433 Town Center, No. 493
Corte Madera, California 94925
Tel. (415) 924-0742
Fax (415) 891-8208

(Additional Counsel on Signature Page)

Attorneys for Plaintiff BRANDY HUNT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

C 05 4993

| BRANDY HUNT, on behalf of herself and others similarly situated, | CIV. NO. |
|---|---|
| Plaintiff, | CLASS ACTION |
| vs. | COMPLAINT FOR VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT |
| CHECK RECOVERY SYSTEMS, INC., DOES 1 through 20., | |
| Defendants. | JURY TRIAL DEMANDED |

I.   **INTRODUCTION**

   1.   Defendant Check Recovery Systems, Inc. is a debt collector that attempts to gouge customers with unlawful interest while collecting dishonored checks.

   2.   Plaintiff seeks damages under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.* ("FDCPA"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

II.  **JURISDICTION**

   3.   This Court has jurisdiction pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue is appropriate in this District as all relevant events took place here.

III. **PARTIES**

CLASS ACTION COMPLAINT FOR VIOLATION OF FDCPA: Page 1

4. Plaintiff Brandy G. Hunt resides in South San Francisco, California, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

5. Defendant Check Recovery Systems, Inc. ("Defendant") is a foreign corporation in the business of collecting consumer debts. Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## IV. FACTS

6. On or about December 6, 2004, Defendant caused to be mailed to Plaintiff a letter regarding a check written by Plaintiff to Safeway in the amount of $137.15. Defendant's collection letter is attached hereto as Exhibit A.

7. Exhibit A, in part, states:

**ACCOUNT IDENTIFICATION**
Account:   16*SAF700*188575*--
Ref.#:     12908860
Creditor:  Safeway
Amount Due: $179.41

8. Exhibit A itemizes the alleged debt as:
Principal: $137.15
Interest: $7.26
Misc: $35.00
Amount Due: $179.41

9. The "Misc." amount demanded in Exhibit A is not permitted by any law or expressly authorized by the agreement creating the alleged debt.

10. The "Interest" demanded in Exhibit A is not authorized by any law or created by the contract creating the alleged debt.

11. Members of the class have incurred actual damages by payment of the amounts sought by Defendant in addition to the amount of the check.

## V. CLASS ALLEGATIONS

12. Plaintiff brings the class action on behalf of (i) all residents of the state of California (ii) who were sent a letter in the form of Exhibit A (iii) in an attempt to collect a debt resulting from a dishonored check (iv) which, according to the nature of the creditor or the debt, or the records of the payee or Defendant, was written for personal,

family, or household purposes (v) which was not returned as undelivered by the U.S. Post Office (vi) during the one year prior to the filing of this Class Action Complaint through the date of class certification.

13. The class is so numerous that joinder of all members is impracticable. On information and belief, the class includes at least one hundred class members.

14. There are questions of law and fact common to the class, including:

a. Defendant sent all of the class members a letter in the form of <u>Exhibit A</u>;

b. The common issues or questions of law are:

   i. whether Defendant is a debt collector pursuant to 15 U.S.C. § 1692a(6);

   ii. whether Defendant used any false, deceptive, or misleading representation or means in connection with the collection of any debt;

   iii. whether Defendant falsely represented the character, amount, or legal status of any debt;

   iv. whether Defendant used unfair or unconscionable means to collect or attempt to collect any debt; and

   v. whether Defendant collected or sought to collect any amount unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

14. Plaintiff's and the classes' claims are based on the same facts and legal theories.

15. Plaintiff will fairly and adequately protect the interests of the class. She has retained counsel experienced in handling class actions and FDCPA claims. Plaintiff and her counsel have no interests which may conflict with the interests of the class.

16. Certification of the class under Federal Rule of Civil Procedure 23(b)(2) is appropriate in that Defendant has acted on grounds generally applicable to the

class thereby making appropriate declaratory and equitable relief with respect to the class as a whole.

17. Certification of the class under Federal Rule of Civil Procedure 23(b)(3) is appropriate in that:

   a. The questions of law and fact common to the members of the classes predominate over any questions affecting an individual member; and

   b. a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

## VI. FIRST CLAIM FOR RELIEF
*VIOLATION OF THE FDCPA*

18. Defendant's violations of the FDCPA include, but are not limited to, the following:

   a. using any false, deceptive, or misleading representation or means in connection with the collection of any debt in violation of 15 U.S.C. § 1692e;

   b. falsely representing the character, amount, or legal status of any debt in violation of 15 U.S.C. § 1692e(2)(A);

   c. using unfair or unconscionable means to collect or attempt to collect any debt in violation of 15 U.S.C. § 1692f; and

   d. collecting any amount unless such amount is expressly authorized by the agreement creating the debt or permitted by law in violation of 15 U.S.C. § 1692f(1).

19. Plaintiff and the class seek statutory and actual damages pursuant to the FDCPA.

20. Plaintiff and the class seek costs and reasonable attorney's fees pursuant to the FDCPA.

**REQUEST FOR RELIEF**

Plaintiff Brandy Hunt requests that this Court grant the following relief in favor of herself and the class she seeks to represent and against Defendant Check Recovery Systems, Inc.: for:

- A. Declaratory judgment that Defendant's practices violate the FDCPA;
- B. Actual damages pursuant to 15 U.S.C. § 1692k;
- C. Statutory damages pursuant to 15 U.S.C. § 1692k;
- D. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k; and
- E. Such other and further relief as this Court deems just and reasonable.

**JURY DEMAND**

Plaintiff Brandy Hunt hereby demands that all claims herein be tried before a jury.

Dated: December 5, 2005

*[signature]*
Irving L. Berg
THE BERG LAW GROUP

Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 37806498
lopa@rockisland.com

O. Randolph Bragg (IL Bar No. 6221983)
Craig M. Shapiro (IL Bar No. 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 E Washington St Ste 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673 (Fax)
rand@horwitzlaw.com

ATTORNEYS FOR PLAINTIFF

# EXHIBIT A

PO Box 45405
Los Angeles, CA 90045-0274

**CHECK RECOVERY SYSTEMS**
PO Box 45405
Los Angeles, CA 90045-0274
(310) 636-1001    (800) 632-4001

December 06, 2004

**ACCOUNT IDENTIFICATION**
Account:      16*SAF700*188575*--
Ref.#:          12908860
Creditor:      Safeway
Amount Due: $179.41

16*SAF700*188575*--                          0000700/0002
Brandy G Hunt
3839 Radburn Dr
South San Francisco, CA 94080-4024

Dear Brandy G Hunt:

**CAN YOU AFFORD NOT TO PAY?**

Your returned check(s), with our client(s) referenced above, have still not been paid. Don't let this matter stand in the way of your future credit rating. Your account may soon be reported to the national credit bureaus. Send your payment today to avoid an adverse credit rating.

**THIS MATTER IS URGENT**

This notice has been sent to you by a collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose. If paid in full to this office, all collection activity will cease.

---

** Detach and Return with Payment **

Make checks payable and send to:
**Check Recovery Systems**

Principal: $137.15
Interest: $7.26
Misc: $35.00
Amount Due: $179.41
Amount Enclosed: _____

Account No.: 16*SAF700*188575*--
Ref.#: 12908860
Creditor: Safeway
Name: Brandy G Hunt

CHECK RECOVERY SYSTEMS
PO BOX 45405
LOS ANGELES, CA 90045-0274