Clerk's Use Only

Initial for fee pd.:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 19 PM 3: 11

Brandy G Hunt

Plaintiff(s),

v.

Check Recovery Systems, Inc.

Defendant(s).

CASE NO. C05-4993 EDL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, O. Randolph Bragg, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff, Brandy Hunt in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Irving Berg

255 Bush St, 16th Floor

San Francisco, CA 94104 415-924-0742

I declare under penalty of perjury that the foregoing in true and correct.

Dated: Dec. 13, 2005