1  LAW OFFICES OF CLARK GAREN    FILED
   CLARK GAREN, CALIFORNIA BAR #50564
2  P. O. BOX 1790,               05 DEC 19 PM 12: 06
   PALM SPRINGS, CALIFORNIA 92263
3  TELEPHONE: (760) 323-4901    RICHARD W. WIEKING
   FAX:       (760) 288-4080    CLERK US DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA
4
5  ATTORNEYS FOR DEFENDANT
   CHECK RECOVERY SYSTEMS, INC.

6

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 BRANDY HUNT, on behalf of herself  )   Case No. C 05 4993 EDL
   ad others similarly situated,      )
12                                     )
                  Plaintiff,           )   DECLINATION TO PROCEED
13                                     )   BEFORE A MAGISTRATE JUDGE
   -vs-                                )   AND REQUEST FOR
14                                     )   REASSIGNMENT TO A
   CHECK RECOVERY SYSTEMS, INC.,       )   UNITED STATES
15 et. al.,                            )   DISTRICT JUDGE
                                       )
16                Defendants.          )
                                       )
17 ─────────────────────────────────────

18     REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

19     The undersigned party hereby declines to consent to the

20 assignment of this case to a United States Magistrate Judge for

21 trial and disposition and hereby requests the reassignment of this

22 case to a United States District Judge.

23     Dated: December 17, 2005

24 LAW OFFICES OF CLARK GAREN

25 BY

26
   _____
27 CLARK GAREN,
   ATTORNEY FOR DEFENDANT
   IMPERIAL MERCHANT SERVICES, INC.,
28 d/b/a CHECK RECOVERY SYSTEMS

                      - 1 -

PROOF OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA          )
COUNTY OF RIVERSIDE          )  S.S.

I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258

On DECEMBER 17, 2005, I served the within DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE on the interested parties herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at NORTH PALM SPRINGS, CALIFORNIA addressed as follows:

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON DECEMBER 17, 2005 AT NORTH PALM SPRINGS, CALIFORNIA

CLARK GAREN, DECLARANT

- 2 -