UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDY HUNT,

    Plaintiff,

v.

CHECK RECOVERY SYSTEMS,

    Defendant.
_____/

No. C-05-04993 EDL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

      (2)   One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The CASE MANAGEMENT CONFERENCE previously scheduled for April 4, 2006, at 10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: December 21, 2005

Richard W. Wieking, Clerk
United States District Court

By: Lili M. Harrell
Deputy Clerk