**FILED**
JAN 0 9 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Brandy G Hunt

        Plaintiff(s),

v.

Check Recovery Systems, Inc.

        Defendant(s).

CASE NO. C05-4993 MJJ

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

O. Randolph Bragg, an active member in good standing of the bar of Illinois, whose business address and telephone number is 25 E Washington St., Ste 900, Chicago, IL 60602 (312)372-8822, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, Brandy Hunt.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/14/2005

                                         United States District Judge