```
 1  LAW OFFICES OF CLARK GAREN
    CLARK GAREN, CALIFORNIA BAR #50564
 2  P. O. BOX 1790,
    PALM SPRINGS, CALIFORNIA 92263
 3  TELEPHONE: (760) 323-4901
    FAX:       (760) 288-4080
 4
    ATTORNEYS FOR DEFENDANT
 5  CHECK RECOVERY SYSTEMS, INC.

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  BRANDY HUNT, on behalf of herself  )   Case No. C 05 4993 MJJ
    and others similarly situated,     )
12                                     )   NOTICE OF MOTION TO:
                    Plaintiff,         )   (1) DISMISS FOR LACK
13                                     )       OF JURISDICTION;
    -vs-                               )   (2) TRANSFER CASE TO
14                                     )       PENDING BANKRUPTCY COURT
    CHECK RECOVERY SYSTEMS, INC.,      )       ADVERSARY PROCEEDING;
15  et. al.,                           )   (3) STAY ALL PROCEEDINGS
                                       )       PENDING RESOLUTION OF
16                  Defendants.        )       BANKRUPTCY COURT
    _____    )       ADVERSARY PROCEEDING;
17
                                           Date:  April 4, 2006
18                                         Time:  9:30 A.M.
                                           Place: Courtroom 11,
19                                                19th Floor
```

20      TO BRANDY HUNT, on behalf of herself and others similarly

21 situated and to IRVING L. BERG AND THE BERG LAW GROUP, her

22 attorneys of record:

23      PLEASE TAKE NOTICE THAT, on April 4, 2006 at the hour of 9:30

24 A.M. in Courtroom 11 on the 19th floor, Defendant IMPERIAL MERCHANT

25 SERVICE, a California corporation, doing business as CHECK RECOVERY

26 SYSTEMS, incorrectly sued herein as CHECK RECOVERY SYSTEMS, INC.,

27 will move the Court to either:

28

- 1 -

1  (1) Dismiss this case for lack of jurisdiction;

2  (2) Transfer this case to the United States Bankruptcy Court for the Northern District of California to be heard in Adversary Case Number 05-3499 DM involving the same parties under the authority of 28 United States Code 157 ad General Order No. 24 of the United States District Court for the Northern District of California;

8  (3) Enter an order staying all proceedings in this case until there is a final resolution of Adversary Case Number 05-3499 now pending in the United States Bankruptcy Court for the Northern District of California.

12  The reason for this request is that the basis of pending action for violation of the Federal Fair Debt Collection Practices Act is that Defendant IMPERIAL MERCHANT SERVICE, a California corporation, doing business as CHECK RECOVERY SYSTEMS, incorrectly sued herein as CHECK RECOVERY SYSTEMS, INC. sent Plaintiff a collection notice for a returned check that included a charge of $35.00 for a returned check under the authority of *California Civil Code Section* 1714 and a charge for interest on a common count for goods, wares, and merchandise. In this lawsuit, Plaintiff claims the imposition of interest violates the Federal Fair Debt Collection Practices Act.

23  Defendant Defendant IMPERIAL MERCHANT SERVICE, a California corporation, doing business as CHECK RECOVERY SYSTEMS, incorrectly sued herein as CHECK RECOVERY SYSTEMS, INC. has filed Adversary Case Number 05-3499 seeking to have the **amount of** Plaintiff's determined and declared non-dischargeable. The determination of the balance actually due is an essential part of determining the issue

1  of whether the debt can be discharged, and is therefore a core
2  proceedings under 28 U.S.C. 157(b)(2)(I). Therefore, this Court no
3  longer has jurisdiction to determine whether interest can be
4  imposed on this debt. If this Court does not have jurisdiction to
5  determine whether interest can be imposed on this debt, this Court
6  does not have jurisdiction to adjudicate the pending Complaint for
7  violation of the Federal Fair Debt Collection Practices Act.

8      This motion will be based upon this Notice of Motion, the
9  Points and Authorities Attached hereto, and the Declaration of
10 Clark Garen and Exhibit 1 thereto, which is a copy of the Adversary
11 Complaint now on file in the United States Bankruptcy Court for the
12 Northern District of California, Adversary Case Number 05-3499 DM.

14     Dated: February 21, 2006

16                     LAW OFFICES OF CLARK GAREN

17                     BY

18                     _____
                      CLARK GAREN,
19                     ATTORNEY FOR DEFENDANT
                    IMPERIAL MERCHANT SERVICES, INC.,
20                     d/b/a CHECK RECOVERY SYSTEMS

27                     PROOF OF SERVICE BY MAIL
                      (1013a, 2015.5 C.C.P.)
28

- 3 -

STATE OF CALIFORNIA         )
COUNTY OF RIVERSIDE         ) S.S.

I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258

On FEBRUARY 21, 2006, I served the within NOTICE OF MOTION TO: (1) DISMISS FOR LACK OF JURISDICTION; (2) TRANSFER CASE TO PENDING BANKRUPTCY COURT ADVERSARY PROCEEDING; (3) STAY ALL PROCEEDINGS PENDING RESOLUTION OF BANKRUPTCY COURT ADVERSARY PROCEEDING; on the interested parties herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at NORTH PALM SPRINGS, CALIFORNIA addressed as follows:

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON FEBRUARY 21, 2006 AT NORTH PALM SPRINGS, CALIFORNIA

                                    _____
                                    CLARK GAREN, DECLARANT

LAW OFFICES OF CLARK GAREN
CLARK GAREN, CALIFORNIA BAR #50564
P. O. BOX 1790,

```
 1  PALM SPRINGS, CALIFORNIA 92263
    TELEPHONE: (760) 323-4901
 2  FAX:       (760) 288-4080

 3  ATTORNEYS FOR DEFENDANT
    CHECK RECOVERY SYSTEMS, INC.
 4
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT, on behalf of herself and others similarly situated, | Case No. C 05 4993 MJJ |
| Plaintiff, | DECLARATION OF CLARK GAREN IN SUPPORT OF NOTICE OF MOTION TO: (1) DISMISS FOR LACK OF JURISDICTION; |
| -vs- | (2) TRANSFER CASE TO PENDING BANKRUPTCY COURT ADVERSARY PROCEEDING; |
| CHECK RECOVERY SYSTEMS, INC., et. al., Defendants. | (3) STAY ALL PROCEEDINGS PENDING RESOLUTION OF BANKRUPTCY COURT ADVERSARY PROCEEDING; |

Date:  April 4, 2006
Time:  9:30 A.M.
Place: Courtroom 11, 19th Floor

I, CLARK GAREN, state and declare:

1. If duly called as a witness and sworn to give testimony herein, my testimony would be as hereinafter stated.

2. All of the facts stated herein are within my own, personal knowledge.

3. Attached hereto, marked Exhibit 1, is a true and correct copy of the Adversary Complaint filed by Defendant IMPERIAL MERCHANT SERVICE, a California corporation, doing business as CHECK

- 1 -

1  RECOVERY SYSTEMS, incorrectly sued herein as CHECK RECOVERY
2  SYSTEMS, INC., in the United States Bankruptcy Court for the
3  Northern District of California as Adversary Case Number 05-3499
4  DM, except that Exhibit A has been omitted to enable this document
5  to be electronically filed. Exhibit A will be available for
6  inspection by the Court at the hearing of this motion, and it will
7  be included with the hard copy courtesy copy.
8      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
9  AND CORRECT.
10      EXECUTED ON FEBRUARY 21, 2006 AT NORTH PALM SPRINGS,
11  CALIFORNIA.

                                          _____
                                          CLARK GAREN, DECLARANT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27 **EXHIBIT 1**
28
LAW OFFICES OF CLARK GAREN,
CLARK GAREN, CALIF. BAR #50564

- 3 -

```
 1  P. O. BOX 1790,
    PALM SPRINGS, CALIFORNIA 92263
 2  (STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
    TELEPHONE:      (760) 323-4901
 3  Fax:            (760) 288-4080

 4  ATTORNEYS FOR PLAINTIFFS
    IMPERIAL MERCHANT SERVICES, a California
 5  corporation, doing business as
    CHECK RECOVERY SYSTEMS
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:                             )<br>                                    )<br>BRANDY G. HUNT,                    )<br>                                    )<br>        Bankrupt.                  )<br>_____)<br>                                    )<br>IMPERIAL MERCHANT SERVICES, INC.,   )<br>a California corporation, doing    )<br>business as CHECK RECOVERY SYSTEMS,)<br>                                    )<br>        Plaintiff,                 )<br>                                    )<br>-vs-                                )<br>                                    )<br>BRANDY G. HUNT,                    )<br>                                    )<br>        Defendant.                 )<br>_____) | Bankruptcy Number:<br>05-33473 DM<br><br><br><br><br><br>ADVERSARY PROCEEDING<br>NUMBER: 05-3499 DM |

_____COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT
            UNDER 11 U.S.C. 523 AND COMPLAINT
                    TO DENY DISCHARGE

   PLAINTIFF ALLEGES:

_____JURISDICTION

   1. This Court is vested with jurisdiction over this claim by 28 *United States Code* 1334, 11 *United States Code* 523, and 11 *United States Code* 727, and proper venue because the Bankruptcy Proceeding is filed and pending in the above-entitled District. This Complaint is timely because the Clerk's Notice of Chapter 7

- 4 -

1  Bankruptcy Case fixed the Deadline to File a Complaint Objecting to
2  Discharge of the Debtor or to Determine Dischargeability of Certain
3  Debts as January 3, 2006.

CAST OF CHARACTERS

2. At all times mentioned herein, Plaintiff IMPERIAL MERCHANT SERVICES, INC., a California corporation, doing business as CHECK RECOVERY SERVICES was the holder of Check Number 139 which issued by Defendant BRANDY G. HUNT on July 5, 2004 in the sum of $137.15 to PACK N SAVE for the purchase of food. A copy of said check is attached hereto, marked Exhibit A, and incorporated herein by reference. Said check was returned by the bank upon which it was drawn marked "Not Sufficient Funds".

FIRST CAUSE OF ACTION
TO DETERMINE DISCHARGEABILITY
OF DEBT UNDER 11 U.S.C. 523

9. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 - 2, hereinabove, inclusive.

10. The debt described hereinabove in Paragraph 2 is money, property, services obtained by false pretenses, a false representation, or actual fraud, and said debt is therefore not eligible for discharge in accordance with the provisions of 11 *United States Code* 523(a)(2)(A).

11. The debt described hereinabove in Paragraph 3 is money, property, services obtained by a statement in writing that is materially false respecting the debtors financial condition on which the creditor reasonably relied and that the debtor caused to be made with the intent to deceive, and said debt is therefore not eligible for discharge in accordance with the provisions of 11 *United States Code* 523(a)(2)(B).

- 5 -

12. Plaintiff therefore requests that this Court determine this debt to be not dischargeable and to enter judgment in favor of Plaintiff and against Defendant in the sum of $137.15, together with fees of $35.0o imposed by *California Civil Code Section* 1719 and interest at 10% per annum on the common count for goods, wares, and merchandise from July 5, 2004.

SECOND CAUSE OF ACTION
TO DENY DISCHARGE
OF DEBT UNDER 11 U.S.C. 727

13. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 - 2, hereinabove, inclusive.

14. On September 29, 2005, Defendant filed a voluntary Petition in Bankruptcy. Schedule C of said petition listing exempt property claimed as Exempt property seventeen separate and distinct Fair Debt Collection Practices Act Lawsuits against seventeen different creditors. Said lawsuits were and are property of the estate.

15. On or about October 20, 2005, the debtor filed a Motion and Order allowing the Trustee to abandon the F.D.C.P.A. claim that Plaintiff had against Ameri-CK, INC. ONLY. Said Motion stated, on page 1, line 19, that "The exemption will be allowed if no objection is filed by December 14, 2005." On October 21, 2005, the Court signed and entered an order allowing the abandonment of the action against Ameri-CK, Inc. ONLY!

16. On December 5, 2005, Defendant filed a Civil Complaint against Plaintiff CHECK RECOVERY SERVICES in the Federal District Court of San Francisco as Case Number: C 05 4993 EDL for violations of the Federal Fair Debt Collection Practices Act that occurred prior to September 29, 2005.

- 6 -

1      17. Said actions constitute transfer, removal, or concealment
2  of property of the estate after the date of filing of the petition
3  by the defendant with intent to hinder, delay or defraud a creditor
4  or an officer charged with custody of property under this title in
5  violation of 11 U.S.C. 727(a)(2)(B).

6      18. By virtue of the actions described hereinabove in
7  Paragraph 17, the Court is precluded from granting the defendant a
8  discharge by 11 *United States Code* 727(a)(2)(B).

9
10     W H E R E F O R E, Plaintiffs pray judgment, according to
proof, as follows:
11     1. That the debt be declared not dischargeable;
12     2. For judgment in the sum of $172.15, together with interest
13 thereon at the rate of 10% per annum from July 5, 2005;
14     3. That defendant be denied Discharge;
15     4. For reasonable attorney fees;
16     5. For costs of suit incurred herein;
17     6. For such other and further relief as the Court deems just
18 and proper.
19
20 Dated: DECEMBER 15, 2005
21
22 LAW OFFICES OF CLARK GAREN
23 BY
24 _____
CLARK GAREN,
25 ATTORNEY FOR PLAINTIFF
P. O. BOX 1790,
26 PALM SPRINGS, CALIFORNIA 92263
TELEPHONE:     (760) 323-4901
27 FAX:           (760) 288-4080
               PROOF OF SERVICE BY MAIL
28                 (1013a, 2015.5 C.C.P.)

-7-

```
 1
    STATE OF CALIFORNIA           )
 2  COUNTY OF RIVERSIDE           )  S.S.

 3       I am a citizen of the United States and a Resident of the
    County Aforesaid; I am over the age of eighteen years and not a
 4  party to the within entitled action; my business address is:
    17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258
 5
         On FEBRUARY 21, 2006, I served the within DECLARATION OF CLARK
 6  GAREN IN SUPPORT OF MOTION TO: (1) DISMISS FOR LACK OF
    JURISDICTION; (2) TRANSFER CASE TO PENDING BANKRUPTCY COURT
    ADVERSARY PROCEEDING; (3) STAY ALL PROCEEDINGS PENDING RESOLUTION
 7  OF BANKRUPTCY COURT ADVERSARY PROCEEDING; on the interested parties
    herein in said action by placing a true copy thereof enclosed in a
 8  sealed envelope with postage thereon fully prepaid, in the United
    States mail at NORTH PALM SPRINGS, CALIFORNIA addressed as follows:
 9
    IRVING L. BERG,
10  THE BERG LAW GROUP,
    433 TOWN CENTER, NO. 493,
11  CORTE MADERA, CALIFORNIA 94925

12


13       I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
    AND CORRECT.
14
         EXECUTED ON FEBRUARY 21, 2006 AT NORTH PALM SPRINGS,
    CALIFORNIA
15

16

17
                                    _____
18                                  CLARK GAREN, DECLARANT

19

20

21

22

23

24

25

26

27

28
```

```
 1  LAW OFFICES OF CLARK GAREN
    CLARK GAREN, CALIFORNIA BAR #50564
 2  P. O. BOX 1790,
    PALM SPRINGS, CALIFORNIA 92263
 3  TELEPHONE: (760) 323-4901
    FAX:       (760) 288-4080
 4
    ATTORNEYS FOR DEFENDANT
 5  CHECK RECOVERY SYSTEMS, INC.
```

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>-vs-<br><br>CHECK RECOVERY SYSTEMS, INC., et. al.,<br><br>    Defendants. | Case No. C 05 4993 MJJ<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF MOTION TO:<br>(1) DISMISS FOR LACK OF JURISDICTION;<br>(2) TRANSFER CASE TO PENDING BANKRUPTCY COURT ADVERSARY PROCEEDING;<br>(3) STAY ALL PROCEEDINGS PENDING RESOLUTION OF BANKRUPTCY COURT ADVERSARY PROCEEDING;<br><br>Date:  April 4, 2006<br>Time:  9:30 A.M.<br>Place: Courtroom 11, 19th Floor |

                                I
            AN ADVERSARIAL COMPLAINT TO DENY DISCHARGE
               OF A DEBT IS A CORE PROCEEDING

    "Core proceedings include, but are not limited to--
     (I) determinations as to the dischargeability
         of particular debts."

    28 *United States Code* 157

- 1 -

## II
### EACH DISTRICT MAY PROVIDED FOR BANKRUPTCY PROCEEDINGS TO BE REFERRED TO THE BANKRUPTCY JUDGES

"Each district court may provide that any or all cases under title 11 {11 U.S.C.'s 101 et. seq.] and any or all proceedings arising under title 11 [11 U.S.C.'S 101 et. seq] or arising in or related to a case under title 11 [11 U.S.C.'S 101 et. seq.) shall be referred to the bankruptcy judges for the district."

28 *United States Code* 157

## III
### GENERAL ORDER NO. 24 REFERS ALL BANKRPTCY PROCEEDINGS TO THE BANKRUPTCY JUDGES

"CASES AND PROCEEDINGS UNDER TITLE 11, UNTIED STATES CODE.
This court hereby refers to the bankruptcy judges of this district all cases under title 11, and all proceedings arising under title 11 or arising in or related to cases under title 11."

General Order 24, Part I, 1.01

"CASES AND PROCEEDINGS UNDER THE BANKRUPTCY ACT OF 1898"

The bankruptcy judges of this district shall hear and determine cases and proceedings arising under the Bankruptcy Act of 1898, as amended, pursuant to sec. 403(a) of the Bankruptcy Reform Act of 1978."

General Order 24, Part I, 1.02

## IV
### DISMISSAL IS REQUIRED UNDER F.R.C.P. RULE 12(h)(3)

"Whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action."

*Rule* 12(h)(3), *Federal Rules of Civil Procedure*

V
CONCLUSION

This Court has no jurisdiction to hear this case because resolution of this case will require this Court to determine the balance due on the underlying debt. The determination of the balance due on the underlying debt will necessarily be determined in the pending Adversarial matter by the United States Bankruptcy Court for the Northern District of California. Therefore, this Court must either:

(1) Dismiss this case for lack of jurisdiction;

(2) Transfer this case to the United States Bankruptcy Court for the Northern District of California to be heard in Adversary Case Number 05-3499 DM involving the same parties under the authority of 28 United States Code 157 ad General Order No. 24 of the United States District Court for the Northern District of California;

(3) Enter an order staying all proceedings in this case until there is a final resolution of Adversary Case Number 05-3499 now pending in the United States Bankruptcy Court for the Northern District of California.

Dated: February 21, 2006

LAW OFFICES OF CLARK GAREN

BY

_____
CLARK GAREN,
ATTORNEY FOR DEFENDANT
IMPERIAL MERCHANT SERVICES, INC.,
d/b/a CHECK RECOVERY SYSTEMS

- 3 -

PROOF OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA       )
COUNTY OF RIVERSIDE       ) S.S.

    I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258

    On FEBRUARY 21, 2006, I served the within MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO: (1) DISMISS FOR LACK OF JURISDICTION; (2) TRANSFER CASE TO PENDING BANKRUPTCY COURT ADVERSARY PROCEEDING; (3) STAY ALL PROCEEDINGS PENDING RESOLUTION OF BANKRUPTCY COURT ADVERSARY PROCEEDING; on the interested parties herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at NORTH PALM SPRINGS, CALIFORNIA addressed as follows:

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

    EXECUTED ON FEBRUARY 21, 2006 AT NORTH PALM SPRINGS, CALIFORNIA

                                               CLARK GAREN, DECLARANT