```
 1  LAW OFFICES OF CLARK GAREN
    CLARK GAREN, CALIFORNIA BAR #50564
 2  P. O. BOX 1790,
    PALM SPRINGS, CALIFORNIA 92263
 3  TELEPHONE: (760) 323-4901
    FAX:       (760) 288-4080
 4
    ATTORNEYS FOR DEFENDANT
 5  CHECK RECOVERY SYSTEMS, INC.
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  BRANDY HUNT, on behalf of herself   )   Case No. C 05 4993 MJJ
    and others similarly situated,      )
12                                      )   MEMORANDUM OF POINTS AND
                                        )   AUTHORITIES IN SUPPORT OF
13                                      )   NOTICE OF MOTION TO:
                  Plaintiff,            )   (1) DISMISS FOR LACK
14                                      )   OF JURISDICTION;
    -vs-                                )   (2) TRANSFER CASE TO
15                                      )   PENDING BANKRUPTCY COURT
    CHECK RECOVERY SYSTEMS, INC.,       )   ADVERSARY PROCEEDING;
16  et. al.,                            )   (3) STAY ALL PROCEEDINGS
                                        )   PENDING RESOLUTION OF
17                Defendants.           )   BANKRUPTCY COURT
    _____)   ADVERSARY PROCEEDING;
18
                                            Date:   April 4, 2006
19                                          Time:   9:30 A.M.
                                            Place:  Courtroom 11,
20                                                  19th Floor
21
22                                  I
                  AN ADVERSARIAL COMPLAINT TO DENY DISCHARGE
23                    OF A DEBT IS A CORE PROCEEDING
24          "Core proceedings include, but are not limited to--
            (I) determinations as to the dischargeability
25              of particular debts."
26          28 United States Code 157
27
28
```

- 1 -

II
EACH DISTRICT MAY PROVIDED FOR
BANKRUPTCY PROCEEDINGS TO BE REFERRED
TO THE BANKRUPTCY JUDGES

"Each district court may provide that any or all cases under title 11 {11 U.S.C.'s 101 et. seq.] and any or all proceedings arising under title 11 [11 U.S.C.'S 101 et. seq] or arising in or related to a case under title 11 [11 U.S.C.'S 101 et. seq.) shall be referred to the bankruptcy judges for the district."

28 *United States Code* 157

III
GENERAL ORDER NO. 24 REFERS ALL BANKRPTCY
PROCEEDINGS TO THE BANKRUPTCY JUDGES

"CASES AND PROCEEDINGS UNDER TITLE 11, UNTIED STATES CODE.
This court hereby refers to the bankruptcy judges of this district all cases under title 11, and all proceedings arising under title 11 or arising in or related to cases under title 11."

General Order 24, Part I, 1.01

"CASES AND PROCEEDINGS UNDER THE BANKRUPTCY ACT OF 1898"

The bankruptcy judges of this district shall hear and determine cases and proceedings arising under the Bankruptcy Act of 1898, as amended, pursuant to sec. 403(a) of the Bankruptcy Reform Act of 1978."

General Order 24, Part I, 1.02

IV
DISMISSAL IS REQUIRED UNDER F.R.C.P. RULE 12(h)(3)

"Whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action."

*Rule* 12(h)(3), *Federal Rules of Civil Procedure*

V
CONCLUSION

This Court has no jurisdiction to hear this case because resolution of this case will require this Court to determine the balance due on the underlying debt. The determination of the balance due on the underlying debt will necessarily be determined in the pending Adversarial matter by the United States Bankruptcy Court for the Northern District of California. Therefore, this Court must either:

(1) Dismiss this case for lack of jurisdiction;

(2) Transfer this case to the United States Bankruptcy Court for the Northern District of California to be heard in Adversary Case Number 05-3499 DM involving the same parties under the authority of 28 United States Code 157 ad General Order No. 24 of the United States District Court for the Northern District of California;

(3) Enter an order staying all proceedings in this case until there is a final resolution of Adversary Case Number 05-3499 now pending in the United States Bankruptcy Court for the Northern District of California.

Dated: February 21, 2006

LAW OFFICES OF CLARK GAREN

BY

_____
CLARK GAREN,
ATTORNEY FOR DEFENDANT
IMPERIAL MERCHANT SERVICES, INC.,
d/b/a CHECK RECOVERY SYSTEMS

- 3 -

|   |   |
|---|---|
| 1 | PROOF OF SERVICE BY MAIL |
| 2 | (1013a, 2015.5 C.C.P.) |

STATE OF CALIFORNIA        )
COUNTY OF RIVERSIDE        ) S.S.

    I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258

    On FEBRUARY 21, 2006, I served the within MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO: (1) DISMISS FOR LACK OF JURISDICTION; (2) TRANSFER CASE TO PENDING BANKRUPTCY COURT ADVERSARY PROCEEDING; (3) STAY ALL PROCEEDINGS PENDING RESOLUTION OF BANKRUPTCY COURT ADVERSARY PROCEEDING; on the interested parties herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at NORTH PALM SPRINGS, CALIFORNIA addressed as follows:

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925


    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

    EXECUTED ON FEBRUARY 21, 2006 AT NORTH PALM SPRINGS, CALIFORNIA

                                    _____
                                    CLARK GAREN, DECLARANT