```
LAW OFFICES OF CLARK GAREN
CLARK GAREN, CALIFORNIA BAR #50564
P. O. BOX 1790,
PALM SPRINGS, CALIFORNIA 92263
TELEPHONE: (760) 323-4901
FAX:       (760) 288-4080

ATTORNEYS FOR DEFENDANT
CHECK RECOVERY SYSTEMS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT, on behalf of herself and others similarly situated,<br><br>            Plaintiff,<br><br>-vs-<br><br>CHECK RECOVERY SYSTEMS, INC., et. al.,<br><br>            Defendants. | Case No. C 05 4993 MJJ<br><br>DECLARATION OF CLARK GAREN IN SUPPORT OF NOTICE OF MOTION TO:<br>(1) DISMISS FOR LACK OF JURISDICTION;<br>(2) TRANSFER CASE TO PENDING BANKRUPTCY COURT ADVERSARY PROCEEDING;<br>(3) STAY ALL PROCEEDINGS PENDING RESOLUTION OF BANKRUPTCY COURT ADVERSARY PROCEEDING;<br><br>Date:  April 4, 2006<br>Time:  9:30 A.M.<br>Place: Courtroom 11, 19th Floor |

I, CLARK GAREN, state and declare:

1. If duly called as a witness and sworn to give testimony herein, my testimony would be as hereinafter stated.

2. All of the facts stated herein are within my own, personal knowledge.

3. Attached hereto, marked Exhibit 1, is a true and correct copy of the Adversary Complaint filed by Defendant IMPERIAL

- 1 -

1  MERCHANT SERVICE, a California corporation, doing business as CHECK
2  RECOVERY SYSTEMS, incorrectly sued herein as CHECK RECOVERY
3  SYSTEMS, INC., in the United States Bankruptcy Court for the
4  Northern District of California as Adversary Case Number 05-3499
5  DM, except that Exhibit A has been omitted to enable this document
6  to be electronically filed. Exhibit A will be available for
7  inspection by the Court at the hearing of this motion, and it will
8  be included with the hard copy courtesy copy.
9     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
10 AND CORRECT.
11    EXECUTED ON FEBRUARY 21, 2006 AT NORTH PALM SPRINGS,
12 CALIFORNIA.

                                  _____
                                  CLARK GAREN, DECLARANT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

```
 1  LAW OFFICES OF CLARK GAREN,
    CLARK GAREN, CALIF. BAR #50564
 2  P. O. BOX 1790,
    PALM SPRINGS, CALIFORNIA 92263
 3  (STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
    TELEPHONE:      (760) 323-4901
 4  Fax:            (760) 288-4080

 5  ATTORNEYS FOR PLAINTIFFS
    IMPERIAL MERCHANT SERVICES, a California
 6  corporation, doing business as
    CHECK RECOVERY SYSTEMS
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br>BRANDY G. HUNT,<br>      Bankrupt.<br>_____<br>IMPERIAL MERCHANT SERVICES, INC.,<br>a California corporation, doing<br>business as CHECK RECOVERY SYSTEMS,<br>      Plaintiff,<br>-vs-<br>BRANDY G. HUNT,<br>      Defendant.<br>_____ | Bankruptcy Number:<br>05-33473 DM<br><br><br><br>ADVERSARY PROCEEDING<br>NUMBER: 05-3499 DM |

COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT
UNDER 11 U.S.C. 523 AND COMPLAINT
TO DENY DISCHARGE

PLAINTIFF ALLEGES:

JURISDICTION

1. This Court is vested with jurisdiction over this claim by 28 *United States Code* 1334, 11 *United States Code* 523, and 11 *United States Code* 727, and proper venue because the Bankruptcy Proceeding is filed and pending in the above-entitled District.

-4-

This Complaint is timely because the Clerk's Notice of Chapter 7 Bankruptcy Case fixed the Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts as January 3, 2006.

## CAST OF CHARACTERS

2. At all times mentioned herein, Plaintiff IMPERIAL MERCHANT SERVICES, INC., a California corporation, doing business as CHECK RECOVERY SERVICES was the holder of Check Number 139 which issued by Defendant BRANDY G. HUNT on July 5, 2004 in the sum of $137.15 to PACK N SAVE for the purchase of food. A copy of said check is attached hereto, marked Exhibit A, and incorporated herein by reference. Said check was returned by the bank upon which it was drawn marked "Not Sufficient Funds".

## FIRST CAUSE OF ACTION
## TO DETERMINE DISCHARGEABILITY
## OF DEBT UNDER 11 U.S.C. 523

9. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 - 2, hereinabove, inclusive.

10. The debt described hereinabove in Paragraph 2 is money, property, services obtained by false pretenses, a false representation, or actual fraud, and said debt is therefore not eligible for discharge in accordance with the provisions of 11 *United States Code* 523(a)(2)(A).

11. The debt described hereinabove in Paragraph 3 is money, property, services obtained by a statement in writing that is materially false respecting the debtors financial condition on which the creditor reasonably relied and that the debtor caused to be made with the intent to deceive, and said debt is therefore not eligible for discharge in accordance with the provisions of 11

- 1 -

*United States Code* 523(a)(2)(B).

12. Plaintiff therefore requests that this Court determine this debt to be not dischargeable and to enter judgment in favor of Plaintiff and against Defendant in the sum of $137.15, together with fees of $35.0o imposed by *California Civil Code Section* 1719 and interest at 10% per annum on the common count for goods, wares, and merchandise from July 5, 2004.

SECOND CAUSE OF ACTION<br>TO DENY DISCHARGE<br>OF DEBT UNDER 11 U.S.C. 727

13. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 - 2, hereinabove, inclusive.

14. On September 29, 2005, Defendant filed a voluntary Petition in Bankruptcy. Schedule C of said petition listing exempt property claimed as Exempt property seventeen separate and distinct Fair Debt Collection Practices Act Lawsuits against seventeen different creditors. Said lawsuits were and are property of the estate.

15. On or about October 20, 2005, the debtor filed a Motion and Order allowing the Trustee to abandon the F.D.C.P.A. claim that Plaintiff had against Ameri-CK, INC. ONLY. Said Motion stated, on page 1, line 19, that "The exemption will be allowed if no objection is filed by December 14, 2005." On October 21, 2005, the Court signed and entered an order allowing the abandonment of the action against Ameri-CK, Inc. ONLY!

16. On December 5, 2005, Defendant filed a Civil Complaint against Plaintiff CHECK RECOVERY SERVICES in the Federal District Court of San Francisco as Case Number: C 05 4993 EDL for violations of the Federal Fair Debt Collection Practices Act that occurred

1  prior to September 29, 2005.

2      17. Said actions constitute transfer, removal, or concealment
3  of property of the estate after the date of filing of the petition
4  by the defendant with intent to hinder, delay or defraud a creditor
5  or an officer charged with custody of property under this title in
6  violation of 11 U.S.C. 727(a)(2)(B).

7      18. By virtue of the actions described hereinabove in
8  Paragraph 17, the Court is precluded from granting the defendant a
9  discharge by 11 *United States Code* 727(a)(2)(B).

10
11      W H E R E F O R E, Plaintiffs pray judgment, according to
    proof, as follows:
12      1. That the debt be declared not dischargeable;
13      2. For judgment in the sum of $172.15, together with interest
14  thereon at the rate of 10% per annum from July 5, 2005;
15      3. That defendant be denied Discharge;
16      4. For reasonable attorney fees;
17      5. For costs of suit incurred herein;
18      6. For such other and further relief as the Court deems just
19  and proper.

20
21  Dated: DECEMBER 15, 2005

22
23  LAW OFFICES OF CLARK GAREN
24  BY

25  _____
    CLARK GAREN,
26  ATTORNEY FOR PLAINTIFF
    P. O. BOX 1790,
27  PALM SPRINGS, CALIFORNIA 92263
    TELEPHONE:      (760) 323-4901
28  FAX:            (760) 288-4080

- 3 -

| | |
|---|---|
|1| PROOF OF SERVICE BY MAIL |
|2| (1013a, 2015.5 C.C.P.) |

STATE OF CALIFORNIA         )
COUNTY OF RIVERSIDE         )  S.S.

    I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258

    On FEBRUARY 21, 2006, I served the within DECLARATION OF CLARK GAREN IN SUPPORT OF MOTION TO: (1) DISMISS FOR LACK OF JURISDICTION; (2) TRANSFER CASE TO PENDING BANKRUPTCY COURT ADVERSARY PROCEEDING; (3) STAY ALL PROCEEDINGS PENDING RESOLUTION OF BANKRUPTCY COURT ADVERSARY PROCEEDING; on the interested parties herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at NORTH PALM SPRINGS, CALIFORNIA addressed as follows:

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

    EXECUTED ON FEBRUARY 21, 2006 AT NORTH PALM SPRINGS, CALIFORNIA

                                    CLARK GAREN, DECLARANT

- 4 -