```
LAW OFFICES OF CLARK GAREN,
CLARK GAREN, CALIF. BAR #50564
P. O. BOX 1790,
PALM SPRINGS, CALIFORNIA 92263
(STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
TELEPHONE:     (760) 323-4901
Fax:           (760) 288-4080

ATTORNEYS FOR PLAINTIFFS
IMPERIAL MERCHANT SERVICES, a California
corporation, doing business as
CHECK RECOVERY SYSTEMS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDY HUNT, on behalf of herself and others similarly situated, | Case No. C 05 4993 MJJ |
| | NOTICE OF RELATED ADVERSARY PROCEEDING |
| Plaintiff, | (Local Rule 7042-1) |
| -vs- | |
| CHECK RECOVERY SYSTEMS, INC., et. al., | |
| Defendants. | |

This case is related to:

In Re Chapter 7 Bankruptcy of BRANDY G. HUNT, Bankruptcy Number: 05-33473 DM and IMPERIAL MERCHANT SERVICES, INC., a California corporation, doing business as CHECK RECOVERY SYSTEMS, Plaintiff, -vs- BRANDY G. HUNT, Defendant, ADVERSARY PROCEEDING NUMBER: 05-3499 DM. This case was filed on December 15, 2005, and this case is at issue.

These cases are related because the fundamental issue in each case is the correct amount that BRANDY G. HUNT owes Collection Recovery Systems on an account for goods, wares, and

1

1  merchandise that was paid for with a check that was twice
2  returned marked "Not Sufficient Funds".
3
4
5  Dated: FEBRUARY 21, 2006
6
   LAW OFFICES OF CLARK GAREN
7
   BY
8
   _____
9  CLARK GAREN,
   ATTORNEY FOR PLAINTIFF
10 P. O. BOX 1790,
   PALM SPRINGS, CALIFORNIA 92263
11 TELEPHONE:     (760) 323-4901
   FAX:           (760) 288-4080
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

```
 1                    PROOF OF SERVICE BY MAIL AND BY FAX
                            (1013a, 2015.5 C.C.P.)
 2
    STATE OF CALIFORNIA            )
 3  COUNTY OF RIVERSIDE            )  S.S.

 4       I am a citizen of the United States and a Resident of the
    County Aforesaid; I am over the age of eighteen years and not a
 5  party to the within entitled action; my business address is:
    17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258
 6
         On FEBRUARY 21, 2006, I served the within NOTICE OF RELATED
 7  ADVERSARY PROCEEDING (Local Rule 7042-1) on the interested
    parties herein in said action by placing a true copy thereof
 8  enclosed in a sealed envelope with postage thereon fully prepaid,
    in the United States mail at NORTH PALM SPRINGS, CALIFORNIA
 9  addressed as follows:

10  IRVING L. BERG,
    THE BERG LAW GROUP,
11  433 TOWN CENTER, NO. 493,
    CORTE MADERA, CALIFORNIA 94925
12  ALSO VIA FAX: (415) 891-8202

13  JANINA M. ELDER,
    P. O. BOX 1657,
14  SANTA ROSA, CALIFORNIA 94502

15       I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
    TRUE AND CORRECT.
16
         EXECUTED ON FEBRUARY 21, 2006 AT NORTH PALM SPRINGS,
17  CALIFORNIA

18

19

20                             _____
                               CLARK GAREN, DECLARANT
21
```