1   Irving L. Berg (CA Bar No. 36273)
    THE BERG LAW GROUP
2   433 Town Center, PMB. 493
    Corte Madera, California 94925
3   (415) 924-0742
    (415) 891-8208 (Fax)
4   irvberg@comcast.net

5   ATTORNEYS FOR PLAINTIFF

6

7                   IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN FRANCISCO DIVISION

10  BRANDY G. HUNT, on behalf of herself        Case No: 05-4993 MJJ
    and all others similarly situated,
11                                              **PLAINTIFF'S REQUEST FOR
                                   Plaintiff,   JUDICIAL NOTICE**
12
    v.                                          Date:  April 4, 2006
13                                              Time: 9:30 a.m.
    CHECK RECOVERY SYSTEMS, INC.,               Location: Courtroom 11, 19th Flr.
14                                                        450 Golden Gate Avenue
                                   Defendant.             San Francisco, CA
15  _____/         Judge:    Martin J. Jenkins

16

17          Plaintiff Brandy Hunt hereby requests the Court to take judicial notice pursuant to Federal

18  Rule of Evidence 201 of attached documents in her bankruptcy case, bankruptcy schedules,

19  copies of which are attached hereto as <u>Exhibits A and B</u>, respectively, and Docket Sheet.  <u>Exhibit</u>

20  <u>C</u> and court order, <u>Exhibit D</u>.  See, e.g., *Veg.-Mix, Inc. v. United States Dep't of Agric.*, 832 F.2d

21  601, 607 (D.D.C. 1987) (court may take judicial notice of bankruptcy pleadings).  *See also*

22  *Wenger v. Johnson Controls Battery  Group, Inc.*, 2006 WL 272747

23  (D. Or. Feb. 1, 2006) (granting unopposed request for judicial notice of bankruptcy filings

24  / / /

25  / / /

26  / / /

27  / / /

28  PLAINTIFF'S REQUEST FOR JUDCIAL NOTICE              CASE NO. 05-4993 MJJ

1  and considering same in connection with motion to dismiss).

2

3  Dated: <u>March 12, 2006</u>          By:<u>/s/ Irving L. Berg</u>
                                         Irving L. Berg
4                                        THE BERG LAW GROUP

5                                        433 Town Center, PMB. 493
                                         Corte Madera, California 94925
6                                        (415) 924-0742
                                         (415) 891-8208 (Fax)
7                                         irvberg@comcast.net

8                                        Paul Arons, (CA Bar No. 84970)
                                         LAW OFFICE OF PAUL ARONS
9                                        685 Spring Street, #104
                                         Friday Harbor, WA  98250
10                                       (360) 378-6496

11                                       (360) 378-6498 (Fax)
                                         lopa@rockisland.com
12
                                         O. Randolph Bragg (IL Bar No. 6221983)
13                                       Craig M. Shapiro (IL Bar No. 6284475)
                                         HORWITZ, HORWITZ & ASSOCIATES, LTD.
14                                       25 E Washington St Ste 900
                                         Chicago, Illinois 60602
15                                       (312) 372-8822

16                                       (312) 372-1673 (Fax)
                                         rand@horwitzlaw.com
17
                                         ATTORNEYS FOR PLAINTIFF
18

19

20

21

22

23

24

25

26

27

28
   PLAINTIFF'S REQUEST FOR JUDCIAL NOTICE          CASE NO. 05-4993 MJJ

EXHIBIT A

IN RE Hunt, Brandy G                                    Case No. _____
                        Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Other personal property of any kind not already listed. Itemize. | | A.R.C. Accounts Recovery (U.S.A) LLC, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | AAA Credit Service Collection Agency, possible claim for violation of FDCPA, statutory damages | | 1,000.00 |
| | | Ameri-CK, Inc., possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | American Legal Corp., possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Certegy Payment Recovery Services, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Check Recovery Systems, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Credit Protection Association, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Credit Regulating Services, possible claim for violation of FDCPA, statutory damages | | 1,000.00 |
| | | Friedman & Wexler, LLC., possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Law Offices of Bennett & Deloney, possible claim for violation of FDCPA, statutory damages | | 1,000.00 |
| | | Marc D. Wasserman, Attorney at Law, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | NCO Financial Systems, Inc., possible claim for violation of FDCPA, statutory damages. | | 2,000.00 |
| | | Riddle & Associates, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Security Check, LLC, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | The Law Offices of Winn and Simms, APC, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Todd Rothard, Attorney at Law, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Xelco Collection Services, Inc., possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |

TOTAL     18,500.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

_1_ continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

**EXHIBIT B**

IN RE Hunt, Brandy G

Debtor(s)

Case No. _____

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| SCHEDULE B - PERSONAL PROPERTY | | | |
| Household furnishings | CCCP § 703.140(b)(3) | 250.00 | 250.00 |
| Wearing apparel | CCCP § 703.140(b)(3) | 250.00 | 250.00 |
| A.R.C. Accounts Recovery (U.S.A) LLC, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| AAA Credit Service Collection Agency, possible claim for violation of FDCPA, statutory damages | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Ameri-CK, Inc., possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| American Legal Corp., possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Certegy Payment Recovery Services, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Check Recovery Systems, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Credit Protection Association, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Credit Regulating Services, possible claim for violation of FDCPA, statutory damages | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Friedman & Wexler, LLC., possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Law Offices of Bennett & Deloney, possible claim for violation of FDCPA, statutory damages | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Marc D. Wasserman, Attorney at Law, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| NCO Financial Systems, Inc., possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 2,000.00 |
| Riddle & Associates, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Security Check, LLC, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| The Law Offices of Winn and Simms, APC, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Todd Rothard, Attorney at Law, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Xelco Collection Services, Inc., possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

EXHIBIT C

CANB Live Database - Docket Report                                    Page 1 of 3

**PreAct, CLOSED**

## U.S. Bankruptcy Court
## Northern District of California (San Francisco)
## Bankruptcy Petition #: 05-33473

| | |
|---|---|
| *Assigned to:* Judge Dennis Montali | *Date Filed:* 09/29/2005 |
| Chapter 7 | *Date Terminated:* |
| Voluntary | 01/09/2006 |
| No asset | *Date Discharged:* |
| | 01/09/2006 |

**Brandy G Hunt**                          represented by **Irving L. Berg**
3839 Radburn Dr                                            Berg Law Group
South San Francisco, CA 94080                              433 Corte Madera Town Center #493
SSN: xxx-xx-0914                                           Corte Madera, CA 94925
*Debtor*                                                   (415) 924-0742
                                                           Email: irvberg@comcast.net

**Janina M. Elder**
P.O. Box 1657
Santa Rosa, CA 95402
(707) 569-9508
*Trustee*

**Office of the U.S. Trustee / SF**
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104
(415) 705-3333
*U.S. Trustee*

| **Filing Date** | # | **Docket Text** |
|---|---|---|
| 09/29/2005 | 1 | Chapter 7 Voluntary Petition, Fee Amount $209, Filed by Brandy G Hunt. Order Meeting of Creditors due by 10/6/2005. (Berg, Irving) (Entered: 09/29/2005) |
| 09/29/2005 | 2 | Statement of Social Security Number. Filed by Debtor |

| | | |
|---|---|---|
| | | Brandy G Hunt (Berg, Irving) (Entered: 09/29/2005) |
| 09/29/2005 | | Receipt of filing fee for Voluntary Petition (Chapter 7)(05-33473) [misc,volp7] ( 209.00). Receipt number 2621977, amount $ 209.00 (U.S. Treasury) (Entered: 09/29/2005) |
| 09/29/2005 | | First Meeting of Creditors with 341(a) meeting to be held on 11/04/2005 at 02:30 PM at San Francisco U.S. Trustee Office. Objections for Discharge due by 01/03/2006. (admin, ) (Entered: 09/29/2005) |
| 09/30/2005 | 3 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) . (jjg, ) (Entered: 09/30/2005) |
| 10/02/2005 | 4 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)3 Generate 341 Notices). Service Date 10/02/2005. (Admin.) (Entered: 10/02/2005) |
| 10/20/2005 | 5 | Motion to Abandon *Motion for Order Allowing Trustee to Abandon Debtor's FDCPA Claim* Filed by Debtor Brandy G Hunt (Berg, Irving) (Entered: 10/20/2005) |
| 10/20/2005 | 6 | Motion to Abandon *Consent for Abandonment* Filed by Debtor Brandy G Hunt (Berg, Irving) (Entered: 10/20/2005) |
| 10/20/2005 | 7 | Certificate of Service (RE: related document(s)6 Motion to Abandon, 5 Motion to Abandon). (Berg, Irving) (Entered: 10/20/2005) |
| 10/21/2005 | 8 | Order allowing Abandonment of inconsequential property. (Related Doc # 5) (jjg, ) (Entered: 10/24/2005) |
| 11/09/2005 | | Trustee's Report of No Distribution: Trustee of this estate reports and declares under penalty of perjury that the section 341a Meeting of Creditors has been held and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no assets to administer for the benefit of creditors of this estate. I have received no funds or property of the estate, and paid no monies on account of the estate. |

| | | Wherefore, the trustee prays that this report be approved and the trustee be discharged from office. Section 341 Meeting of Creditors held on 11/4/2005. Tape Number: 42. Notes: (Elder, Janina) (Entered: 11/09/2005) |
|---|---|---|
| 12/16/2005 | 9 | Complaint by Clark Garen on behalf of Imperial Merchant Services, Inc. against Brandy G Hunt 05-03499; Nature of Suit(s): 426 (Dischargeability 523) , Fee Amount $ 250. Filed by Clark Garen on behalf of Imperial Merchant Services, Inc. . (ql, ) (Entered: 12/16/2005) |
| 01/09/2006 | 10 | Order Discharging Debtor and Final Decree (RE: related document(s) Meeting (Chapter 7)). (db, ) (Entered: 01/09/2006) |
| 01/09/2006 | | Bankruptcy Case Closed . (db, ) (Entered: 01/09/2006) |
| 01/11/2006 | 11 | BNC Certificate of Mailing - Order of Discharge and Final Decree (RE: related document(s)10 Order Discharging Debtor and Final Decree). Service Date 01/11/2006. (Admin.) (Entered: 01/11/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/12/2006 09:21:23 | | | |
| PACER Login: | bg0456 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 05-33473 Fil or Ent: Fil From: 1/12/2005 To: 1/12/2006 Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| Billable Pages: | 2 | Cost: | 0.16 |

# EXHIBIT D

Entered on Docket
March 06, 2006
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  433 Town Center, PMB 493          Signed and Filed: March 06, 2006
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4
   Attorney for Debtor /Defendant           DENNIS MONTALI
5                                          U.S. Bankruptcy Judge

6

7

8

9

10                    UNITED STATES BANKRUPTCY COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  In re:                              Bankruptcy No: 05-33473 DM 7
                                        Adv. Proc. No.: 05-3499  DM
14  BRANDY G. HUNT,
                                        [PROPOSED] ORDER
15            Debtor.
                                        Date: March 3, 2006
16  ────────────────────────────       Time: 10:00 a.m.
    IMPERIAL MERCHANT SERVICES, INC.,   Place: 235 Pine Street
17  a California corporation, doing business as        22md Floor San Francisco, CA
    CHECK RECOVERY SYSTEMS,             Judge: Honorable Dennis Montali
18
              Plaintiff,
19  vs.

20  BRANDY G. HUNT,

21            Defendant.
                                    /
22        On March 3, 2006, a hearing was held before this Court on Defendant's motion to

23  dismiss Plaintiff's complaint pursuant to Rule 7012(b)(6).

24        Defendant Brandy Hunt was represented by Irving L. Berg, Esq; Plaintiff Imperial

25  Merchants Services Inc. was represented by Clark Garen, Esq.

26        The Court has considered the entire record in this cause, and oral argument made before

27  the Court. GOOD CAUSE APPEARING, the Court exercises its discretion and treats the motion

28  as a Motion for Summary Judgment under Rule 7056. Based on the matters aforesaid  and the

1 | Court's findings as announced in open Court, the motion of Defendant Brandy Hunt is granted.

2 |     Plaintiff Imperial Merchants Services, Inc. is granted leave to amend its complaint no

3 | later than March 31, 2006. Should the complaint not be amended, judgment shall be entered in

4 | favor of Brandy Hunt.

5 |                             \*\* END OF ORDER\*\*

1   Irving L. Berg (CA Bar No. 36273)
    THE BERG LAW GROUP
2   433 Town Center, PMB. 493
    Corte Madera, California 94925
3   (415) 924-0742
    (415) 891-8208 (Fax)
4   irvberg@comcast.net

5   ATTORNEYS FOR PLAINTIFF

6

                    **IN THE UNITED STATES DISTRICT COURT**
7
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8
                          **SAN FRANCISCO DIVISION**
9

10  BRANDY G. HUNT, on behalf of herself        Case No: 05-4993 MJJ
    and all others similarly situated,
11                                              **PLAINTIFF'S REQUEST FOR**
                           Plaintiff,           **JUDICIAL NOTICE**
12
    v.                                          Date:  April 4, 2006
13                                              Time: 9:30 a.m.
    CHECK RECOVERY SYSTEMS, INC.,               Location: Courtroom 11, 19th Flr.
14                                                        450 Golden Gate Avenue
                           Defendant.                     San Francisco, CA
15  _____/           Judge:    Martin J. Jenkins

16

17       Plaintiff Brandy Hunt hereby requests the Court to take judicial notice pursuant to Federal

18  Rule of Evidence 201 of attached documents in her bankruptcy case, bankruptcy schedules,

19  copies of which are attached hereto as Exhibits A and B, respectively, and Docket Sheet. Exhibit

20  C and court order, Exhibit D.  See, e.g., *Veg.-Mix, Inc. v. United States Dep't of Agric.*, 832 F.2d

21  601, 607 (D.D.C. 1987) (court may take judicial notice of bankruptcy pleadings).  *See also*

22  *Wenger v. Johnson Controls Battery  Group, Inc.*, 2006 WL 272747

23  (D. Or. Feb. 1, 2006) (granting unopposed request for judicial notice of bankruptcy filings

24  / / /

25  / / /

26  / / /

27  / / /

28  PLAINTIFF'S REQUEST FOR JUDCIAL NOTICE              CASE NO. 05-4993 MJJ

1   and considering same in connection with motion to dismiss).

2

3   Dated: <u>March 12, 2006</u>          By:<u>/s/ Irving L. Berg</u>
                                        Irving L. Berg

4                                      THE BERG LAW GROUP

5                                      433 Town Center, PMB. 493
                                     Corte Madera, California 94925

6                                      (415) 924-0742
                                     (415) 891-8208 (Fax)

7                                       irvberg@comcast.net

8                                      Paul Arons, (CA Bar No. 84970)
                                     LAW OFFICE OF PAUL ARONS

9                                      685 Spring Street, #104
                                     Friday Harbor, WA 98250

10                                    (360) 378-6496

11                                  (360) 378-6498 (Fax)
                               lopa@rockisland.com

12                                    O. Randolph Bragg (IL Bar No. 6221983)

13                                  Craig M. Shapiro (IL Bar No. 6284475)
                               HORWITZ, HORWITZ & ASSOCIATES, LTD.

14                                25 E Washington St Ste 900
                             Chicago, Illinois 60602

15                              (312) 372-8822

16                            (312) 372-1673 (Fax)
                         rand@horwitzlaw.com

17                          ATTORNEYS FOR PLAINTIFF

18

19

20

21

22

23

24

25

26

27

28   PLAINTIFF'S REQUEST FOR JUDCIAL NOTICE           CASE NO. 05-4993 MJJ

EXHIBIT A

IN RE Hunt, Brandy G _____    Case No. _____
                                      Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Other personal property of any kind not already listed. Itemize. | | A.R.C. Accounts Recovery (U.S.A) LLC, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | AAA Credit Service Collection Agency, possible claim for violation of FDCPA, statutory damages | | 1,000.00 |
| | | Ameri-CK, Inc., possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | American Legal Corp., possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Certegy Payment Recovery Services, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Check Recovery Systems, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Credit Protection Association, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Credit Regulating Services, possible claim for violation of FDCPA, statutory damages | | 1,000.00 |
| | | Friedman & Wexler, LLC., possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Law Offices of Bennett & Deloney, possible claim for violation of FDCPA, statutory damages | | 1,000.00 |
| | | Marc D. Wasserman, Attorney at Law, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | NCO Financial Systems, Inc., possible claim for violation of FDCPA, statutory damages. | | 2,000.00 |
| | | Riddle & Associates, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Security Check, LLC, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | The Law Offices of Winn and Simms, APC, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Todd Rothard, Attorney at Law, possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |
| | | Xelco Collection Services, Inc., possible claim for violation of FDCPA, statutory damages. | | 1,000.00 |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

TOTAL    18,500.00

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____1_ continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

EXHIBIT B

IN RE Hunt, Brandy G

_____ Case No. _____
Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| SCHEDULE B - PERSONAL PROPERTY | | | |
| Household furnishings | CCCP § 703.140(b)(3) | 250.00 | 250.00 |
| Wearing apparel | CCCP § 703.140(b)(3) | 250.00 | 250.00 |
| A.R.C. Accounts Recovery (U.S.A) LLC, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| AAA Credit Service Collection Agency, possible claim for violation of FDCPA, statutory damages | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Ameri-CK, Inc., possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| American Legal Corp., possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Certegy Payment Recovery Services, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Check Recovery Systems, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Credit Protection Association, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Credit Regulating Services, possible claim for violation of FDCPA, statutory damages | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Friedman & Wexler, LLC., possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Law Offices of Bennett & Deloney, possible claim for violation of FDCPA, statutory damages | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Marc D. Wasserman, Attorney at Law, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| NCO Financial Systems, Inc., possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 2,000.00 |
| Riddle & Associates, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Security Check, LLC, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| The Law Offices of Winn and Simms, APC, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Todd Rothard, Attorney at Law, possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Xelco Collection Services, Inc., possible claim for violation of FDCPA, statutory damages. | CCCP § 703.140(b)(5) | 1,000.00 | 1,000.00 |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

EXHIBIT C

CANB Live Database - Docket Report                                    Page 1 of 3

**PreAct, CLOSED**

## U.S. Bankruptcy Court
### Northern District of California (San Francisco)
### Bankruptcy Petition #: 05-33473

*Assigned to:* Judge Dennis Montali                 *Date Filed:* 09/29/2005
Chapter 7                                            *Date Terminated:*
Voluntary                                            01/09/2006
No asset                                             *Date Discharged:*
                                                     01/09/2006

**Brandy G Hunt**                    represented by **Irving L. Berg**
3839 Radburn Dr                                      Berg Law Group
South San Francisco, CA 94080                        433 Corte Madera Town Center #493
SSN: xxx-xx-0914                                     Corte Madera, CA 94925
*Debtor*                                             (415) 924-0742
                                                     Email: irvberg@comcast.net

**Janina M. Elder**
P.O. Box 1657
Santa Rosa, CA 95402
(707) 569-9508
*Trustee*

**Office of the U.S. Trustee / SF**
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104
(415) 705-3333
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 09/29/2005 | 1 | Chapter 7 Voluntary Petition, Fee Amount $209, Filed by Brandy G Hunt. Order Meeting of Creditors due by 10/6/2005. (Berg, Irving) (Entered: 09/29/2005) |
| 09/29/2005 | 2 | Statement of Social Security Number. Filed by Debtor |

|  |  | Brandy G Hunt (Berg, Irving) (Entered: 09/29/2005) |
|---|---|---|
| 09/29/2005 |  | Receipt of filing fee for Voluntary Petition (Chapter 7)(05-33473) [misc,volp7] ( 209.00). Receipt number 2621977, amount $ 209.00 (U.S. Treasury) (Entered: 09/29/2005) |
| 09/29/2005 |  | First Meeting of Creditors with 341(a) meeting to be held on 11/04/2005 at 02:30 PM at San Francisco U.S. Trustee Office. Objections for Discharge due by 01/03/2006. (admin, ) (Entered: 09/29/2005) |
| 09/30/2005 | 3 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) . (jjg, ) (Entered: 09/30/2005) |
| 10/02/2005 | 4 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)3 Generate 341 Notices). Service Date 10/02/2005. (Admin.) (Entered: 10/02/2005) |
| 10/20/2005 | 5 | Motion to Abandon *Motion for Order Allowing Trustee to Abandon Debtor's FDCPA Claim* Filed by Debtor Brandy G Hunt (Berg, Irving) (Entered: 10/20/2005) |
| 10/20/2005 | 6 | Motion to Abandon *Consent for Abandonment* Filed by Debtor Brandy G Hunt (Berg, Irving) (Entered: 10/20/2005) |
| 10/20/2005 | 7 | Certificate of Service (RE: related document(s)6 Motion to Abandon, 5 Motion to Abandon). (Berg, Irving) (Entered: 10/20/2005) |
| 10/21/2005 | 8 | Order allowing Abandonment of inconsequential property. (Related Doc # 5) (jjg, ) (Entered: 10/24/2005) |
| 11/09/2005 |  | Trustee's Report of No Distribution: Trustee of this estate reports and declares under penalty of perjury that the section 341a Meeting of Creditors has been held and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no assets to administer for the benefit of creditors of this estate. I have received no funds or property of the estate, and paid no monies on account of the estate. |

| | | Wherefore, the trustee prays that this report be approved and the trustee be discharged from office. Section 341 Meeting of Creditors held on 11/4/2005. Tape Number: 42. Notes: (Elder, Janina) (Entered: 11/09/2005) |
|---|---|---|
| 12/16/2005 | 9 | Complaint by Clark Garen on behalf of Imperial Merchant Services, Inc. against Brandy G Hunt 05-03499; Nature of Suit(s): 426 (Dischargeability 523) , Fee Amount $ 250. Filed by Clark Garen on behalf of Imperial Merchant Services, Inc. . (ql, ) (Entered: 12/16/2005) |
| 01/09/2006 | 10 | Order Discharging Debtor and Final Decree (RE: related document(s) Meeting (Chapter 7)). (db, ) (Entered: 01/09/2006) |
| 01/09/2006 | | Bankruptcy Case Closed . (db, ) (Entered: 01/09/2006) |
| 01/11/2006 | 11 | BNC Certificate of Mailing - Order of Discharge and Final Decree (RE: related document(s)10 Order Discharging Debtor and Final Decree). Service Date 01/11/2006. (Admin.) (Entered: 01/11/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/12/2006 09:21:23 | | | |
| PACER Login: | bg0456 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 05-33473 Fil or Ent: Fil From: 1/12/2005 To: 1/12/2006 Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| Billable Pages: | 2 | Cost: | 0.16 |

EXHIBIT D

Entered on Docket
March 06, 2006
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1   Irving L. Berg (SBN 36273)
    THE BERG LAW GROUP
2   433 Town Center, PMB 493               Signed and Filed: March 06, 2006
    Corte Madera, California 94925
3   (415) 924-0742
    (415) 891-8208 (Fax)
4                                          DENNIS MONTALI
    Attorney for Debtor /Defendant         U.S. Bankruptcy Judge
5

6

7

8

9

10                  UNITED STATES BANKRUPTCY COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  In re:                                 Bankruptcy No: 05-33473 DM 7
                                           Adv. Proc. No.: 05-3499 DM
14  BRANDY G. HUNT,
                                           [PROPOSED] ORDER
15                  Debtor.
                                           Date: March 3, 2006
16                                          Time: 10:00 a.m.
    IMPERIAL MERCHANT SERVICES, INC.,       Place: 235 Pine Street
17  a California corporation, doing business as      22md Floor San Francisco, CA
    CHECK RECOVERY SYSTEMS,                Judge: Honorable Dennis Montali
18
                    Plaintiff,
19  vs.

20  BRANDY G. HUNT,

21                  Defendant.

22      On March 3, 2006, a hearing was held before this Court on Defendant's motion to

23  dismiss Plaintiff's complaint pursuant to Rule 7012(b)(6).

24      Defendant Brandy Hunt was represented by Irving L. Berg, Esq; Plaintiff Imperial

25  Merchants Services Inc. was represented by Clark Garen, Esq.

26      The Court has considered the entire record in this cause, and oral argument made before

27  the Court. GOOD CAUSE APPEARING, the Court exercises its discretion and treats the motion

28  as a Motion for Summary Judgment under Rule 7056. Based on the matters aforesaid and the

1 | Court's findings as announced in open Court, the motion of Defendant Brandy Hunt is granted.

2 |     Plaintiff Imperial Merchants Services, Inc. is granted leave to amend its complaint no

3 | later than March 31, 2006. Should the complaint not be amended, judgment shall be entered in

4 | favor of Brandy Hunt.

5 |                     \*\* END OF ORDER\*\*