UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy No: 05-33473 DM |
| | Adv. Proc. No.: 05-3499 DM |
| BRANDY G. HUNT, | |
| | **CERTIFICATE OF SERVICE** |
| Debtor. | |
| _____ | |
| | |
| CHECK RECOVERY SYSTEMS, INC. | |
| Plaintiff, | |
| vs. | |
| BRANDY G. HUNT, | |
| Defendant. | |
| _____/ | |

### CERTIFICATE OF SERVICE

  I declare I am over the age of eighteen years of age and not a party to the within case. My business address is 433 Town Center, #493, Corte Madera, CA 94925. On the date set forth below, I served the document described below by U.S. first class mail, with postage prepaid at Corte Madera, California, and addressed to the following party:

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS**

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

Clark Garen
Law Offices of Clark Garen
PO Box 1790
Palm Springs, CA 92263

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: <u>March 13, 2006</u>     <u>/s/ Irving L. Berg</u>
                Irving L. Berg
                Attorney for Debtor/Defendant

Certificate of Service
05-4993 MJJ