UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRANDY HUNT, on behalf of herself and
all other similarly situated,

     Plaintiff(s),

v.

CHECK RECOVERY SYSTEMS, et al.

     Defendant(s).

CASE NO. C 05-04993 MJJ

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 5/9/06 2:00pm

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Irving L. Berg | Plaintiff Brandy Hunt | (415) 924-0472 | irvberg@comcast.net |
| Clark Garen | Defendant Check Recovery Systems | (760) 323-4901 | unknown |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3/28/06

                 /s/ Irving L. Berg
                 Attorney for Plaintiff

Dated: _____

                 See Ex. A dated 3/27/06 attchd
                 Attorney for Defendant

Rev 12.05

EXHIBIT A

Case 4:05-cv-04993-SBA    Document 21    Filed 03/28/2006    Page 2 of 4

Mar 27 2006 10:39PM   Law Offices Clark Garen        7602884080                p.1

Admitted to Practice
in
California and Texas

Law Offices of
# CLARK GAREN
ATTORNEYS AT LAW
P.O. BOX 1790, PALM SPRINGS, CALIFORNIA 92263
(760) 323-4901, Fax: (760) 288-4080

Host of
Night Bites
with
CLARK GAREN
syndicated Monday - Friday
from 11:30 P.M. to
12:30 P.M. on
TV CHANNEL 4
Palm Springs, Ca.

March 27, 2006

Mr. Irving L. Berg,
The Berg Law Group,
Via Fax: (415) 891-8208

Re: CHECK RECOVERY SYSTEMS, INC. Vs. BRANDY G. HUNT
    District Court Case No. 05-04993 MJJ

Dear Mr. Berg:

I just got into the office and saw your fax. Unfortunately, I will be in Court all day tomorrow, so I will not be able to call you until Wednesday, March 29.

As far as ADR, I suggest we ask the Judge to exempt us from ADR. My client wants to take this issue to the 9th circuit and produce certainty for the issue, so I cannot see what ADR will do for us. In the event my motion set for hearing next Tuesday is denied, I suggest we discuss a plan to agree on the facts (which I do not think are in dispute) and seek an interlocutory ruling on liability through a summary judgment motion which can be appealed by either party. F.R.C.P. Rule 54(b) permits the Court to certify its decision on a Motions to Dismiss for interlocutory appeal and stay all proceedings pending a decision on the appeal. If we jointly request F.R.C.P. Rule 54(b) in our motions, I suspect the Court will likely make the necessary order. If we tell the Court this is how we want to proceed, we would likely be exempted from ADR.

1

Thank you for your courtesy and cooperation.

Very truly yours,

LAW OFFICES OF CLARK GAREN

BY

CLARK GAREN