Irving L. Berg (CA Bar No. 36273)
THE BERG LAW GROUP
433 Town Center, No. 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

O. Randolph Bragg, IL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 37806498
lopa@rockisland.com

Attorneys for Plaintiff
BRANDY HUNT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHECK RECOVERY SYSTEMS, INC., et al.,<br><br>　　　　　Defendants. | Civ. No. C05-04993 MJJ<br><br>**NOTICE OF APPEARANCE** |

TO CHECK RECOVERY SYSTEMS, INC., AND TO ITS ATTORNEYS OF RECORD IN THIS ACTION:

　　　　PLEASE TAKE NOTICE that Paul Arons hereby files this appearance as

NOTICE OF APPEARANCE: Page 1

1  co-counsel for plaintiff Brandy Hunt.

2

3

4  DATED: April 3, 2006                    LAW OFFICES OF PAUL ARONS

5                                          By  s/ Paul Arons
                                            Paul Arons
6                                           Attorney for Plaintiff
                                            BRANDY HUNT
7