Irving L. Berg (CA Bar No. 36273)
THE BERG LAW GROUP
433 Town Center, No. 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

O. Randolph Bragg, IL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 37806498
lopa@rockisland.com

Attorneys for Plaintiff
BRANDY HUNT

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BRANDY HUNT, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHECK RECOVERY SYSTEMS, INC., et al.,<br><br>Defendants. | Civ. No. C05-04993 MJJ<br><br>ORDER GRANTING:<br><br>**REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**<br><br>Date:  May 9, 2006<br>Time:  2:00 p.m.<br>Courtroom 11 |
|---|---|

Plaintiff's co- counsel Paul Arons, whose office is in the State of Washington, requests that he be allowed to appear at the Case Management Conference in the

///

///

**REQUEST FOR TELEPHONIC APPEARANCE: Page 1**

above-entitled action via telephone.  Mr. Arons' contact number for this appearance is (360) 378-6496.

Dated: April 13, 2005                                          LAW OFFICE OF PAUL ARONS

                                                                  s/Paul Arons
                                                                  Attorneys for Plaintiff
                                                                  BRANDY HUNT

ALL PARTIES**

The court hereby grants ~~the request for Paul Arons~~ to appear at the above-mentioned Case Management Conference telephonically.  **IT IS SO ORDERED.**

Dated:  5/1/2006                                          _____
                                                                   Hon. Martin J. Jenkins
                                                                  Judge, United States District Court

**Plaintiff is instructed to initiate the conference call and must contact the court at (415) 522-2123 at least one (1) day prior to the conference for further instructions.

**REQUEST FOR TELEPHONIC APPEARANCE: Page 2**