```
LAW OFFICES OF CLARK GAREN,
CLARK GAREN, CALIF. BAR #50564
P. O. BOX 1790,
PALM SPRINGS, CALIFORNIA 92263
(STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
TELEPHONE:      (760) 323-4901
Fax:            (760) 288-4080

ATTORNEYS FOR PLAINTIFFS
IMPERIAL MERCHANT SERVICES, a California
corporation, doing business as
CHECK RECOVERY SYSTEMS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDY HUNT, on behalf of herself and others similarly situated, | Case No. C 05 4993 MJJ |
| Plaintiff, | REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE; ORDER PERMITTING APPEARANCE AT CASE MANAGEMENT CONFERENCE BY TELEPHONE (Proposed) |
| -vs- | |
| CHECK RECOVERY SYSTEMS, INC., et. al., | Date: May 9, 2006 |
| Defendants. | Time: 2:00 P.M. Place: Courtroom 11 |

I, CLARK GAREN, STATE AND DECLARE:

1. If duly called as a witness and sworn to give testimony herein, my testimony would be as hereinafter stated.

2. All of the facts stated herein are within my own, personal knowledge.

3. I hereby request that the Court permit me to attend the Case Management Conference now scheduled for may 9, 2006 at 2:00 P.M. in Courtroom 11 by telephone. I will be able to be reached by the clerk at my toll free number, which is (800) 942-7335.

4. The reason for this request is to minimize the cost of

1  litigation for my client. My office is in Palm Springs,
2  California, which is over 600 miles away from the Courthouse, and
3  an entire day of travel is required to personally appear at this
4  conference, which will create a significant cost for my client.
5  If I am allowed to make this appearance by telephone, I will be
6  able to pass the cost savings onto my client.
7      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
8  TRUE AND CORRECT.
9      EXECUTED ON MAY 2, 2006 AT PALM SPRINGS, CALIFORNIA

_____
CLARK GAREN, DECLARANT

O R D E R (Proposed)

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Counsel for Defendant may appear by telephone at the case management conference now scheduled for Tuesday, May 9, 2006 at 2:00 P.m. in Courtroom 11. Counsel shall be available at (800) 942-7335 for appearance by telephone.

Dated:

_____
MARTIN J. JENKINS,
UNITED STATES DISTRICT JUDGE

2

| | |
|---|---|
|1| PROOF OF SERVICE BY MAIL AND BY FAX |
|2| (1013a, 2015.5 C.C.P.) |

STATE OF CALIFORNIA     )
COUNTY OF RIVERSIDE     )  S.S.

    I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258

    On MAY 2, 2006, I served the within REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE; ORDER PERMITTING APPEARANCE AT CASE MANAGEMENT CONFERENCE BY TELEPHONE (Proposed) on the interested parties herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at NORTH PALM SPRINGS, CALIFORNIA addressed as follows:

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925
ALSO VIA FAX: (415) 891-8202

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

    EXECUTED ON MAY 2, 2006 AT NORTH PALM SPRINGS, CALIFORNIA

                                         CLARK GAREN, DECLARANT