```
LAW OFFICES OF CLARK GAREN,
CLARK GAREN, CALIF. BAR #50564
P. O. BOX 1790,
PALM SPRINGS, CALIFORNIA 92263
(STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
TELEPHONE:     (760) 323-4901
Fax:           (760) 288-4080

ATTORNEYS FOR PLAINTIFFS
IMPERIAL MERCHANT SERVICES, a California
corporation, doing business as
CHECK RECOVERY SYSTEMS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDY HUNT, on behalf of herself and others similarly situated, | Case No. C 05 4993 MJJ |
| | NOTICE OF RELATED ADVERSARY PROCEEDING |
| Plaintiff, | (Local Rule 7042-1) |
| -vs- | |
| CHECK RECOVERY SYSTEMS, INC., et. al., | |
| Defendants. | |

This case is related to:

BRIAN CASTILLO, on behalf of himself and all others similarly situated, Plaintiff, vs. IMPERIAL MERCHANT SERVICES D.B.A. CHECK RECOVERY SYSTEMS, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION, CASE NUMBER C: 06-02037 PV. This case was filed on March 18, 2006, and this case is at issue.

These cases are related because each case is a class action against the same defendant, and the only issue in each case whether Defendant is entitled to charge interest on a N.S.F. check issued to satisfy a common count obligation for goods,

1

1  wares, and merchandise received.

2

3  Dated: April 27, 2006

4
   LAW OFFICES OF CLARK GAREN
5
   BY
6
   _____
7  CLARK GAREN,
   ATTORNEY FOR PLAINTIFF
8  P. O. BOX 1790,
   PALM SPRINGS, CALIFORNIA 92263
9  TELEPHONE:     (760) 323-4901
   FAX:           (760) 288-4080
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
1                PROOF OF SERVICE BY MAIL AND BY FAX
                      (1013a, 2015.5 C.C.P.)
2
  STATE OF CALIFORNIA            )
3 COUNTY OF RIVERSIDE             )  S.S.

4      I am a citizen of the United States and a Resident of the
  County Aforesaid; I am over the age of eighteen years and not a
5 party to the within entitled action; my business address is:
  17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258
6
       On April 27, 2006, I served the within NOTICE OF RELATED
7 ADVERSARY PROCEEDING (Local Rule 7042-1) on the interested
  parties herein in said action by placing a true copy thereof
8 enclosed in a sealed envelope with postage thereon fully prepaid,
  in the United States mail at NORTH PALM SPRINGS, CALIFORNIA
9 addressed as follows:

10 IRVING L. BERG,
   THE BERG LAW GROUP,
11 433 TOWN CENTER, NO. 493,
   CORTE MADERA, CALIFORNIA 94925
12 ALSO VIA FAX: (415) 891-8202

13
       I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
14 TRUE AND CORRECT.

15     EXECUTED ON April 27, 2006 AT NORTH PALM SPRINGS, CALIFORNIA
```

                                          CLARK GAREN, DECLARANT