IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Tutson**

DATE: **May 9, 2006**          Court reporter: **Not reported**

Case Number:          **C05-04993MJJ**

Case Name:          **HUNT**          v.          **CHECK RECOVERY SYSTEMS, INC.**

COUNSEL FOR PLAINTIFF(S):          COUNSEL FOR DEFENDANT(S):
**Paul Aarons**          **Clark Garen**
**Irving Berg**

PROCEEDINGS:          RULING:
1.

() Status Conference          ()P/T Conference          (**x**)Telephone Case Management Conference

ORDERED AFTER HEARING:
**Court shall review related case notice and issue clerk's notice if necessary.  Parties shall advise the court of the effect the Bankruptcy case will in regards to scheduling.**

ORDER TO BE PREPARED BY:   Plntf ()  Deft ()  Court (**x**)

Referred to Magistrate Judge     For:   **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:     for

Discovery Cut-Off:          Expert Discovery Cut-Off:

Parties to Name Experts by:          Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:     Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :          at 3:30 p.m.

Trial Date:     at 8:30 a.m.          Set for  days
          Type of Trial:  ()Jury     ( )Court

Notes: