IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**                              Courtroom Clerk: **Monica Tutson**

DATE: **July 25, 2006**     [1:47 - 1:59 pm]                 Court reporter: **Not reported**

Case Number:      **C05-04993 MJJ**
                  **C06-02037 MJJ**

Case Name:        **CASTILLO, et al.**   v.   **CHECK RECOVERY SYSTEMS, INC.**

COUNSEL FOR PLAINTIFF(S):              COUNSEL FOR DEFENDANT(S):
**Ronald Wilcox**                      **Clark Garen**
**Paul Aarons**
**Irving Berg**

TYPE OF HEARING:      Telephone Statue Conference


MOTIONS PROCEEDINGS:                                    RULING:
1.


ORDERED AFTER HEARING:
- **Cross motions (class certification & merits of underline issue that govern collection of interest) shall be filed and heard on 10/24/2006.**
- **Parties shall submit stipulation and proposed order consolidating cases.**


ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Joint ()  Court ()

Referred to Magistrate Judge    For:  **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)


CASE CONTINUED TO:            for

Pre-Trial Conference Date :            at 3:30 p.m.

Trial Date:    at 8:30 a.m.        Set for  days
               Type of Trial:  ()Jury     ( )Court


Notes: