```
 1  LAW OFFICES OF CLARK GAREN,
    CLARK GAREN, CALIF. BAR #50564
 2  P. O. BOX 1790,
    PALM SPRINGS, CALIFORNIA 92263
 3  STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
    TELEPHONE:      (760) 323-4901
 4  Fax:            (760) 288-4080

 5  ATTORNEYS FOR PLAINTIFFS
    IMPERIAL MERCHANT SERVICES, a California
 6  corporation, doing business as
    CHECK RECOVERY SYSTEMS
 7
 8                    UNITED STATES DISTRICT COURT

 9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10
    BRANDY HUNT, on behalf of herself  )   Case No. C 05 4993 MJJ
11  and others similarly situated,     )
                                       )   REQUEST FOR JUDICIAL
12                                     )   NOTICE IN SUPPORT OF
                                       )   MOTION FOR SUMMARY
13               Plaintiff,            )   JUDGMENT UNDER FRCP 56;
                                       )   PARTIAL SUMMARY JUDGMENT
14  -vs-                               )   UNDER FRCO 54b; AND
                                       )   CERTIFICATION FOR
15  CHECK RECOVERY SYSTEMS, INC.,      )   IMMEDIATE APPEAL UNDER
    et. al.,                           )   28 U.S.C. 1292(b)
16                                     )
                 Defendants.           )   Date: October 24, 2006
17                                     )   Time: 9:30 A.M.
                                       )   Place: Courtroom 11
18  _____    )

19       TO PLAINTIFF BRANDY HUNT, on behalf of herself and others

20  similarly situated, and to IRVING L. BERG; THE BERG LAW GROUP; O.

21  RANDOLPH BRAGG; HORWITZ, HORWITZ & ASSOCIATES; PAUL ARONS; and

22  THE LAW OFFICES OF PAUL ARONS, her attorneys of record and to

23  BRIAN C CASTILLO, on behalf of himself and others similarly

24  situated and to RONALD WILCOX; O. RANDOLPH BRAGG; AND HORWITZ,

25  HORWITZ & ASSOCIATES, his attorneys of record:

26

27  _____
    Request for Judicial Notice - Case Number C 05 4993 MJJ
28
                                  1
```

1  PLEASE TAKE NOTICE THAT on October 24, 2006 at the hour of
2  9:30 A.M. in Courtroom 11 of the above-entitled Court, Defendant
3  will move the Court to take Judicial Notice of the legislative
4  history of *California Civil Code Section* 1719, and in particular
5  the California Bill Analysis, Assembly Floor, 1995-1996 Regular
6  Session, Assembly Bill 2643 dated August 20, 2996 and entitled
7  Concurrence in Senate amendments, which is attached hereto,
8  marked Exhibit 1, and incorporated herein by reference.

10  Dated: August 21, 2006

12  LAW OFFICES OF CLARK GAREN
13  BY
14  _____
    CLARK GAREN,
    ATTORNEY FOR DEFENDANT

_____
Request for Judicial Notice - Case Number C 05 4993 MJJ

```
 1                    PROOF OF SERVICE BY MAIL
                        (1013a, 2015.5 C.C.P.)
 2  STATE OF CALIFORNIA          )
    COUNTY OF RIVERSIDE          )  S.S.
 3       I am a citizen of the United States and a Resident of the
    County Aforesaid; I am over the age of eighteen years and not a
 4  party to the within entitled action; my business address is:
    1801 CALIFORNIA AVENUE, CORONA, CALIFORNIA 92881
 5       On August 21, 2006, 2006, I served the within REQUEST FOR
    JUDICIAL NOTICE IN SUPPORT OF MOTION BY DEFENDANT FOR SUMMARY
 6  JUDGMENT UNDER FRCP 56; NOTICE OF MOTION FOR ENTRY OF PARTIAL
    JUDGMENT UNDER FRCP 54b; NOTICE OF MOTION FOR CERTIFICATION OF
 7  IMMEDIATE APPEAL UNDER 28 U.S.C. 1292(b) on the interested
    parties herein in said action by placing a true copy thereof
 8  enclosed in a sealed envelope with postage thereon fully prepaid,
    in the United States mail at PALM SPRINGS, CALIFORNIA addressed
 9  as follows:

10  IRVING L. BERG,
    THE BERG LAW GROUP,
11  433 TOWN CENTER, NO. 493,
    CORTE MADERA, CALIFORNIA 94925
12
    PAUL ARONS,
13  LAW OFFICES OF PAUL ARONS,
    685 SPRINGS STREET,
14  #104,
    FRIDAY HARBOR, WASHINGTON 98250
15
    O. RANDOLPH BRAGG,
16  HORWITZ, HORWITZ & ASSOCIATES,
    25 EAST WASHINGTON,
17  SUITE 900
    CHICAGO, ILLINOIS 60602
18
         I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
19  TRUE AND CORRECT.
         EXECUTED ON AUGUST 21, 2006 AT PALM SPRINGS, CALIFORNIA
20

21                              _____
22                              CLARK GAREN, DECLARANT
```

Request for Judicial Notice - Case Number C 05 4993 MJJ