Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Attorneys for Plaintiff Brandy Hunt

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiff Brian Castillo

(Additional plaintiffs' counsel on last page)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CHECK RECOVERY SYSTEMS,<br>Defendant.<br>_____<br>BRIAN CASTILLO, on behalf of himself and others similarly situated,<br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>CLASS ACTION<br><br>STIPULATION AND ORDER CONSOLIDATING ACTIONS<br><br>GRANTED |

    Plaintiffs Brandy Hunt and Brian Castillo, and defendant Imperial Merchant Services, d/b/a/ Check Recovery Systems, through their respective counsel, agree that the two above-entitled actions share common questions of law and fact, and that the

STIPULATION AND ORDER CONSOLIDATING ACTIONS: Page 1

interest in judicial efficiency, conservation of resources and judicial convenience will be served if the actions are consolidated pursuant to Fed.R.Civ.P. 42(a).

WHEREFORE, the parties respectfully request that the two actions be consolidated.

**SO STIPULATED.**

| | |
|---|---|
| DATED: August 24, 2006 | LAW OFFICES OF PAUL ARONS |
| | s/Paul Arons<br>Paul Arons<br>Attorneys for Plaintiff<br>BRANDY HUNT |
| DATED: August 24, 2006 | LAW OFFICES OF RONALD WILCOX |
| | s/Ronald Wilcox<br>Ronald<br>Attorneys for Plaintiff<br>Brian Castillo |
| DATED: August 24, 2006 | LAW OFFICES OF CLARK GAREN |
| | s/Clark Garen<br>Clark Garen<br>Attorneys for Defendant<br>IMPERIAL MERCHANT SERVICES, INC. d/b/a<br>CHECK RECOVERY SYSTEMS |

**IT IS SO ORDERED.**

Dated: 8/28/2006

_____
Hon. Martin J. Jenkins
JUDGE, UNITED STATES DISTRICT COURT

STIPULATION AND ORDER CONSOLIDATING ACTIONS: Page 2

**Additional Plaintiffs' Counsel**

Irving L. Berg (CA Bar No. 36273)
THE BERG LAW GROUP
433 Town Center, No. 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

O. Randolph Bragg, Ill. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

STIPULATION AND ORDER CONSOLIDATING ACTIONS: Page 3