Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiffs

(Additional plaintiffs' counsel on last page)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>　　　　　Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: October 24, 2006<br>Time: 9:00 a.m.<br>Courtroom 11 |

**TO DEFENDANT IMPERIAL MERCHANT SERVICES, INC., AND TO ITS ATTORNEYS OF RECORD**

　　　　Please take notice that on October 24, 2005, at 9:00 a.m. or as soon thereafter as the matter may be heard before the Honorable Martin J. Jenkins, Judge of the United States District Court located at 450 Golden Gate Avenue, San Francisco, California, plaintiffs Brian Castillo and Brandy Hunt will move, pursuant to Federal Rule

PLAINTIFFS' MOTION FOR CLASS CERTIFICATION: Page 1

of Civil Procedure 23, for an order certifying this case as a class action. The class is defined as:

> All persons to whom defendant mailed a collection demand at any time since December 5, 2004, (1) which included a demand for both interest and a statutory service charge, on a dishonored check; (2) where the check was written in the State of California for personal, family or household purposes; and (3) whose mail was not returned as undeliverable.

In support of this motion, plaintiffs submit that all of the requirements of Rule 23(a) and the requirements of Rule 23(b)(2) and/or 23(b)(3) have been met. This motion is based on this notice, the Memorandum in Support of Plaintiffs' Motion for Class Certification, and the supporting declarations and exhibits filed herewith and incorporated herein by reference.

WHEREFORE, plaintiffs request that this action be certified as a class action pursuant to Fed.R.Civ.P. 23(b)(2), or, in the alternative, 23(b)(2) and (3), that they be appointed as the class representatives, and that her counsel be appointed as class counsel, pursuant to Fed.R.Civ.P. 23(g).

Dated: September 19, 2006                LAW OFFICE OF PAUL ARONS

                                         By s/Paul Arons
                                            Paul Arons
                                            Attorneys for Plaintiffs

1 | **Additional Plaintiffs' Counsel**

2 | Irving L. Berg (CA Bar No. 36273)
THE BERG LAW GROUP
3 | 433 Town Center, No. 493
Corte Madera, California 94925
4 | (415) 924-0742
(415) 891-8208 (Fax)
5 |
6 | O. Randolph Bragg, Ill. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
7 | 25 East Washington, Suite 900
Chicago, IL 60602
8 | (312) 372-8822