Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BRANDY HUNT and BRIAN CASTILLO, et al, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>    Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>CLASS ACTION<br><br>DECLARATION OF BRIAN CASTILLO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Date: October 24, 2006<br>Time: 9:00 a.m.<br>Courtroom 11 |
|---|---|

  I, Brian Castillo, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true and correct:

  1. I am a plaintiff in this lawsuit.

  2. On November 28, 2006, I wrote a $276.36 check to Pack n' Save for groceries for my family.  In March 2005, I received a collection letter from "Check Recovery Systems", dated March 17, 2005,  demanding payment of the check amount, a miscellaneous charge of $25.00, and interest of $8.99.  A copy of that letter is attached to

this declarartion as Exhibit 1.  In December 2005, I received a collection letter from "Check Recovery Systems", dated March 17, 2005, demanding payment of the check amount, a miscellaneous charge of $25.00, and interest of $30.43.  A copy of that letter is attached to this declarartion as Exhibit 2.

2.. I understand that this lawsuit alleges that defendant Imperial Merchant Services, d.b.a Check Recovery Systems, violated the Fair Debt Collection Practices Act by sending collection letters in which they attempted to collect both a service charge, and interest on dishonored checks.  In this lawsuit the plaintiffs assert that a debt collector who is attempting to collect a statutory service charge on a dishonored check may not add other charges.  I know that my lawsuit has been combined with that of Brandy Hunt, another check writer who received demand letters sent by defendant that contained demands for a service charge and interest.

3. . I understand that a class action is a lawsuit brought by one person, myself, on behalf of a group of people who have been treated in the same illegal manner by the defendant.

4. I am willing to be a representative of the class.

5. I understand:

a) that as class representative I have the responsibility to see that the lawyers prosecute the case on behalf of the entire class, not just myself;

b.) that I may have to testify at a deposition and/or trial and provide documents and information for use in the case; and

c.) that the court must approve any settlement of this case as a class action.

6. I have arranged for my attorneys to advance all costs, including notification to the class, of this action while I remain responsible for my *pro rata* share of such costs.

DECL. OF BRIAN CASTILLO IN SUPPORT OF MOTION FOR CLASS CERTIFICATION: Page 2

7. I understand that courts have sometimes awarded people money for serving as the class representative, but that I am not entitled to such money as a matter of right, and that I have not been promised or guaranteed money for being the class representative.

8. I am not employed by or related to any of my attorneys, O. Randolph Bragg, Paul Arons, Irving L. Berg or Ronald Wilcox. They will be paid as directed by the Court from defendant's assets or the funds recovered for the class if the case is successful.

Executed in Chatsworth, California on September 18, 2006.

*Brian Castillo*
Brian Castillo

Castillo Class Decl 091406

DECL. OF BRIAN CASTILLO IN SUPPORT OF MOTION FOR CLASS CERTIFICATION: Page 3