Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Facsimile)
irvberg@comcast.net (Email)

One of the Attorneys for Plaintiff
BRANDY HUNT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 05-3499 MJJ |
| BRANDY G. HUNT, on behalf of herself and others similarly situated, | **DECLARATION OF IRVING L. BERG IN SUPPORT OF MOTION FOR CLASS CERTIFICATION - ADEQUACY OF REPRESENTATION** |
| Plaintiff, | |
| vs. | |
| CHECK RECOVERY SYSTEMS, IMPERIAL MERCHANT SERVICES, INC., DOES 1 through 21., | |
| Defendants. | |

**DECLARATION OF IRVING L. BERG**
**IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Irving Berg, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

1.   I have been practicing law in California since 1965.  My first professional employment was as an attorney in the real estate department of a California savings and loan

company. I left that position after a year to start my own practice in consumer law. Since that time, my practice has principally involved representing individuals with financial problems or consumer disputes.

2. In my consumer law work, I prosecuted many truth in lending cases, with reported decisions in <u>Palmer v. Wilson</u>, 502 F. 2d 860 (9th Cir. 1974), cited in ninety eight decisions and <u>Lagrone v. Johnson</u>, 534 F. 2d 1360 (9th Cir. 1976), cited in fifty three decisions.

3. Many of my clients' financial problems required resolution under the Bankruptcy Code. I have had extensive experience in representing individuals and small businesses in the Bankruptcy Court pursuant to Chapters 7 and 13, and in a few cases, Chapter 11.

4. In representing clients with financial problems, I am called on to protect my clients from aggressive and misleading practices of debt collectors. This representation requires knowledge of state and federal laws regulating the practices of debt collectors. I have filed many lawsuits against debt collectors based on their violation of state and federal laws. These law suits have benefitted my clients and have resulted in the debt collectors changing their practices to comply with the law.

5. I represented the plaintiff in the case of <u>Sanchez v. Weiss et al</u>, 173 F. Supp. 2d 1029 (N.D. Cal. 2001), filed as a class action in the Bankruptcy Court. The bankruptcy judge granted the defendants' 12(b)(6) motion. I appealed the bankruptcy decision to the District Court, where the bankruptcy decision was reversed. The case was subsequently settled with the defendants agreeing to change its collection notice to comply with the FDCPA. This case was cited in twelve decisions and was the basis for the case brought before Judge Breyer in <u>Camacho v. Bridgeport</u>, C04-0478 (N.D.Cal.), Judge Breyer's decision in favor of Ms. Camacho was affirmed on appeal in <u>Camacho v. Bridgeport</u>, 430 F. 3d 1078 (9th Cir. 2005).

DECLARATION OF IRVING L. BERG IN SUPPORT
OF MOTION FOR CLASS CERTIFICATION
Case No.: 05-3499 MJJ                                    2

6.      I represented the plaintiff in the case of <u>Aquino v. Credit Control Services et al</u>, 4 F. Supp. 2d 927.  In this case, Western Union was one of the defendants' and was alleged to be a debt collector, though it did not disclose its status as required by the FDCPA.  I was unsuccessful at the District Court level. An appeal was filed and the case settled with Western Union modifying its conduct, particularly since the Ninth Circuit found Western Union subject to the FDCPA in <u>Romine v. Diversified et al</u>, 155 F. 3d 1142 (9th Cir. 1998).

7.      The following is a partial list of Fair Debt Collection Practices Act cases in which I have either appeared as class counsel or on behalf of an individual consumer:

<u>Mary Sicher v. I.C. System</u>, 98 5519 (Sup. Ct. State of Cal., Marin County); <u>Mary Sicher v. California Service Bureau of Marin, Inc.</u>, 98 8459 (Sup. Ct. State of Cal., Marin County); <u>Mary Sicher v. NCO Financial Systems, Inc.</u>, C 99 12770 (N.D. Cal.) (Orrick, J); <u>Angeles Tejada v. National Revenue Service</u>, 99 6447(Sup. Ct. State of Cal., San Francisco); <u>Charae Sanchez v. Robert E. Weiss</u>, 00 41440 J13, Adv. 00 4282 (Bankr. N.D. Cal.Oakland) (Jellen, J.);<u>Paul Marquart v. Wachovia Card Services</u>, C 01 2923(N.D. Cal.) (Brazil, J.); <u>Luisa Leytman v. National Credit Services</u>, C 00 3490 (N.D. Cal.) (Laporte, J.); <u>Mary Wingate v. South San Francisco Scavenger, Inc.</u>, full class recovery C 01 4334 (N.D. Cal.) (Walker, J.); <u>Felix Saenz v. Receivables Management Solutions, Inc.</u>, C 01 3583 (N.D. Cal.) (Chesney, J.); <u>Paul Marquart v. OSI Collection Services, Inc.</u>, C 01 3481 (N.D. Cal.) (Conti, J.); <u>Cesar Castro v. ER Solutions</u>, collection letter changed, C 01 3646 (N.D. Cal.) (Hamilton, J.); <u>Maria A. Barberena v. J&L Collection Services, Inc.</u>, C 01 4948 (N.D. Cal.) (Chesney, J.); <u>Frederick Banayat v.Bonded Collection Systems</u>, C 01 1953 (N.D. Cal.) (Laporte, J.); <u>Alice Torres v. Chase Manhattan Bank, USA, N.A.</u>, collection letter changed, 401164 (Sup. State of Cal. San Francisco); <u>Christina Vela v. Creditors Speciality Service, Inc.</u> C 02 3435 (N.D. Cal.) (Patel, J.); <u>Mary Ann Trubiano v.

Check Plus Systems, Inc., C 02 2934 (N.D. Cal.) (Chen, J.); Monica Daguman v.Crescent Jewelers Corp., collection practice changed, 02 32047 M7, Adv. 02 3288 (Bankr. N.D. San Francisco) (Montali, J.); Blake Bush and Mary Bush v. LoneStar Mortgagee Services, LLC., collection letter changed, C 02 5594 (N.D. Cal.) (Conti, J.); Mary Ann Trubiano v. Mitchell K., C 02 1541 (N.D. Cal.) (Jenkins, J.); Warren Verador v. North Shore Agency, Inc., 03 00249 (N.D. Cal.) (Zimmerman, J.); Kevin Tierney v. Calvary Investments, LLC., collection letter changed, (N.D. Cal.) (Walker, J.); Maurizio Dodi v. First USA Bank, N.A., and Vital Recovery services, 00 32708 C13, Adv. 03 3510 (Bankr. N.D. Cal. San Francisco) (Carlson, J.); Maurizio Dodi v. Discovery Bank, 00 32708 C13, Adv. 03 3312 (Bankr. N.D. Cal. San Francisco) (Carlson, J.); Jacqueline Cummings v. Weistein, Trieger & Riley, P.S., C 03 3270 (N.D. Cal.) White, J.) Dan Wan v. Greenwood Trust Co., 03-31587 DM13, Adv. 03-3520; Bracamonte v. Eskanos & Adler, 2004 U.S. Dist. Lexis 8520 111(N.D. Cal May 7, 2004); Camacho v. Bridgeport Finance C 04-0478 (N.D. Cal) (Breyer J.); Fabiani v. Oreck Corporation, C 05-2140 JSW (N.D.Cal) White J.; Guevarra v. Progressive Financial Services, C05-3466 VRW (N.D.Cal.)(Walker Jr.).

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 13, 2006          /s/
at Corte Madera, CA                Irving L. Berg

DECLARATION OF IRVING L. BERG IN SUPPORT
OF MOTION FOR CLASS CERTIFICATION
Case No.:  05-3499 MJJ                          4