Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CASTILLO, et al, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>CLASS ACTION<br><br>DECLARATION OF BRANDY HUNT IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Date: October 24, 2006<br>Time: 9:00 a.m.<br>Courtroom 11 |

I, Brandy Hunt, declare as follows:

1.  I am the plaintiff in this lawsuit.

2.  On July 5, 2004, I wrote a $137.15 check to Pack n' Save for my personal use. The check did not clear. Subsequently, I received at least one collection letter from "Check Recovery Systems", dated March 17, 2005, demanding payment of the check amount, a miscellaneous charge, and interest.

3.  I understand that this lawsuit alleges that defendant Imperial Merchant Services, d/b/a Check Recovery Systems, violated the Fair Debt Collection Practices Act

DECL. OF BRANDY HUNT IN SUPPORT OF MOTION FOR CLASS CERTIFICATION: Page 1

by sending collection letters in which it attempted to collect interest on dishonored

checks, in addition to a service charge. I know that my lawsuit has been combined with a

lawsuit brought by Brian Castillo, who also received collection letters in connection with a

returned check, in which defendant demanded a service charges plus interest.

4.    I understand that a class action is a lawsuit brought by one or more

representative plaintiffs, on behalf of a group of people who the defendant has treated in

the same way in which it has treated the plaintiffs. In this case, I am seeking to represent

all those from whom the defendant demanded a service charge and interest on a

dishonored check.

5.    I am willing to be a representative of the class.

6.    I understand that:

a)  as class representative I have the responsibility to see that the

lawyers prosecute the case on behalf of the entire class, not just for me;

b)  I may have to testify at a deposition and/or trial and provide

documents and information for use in the case; and

c)  the court must approve any settlement of this case as a class

action.

7.  I have arranged for my attorneys to advance all costs, including

notification to the class, of this action while I remain responsible for my *pro rata* share of

such costs.

8.  I understand that courts have sometimes awarded people money for

serving as the class representative, but that I am not entitled to such money as a matter

of right, and that I have not been promised or guaranteed money for being the class

representative.

9.  I am not employed by or related to any of my attorneys, O. Randolph

Bragg, Paul Arons, Irving L. Berg or Ronald Wilcox. They will be paid as directed by the

DECL. OF BRANDY HUNT IN SUPPORT OF MOTION FOR CLASS CERTIFICATION: Page 2

1  Court from defendant's assets or the funds recovered for the class if the case is

2  successful.

3

4       I declare, under penalty of perjury, that the foregoing is true and correct,

5  that if called as a witness I could competently testify thereto, and that this declaration is

6  executed in San Francisco, California on September 14, 2005.

7

8

9                                    BRANDY HUNT

10  Hunt Class Decl 091405

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF BRANDY HUNT IN SUPPORT OF MOTION FOR CLASS CERTIFICATION: Page 3