Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, on behalf of themselves and others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>　　　　　　　Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>CLASS ACTION<br><br>DECLARATION OF RONALD WILCOX IN SUPPORT OF CLASS CERTIFICATION<br><br>Date: October 24, 2006<br>Time: 9:00 a.m.<br>Courtroom 11 |

　　　I, Ronald Wilcox, hereby declare, under United States, 28 U.S.C. section 1746, that the following statements are true:

1. I am a member in good standing of the bars of the following Courts: U.S. District Court Northern District of California and U.S. District Court, Eastern District of California.

2. Background and Qualifications:  I hold bachelors' and masters' degrees from New York University, a graduate certificate in management from Harvard University, and a Juris Doctorate from Indiana University.  I served as Managing Editor of the Indiana Journal

- 1 -

of Global Legal Studies. I have also engaged in continuing studies at Stanford University.

3. I have more than 11 years of experience in the legal profession, either working for legal clinics, law firms, in-house counsel, interning for a U.S. Magistrate Judge, or private practice, and have been a licensed attorney in California since 1995. I am admitted to practice in the State of California, and before Northern and Eastern District U.S. Federal Courts.

4. During my tenure as a consumer attorney I have published articles in the San Francisco and Los Angeles Daily Law Journals, the California Bankruptcy Reporter, and have been interviewed, and quoted, by the Wall Street Journal, San Jose Mercury News, and KGO Radio. I have assisted numerous consumers in both chapter 7 and chapter 13 bankruptcies, and in Fair Debt Collection Practices Act (FDCPA) matters. I have represented consumers in courts in San Jose, San Francisco, Oakland, Sacramento, Modesto, and Fresno, and have assisted numerous consumers in regard to their rights under federal and state law, including FDCPA litigation. I estimate I have assisted approximately two thousand clients in bankruptcy matters, and more than one hundred clients in FDCPA matters.

5. I have qualified to be a panel member of the Santa Clara County Bar's Bankruptcy and Insolvency section. In 2005 I served as Chairman of the San Jose Division-Bankruptcy Committee, acting as a liason between the bench and the bar, and directing monthly meetings to help local attorney's stay abreast of current issues in consumer bankruptcy law and consumer issues in regard to debtor and creditor issues.

6. I have attended Continuing Legal Education classes regarding consumer law in Sacramento, San Francisco, Oakland, San Jose, New York, Chicago, Kansas City, Atlanta, Albuquerque and Boston; including the National Consumer Law Center's Annual Conferences in Atlanta, GA, Oakland, CA, and Boston, MA, and Minneapolis, MN, the National Association of Chapter 13 Trustee's Annual Convention in New York, and the National Association of Bankruptcy Attorney's Annual Conventions in Las Vegas, NV, San Francisco, CA, and San Diego, CA,

and have donated my time to Santa Clara University's Alexander Community Law Center, directing law student interns who assist consumers on financial and legal matters.

7. Published decisions include:

   *Abels v. JBC Legal Group, P.C. et al*, 227 F.R.D. 541 (N.D. Cal. 2005)

   *Abels v. JBC Legal Group, P.C. et al*, 2005 U.S. Dist. LEXIS 12333 (N.D. Cal. 2005)

   *Campos v. Western Dental*, 2005 U.S. Dist. LEXIS 33228 (N.D. Cal. 2005)

   *Davilla v. Thinline*, 2005 U.S. Dist. LEXIS 18163 (N.D. Cal. 2005)

   *Grinzi and Kolber v. Curtis O. Barnes*, 2005 U.S. District LEXIS 33094 (N.D. Cal. 2005)

   *Uyeda v. J.A. Cambece Law Office, P.C., et al.* 2005 U.S. Dist. LEXIS 9271 (N.D. Cal. 2005).

   *Bracken v. Harris & Zide, L.L.P.*, 219 F.R.D. 481 (N.D. Cal. 2004).

   *Cohen v. Murphey, Calloway, et al.*, 222 F.R.D. 416 (N.D. Cal. 2004).

   *Palmer v. Stassinos,* 348 F. Supp. 2d 1070 (N.D. Cal. 2004).

   *Del Campo v. ACCS,* 2006 U.S. Dist. LEXIS 319995 (N.D. Cal. 2006).

   *Trevino v. ACB and Hilco*, 232 F.R.D. 612 (N.D. Cal. 2006).

8. I have been co-counsel in several consumer class actions under the FDCPA; a number which are pending, and number which have been certified by the Northern and Eastern Districts of California: *Bracken v. Harris and Zide, et al.*, 02-5148 RMW (N.D. Cal.), *Napoleon v. NCA, et al.*, 02-05149 JW, *Abels v. JBC, et al.*, 227 F.R.D. 541 (N.D. Cal. 2005), *Wyatt v. Creditcare, et al.*, 2005 U.S. Dist. LEXIS 25787 (N.D. Cal 2005), *Canlas v. Eskanos and Adler*, 05-00375 JF (N.D. Cal. 2006), *Johnson and Hollars v. NCA*, 05-00274 JW RS (N.D. Cal. 2006), and *Schwarm v. Craighead and District Attorney Technical Services*, 233 F.R.D. 655 (E.D. Cal. 2006). I was deemed adequate class counsel in *Wyatt v. Creditcare, et al*.

1

2  Executed at San Jose, CA, this 19th day of September 2006.

3
<div style="margin-left:2em">

/s/Ronald Wilcox

Ronald Wilcox, #177601

2160 The Alameda, Suite F, 1st Floor

San Jose, CA 95126

Tel:  (408) 296-0400

Fax: (408) 296-0486
</div>

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28