Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiffs

(Additional plaintiffs' counsel on last page)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, et al, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>CLASS ACTION<br><br>PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: October 24, 2006<br>Time: 9:00 a.m.<br>Courtroom 11 |

TO  IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS AND TO THEIR ATTORNEYS OF RECORD IN THIS ACTION:

Please take notice that on October 24, 2005, at 9:00 a.m. or as soon thereafter as the matter may be heard before the Honorable Martin J. Jenkins, Judge of the United States District Court located at 450 Golden Gate Avenue, San Francisco, California, plaintiffs Brian Castillo and Brandy Hunt will move, pursuant to Federal Rule of Civil Procedure 56 for partial summary judgment on liability only, against defendant Imperial Merchant Services, Inc., on the ground that there is no genuine issue as to any material fact, and that plaintiffs are entitled to judgment on liability as a matter of law.

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT: Page 1

Plaintiffs seek summary judgment that defendant Imperial Merchant Services, Inc. is liable because it used unfair and unconscionable means to attempt to collect a debt by attempting to collect an amount that was not expressly authorized by the agreement creating the debt or permitted by law, in violation of 15 U.S.C. §§ 1692e, 1692e(2) 1692e(1) and 1692f(1).

Plaintiff makes this motion pursuant to Fed.R.Civ.P. 56.  The motion is based on this notice, the memorandum of points and authorities and declarations filed herewith, and on such other and further evidence as may be adduced at hearing.

DATED: September 19, 2006         LAW OFFICES OF PAUL ARONS

By  s/ Paul Arons
   Paul Arons
   Attorney for Plaintiffs
   BRANDY HUNT and BRIAN CASTILLO

**Additional Plaintiffs' Counsel**

Irving L. Berg (CA Bar No. 36273)
THE BERG LAW GROUP
433 Town Center, No. 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

O. Randolph Bragg, Ill. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822