Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, et al, on behalf of themselves and others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>   Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>CLASS ACTION<br><br>DECLARATION OF BRIAN CASTILLO IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: October 24, 2006<br>Time: 9:00 a.m.<br>Courtroom 11 |

I, Brian Castillo, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true and correct:

1. I am a plaintiff in this lawsuit.

2. On November 28, 2004, I wrote a $276.36 check to Pack n' Save for groceries for my family.  In March 2005, I received a collection letter from "Check Recovery Systems", dated March 17, 2005, demanding payment of the check amount, a miscellaneous charge of $25.00, and interest of $8.99.  A copy of that letter is attached to

1 | this declaration as Exhibit 1. In December 2005, I received a collection letter from
2 | "Check Recovery Systems", dated December 2, 2005, demanding payment of the check
3 | amount, a miscellaneous charge of $25.00, and interest of $30.43. A copy of that letter is
4 | attached to this declaration as Exhibit 2.

6 | Executed in Chatsworth_____, California on September 18, 2006.

*Castillo MSJ Decl 091406*

/s/ Brian Castillo
Brian Castillo

DECL. OF BRIAN CASTILLO IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT: Page 2

# Exhibit 1

**CHECK RECOVERY SYSTEMS**
PO Box 45405
Los Angeles, CA 90045-0274
(310) 636-1001    (800) 632-4001

**ACCOUNT IDENTIFICATION**
Account:     16*SAF700*211878*--
Ref.#:       14035484
Creditor:    Safeway
Amount Due:  $310.35

PO Box 45405
Los Angeles, CA 90045-0274



March 17, 2005

16*SAF700*211878*--                    0004085/0014
Brian J Castillo
71 S Claremont Ave
San Jose, CA 95127-2453

Dear Brian J Castillo:

**IMPORTANT:** Your returned check(s), written to our client(s) shown above, has been assigned to this office for collection

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: (1) obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification, and (2) provide you with the name and address of the original creditor, if different from the current creditor.

This notice has been sent to you by a collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose. If paid in full to this office, all collection activity will cease.

---

** Detach and Return with Payment **

Make checks payable and send to:
**Check Recovery Systems**



Principal: $276.36
Interest: $8.99
Misc: $25.00
Amount Due: $310.35
Amount Enclosed: _____

Account No.: 16*SAF700*211878*--
Ref.#: 14035484
Creditor: Safeway
Name: Brian J Castillo

CHECK RECOVERY SYSTEMS
PO BOX 45405
LOS ANGELES, CA 90045-0274

CR

# Exhibit 2

CHECK RECOVERY SYSTEMS
PO Box 45405
Los Angeles, CA  90045-0274
(310) 636-1001    (800) 632-4001

**ACCOUNT IDENTIFICATION**
Account:     16*SAF700*211878*--
Ref.#:        14035484
Creditor:     Safeway
Amount Due:  $331.79

December 02, 2005

16*SAF700*211878*--          0002012/0006
Brian J Castillo
71 S Claremont Ave
San Jose, CA 95127-2453

Dear Brian J Castillo:

Obviously you don't realize the value of your credit rating!  If you did realize how valuable a good credit record is, you would have paid the returned check referenced above or contacted us to discuss this delinquent matter.

This negative mark will stay on your credit record for seven years!  We suggest you contact us before attempting to apply for credit.  This item may stop creditors such as the following from granting you credit:

   A.  Automobile Dealers     C.  Housing Rental Agencies
   B.  Finance Companies      D.  Retail Chains

Need to continue?  Do yourself a favor - pay this obligation today or contact our office to discuss your account!

Sincerely,
Check Recovery Systems

This notice has been sent to you by a collection agency.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  If paid in full to this office, all collection activity will cease.

---

** Detach and Return with Payment **

Make checks payable and send to:
**Check Recovery Systems**



Account No.: 16*SAF700*211878*--
Ref.#: 14035484
Creditor: Safeway
Name: Brian J Castillo

Principal: $276.36
Interest: $30.43
Misc: $25.00
Amount Due: $331.79
Amount Enclosed: _____

CHECK RECOVERY SYSTEMS
PO BOX 45405
LOS ANGELES, CA  90045-0274

121