| | |
|---|---|
| 1 | Paul Arons, State Bar #84970 |
| 2 | 685 Spring Street, #104 |
| | Friday Harbor, WA 98250 |
| 3 | Tel:  (360) 378-6496 |
| | Fax: (360) 378-6498 |
| 4 | lopa@rockisland.com |
| 5 | |
| | Ronald Wilcox, State Bar #176601 |
| 6 | LAW OFFICE OF RONALD WILCOX |
| | 2160 The Alameda, 1st Flr., Suite F |
| 7 | San Jose, CA 95126 |
| | (408) 296-0400 |
| 8 | |
| 9 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>    Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>CLASS ACTION<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (proposed)<br><br>Date: October 24, 2006<br>Time: 9:00 a.m.<br>Courtroom 11 |

Plaintiffs' Motion for Class Certification came on for hearing before the Honorable Martin J. Jenkins.  Having considered the pleadings, and the arguments of the parties, and good cause appearing therefore,

ITS IS HEREBY ORDERED that plaintiffs' motion is granted.  The action is certified to proceed as a class action, pursuant to Fed.R.Civ.P 23(b)(2).  The class is defined as follows:

ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION: Page 1

All persons to whom defendant mailed a collection demand at any time since December 5, 2004, (1) which included a demand for both interest and a statutory service charge, on a dishonored check; (2) where the check was written in the State of California for personal, family or household purposes; and (3) whose mail was not returned as undeliverable.

The class claims and issues are whether defendant has violated the Fair Debt Collection Practices Act, 15 U.S.C. §§1692, *et seq.*, including, but not limited to, 15 U.S.C. §§1692e(2)(A), e(10) and f(1) by making demands for interest charges that are not permitted by law.

Brandy Hunt and Brian Castillo are designated as representatives for the plaintiff class. Paul Arons, Ronald Wilcox, Irving L. Berg and O. Randolph Bragg are appointed as class counsel, pursuant to Fed.R.Civ.P. 23(g).

Dated: _____
HONORABLE MARTIN J. JENKINS
Judge, United States District Court