Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>　　　　Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (proposed)**<br><br>Date: October 24, 2006<br>Time: 9:00 a.m.<br>Courtroom 11 |

　　　　The parties' cross-motions for summary judgment came on for hearing before the Honorable Martin J. Jenkins.  Having considered the pleadings, and the arguments of the parties, and good cause appearing therefore,

　　　　ITS IS HEREBY ORDERED that plaintiffs' motion for partial summary judgment is granted.  Defendant was not entitled to collect both a statutory service

ORDER RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT: Page 1

1 charge and interest. By doing so, it violated 15 U.S.C. §§ 1692e(2), (10) and 1682f(1).
2 Defendant's motion for summary judgment is denied.
3
4 Dated: _____
HONORABLE MARTIN J. JENKINS
5 Judge, United States District Court