O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Ste 900
Chicago, IL 60602
(312) 372-8822

ATTORNEY FOR PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRANDY HUNT and BRIAN CASTILLO,** on behalf of themselves and others similarly situated,<br><br>                                 Plaintiffs,<br><br>v.<br><br>**IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS**,<br>                                 Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>CLASS ACTION<br><br>**DECLARATION OF O. RANDOLPH  BRAGG IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**Date:   October 24, 2006**<br>**Time:   9:00 A.M.**<br>**Courtroom:   11** |

_____

## DECLARATION OF O. RANDOLPH BRAGG IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, O. Randolph Bragg, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

1.      I am a member in good standing of the bars of the following courts:

Supreme Court of the United States
Washington, D.C.
August 7, 1992

Supreme Court of Appeals of West Virginia -- inactive
Charleston, West Virginia
May 22, 1973

Supreme Court of Pennsylvania – inactive
Harrisburg, Pennsylvania
May 20, 1974

Supreme Court of the State of Delaware – inactive

1

Wilmington and Dover, Delaware
January 23, 1987

Supreme Court of Illinois
Chicago, Illinois
July 5, 1994

U.S. Court of Appeals for the Second Circuit
New York, New York
November 6, 1986

U.S. Court of Appeals of the Third Circuit
Philadelphia, Pennsylvania
February 21, 1979

U.S. Court of Appeals for the Fourth Circuit
Richmond, Virginia
February 7, 1986

U.S. Court of Appeals for the Fifth Circuit
New Orleans, Louisiana
July 23, 1999

U.S. Court of Appeals for the Sixth Circuit
Cincinnati, Ohio
December 26, 1991

U.S. Court of Appeals for the Seventh Circuit
Chicago, Illinois
April 15, 1994

U.S. Court of Appeals for the Eighth Circuit
St. Louis, Missouri
September 21, 1998

U.S. Court of Appeals for the Ninth Circuit
San Francisco, California
March 14, 1997

U.S. Court of Appeals for the Tenth Circuit
Denver, Colorado
May 22, 1997

U.S. Court of Appeals for the Eleventh Circuit
Atlanta, Georgia
August 24, 1988

U.S. District Court for the Southern District of West Virginia
Charleston, West Virginia
May 22, 1973

U.S. District Court for the Middle District of Pennsylvania

1      Scranton, Pennsylvania
           July 12, 1974

2

3      U.S. District Court for the Eastern District of Pennsylvania
           Philadelphia, Pennsylvania
           June 25, 1982

4

5      U.S. District Court for the District of Delaware
           Wilmington, Delaware
           January 30, 1987

6

7      U.S. District Court for the Western District of New York
           Rochester, New York
           October 5, 1987

8

9      U.S. District Court for the Northern District of New York
           Utica, New York

10     December 15, 1989

11     U.S. District Court for the Northern District of Illinois
           Chicago, Illinois

12     May 10, 1994

13     U.S. District Court for the Central District of Illinois
           Peoria, Illinois

14     April 29, 1996

15     U.S. District Court for the District of Arizona – inactive
           Phoenix, Arizona

16     January 11, 1996

17

18     U.S. District Court for the Western District of Michigan
           Grand Rapids, Michigan
           June 7, 1996

19

20     U.S. District Court for the Eastern District of Michigan
           Detroit Michigan
           December, 1997

21

22     U.S. District Court for the Western District of Wisconsin
           Madison, Wisconsin

23     December 21, 1998

24     U.S. District Court for the Eastern District of Wisconsin
           Milwaukee, Wisconsin

25     July 12, 2000

26     U.S. District Court for the Northern District of Texas
           Dallas, Texas

27     August 28, 2000

28     U.S. District Court for the District of Colorado

Denver, Colorado
December 9, 2002

U.S. District Court for the Northern District of Indiana
South Bend, Indiana
July 13, 2005

2.      I am a 1973 graduate of the West Virginia University College of Law. From 1973 until August 1985, I was employed by Legal Services Corporation-funded programs in West Virginia and Pennsylvania.  From August 1985 until October 1993, I served as a Litigation Coordinator with the UAW Legal Services Plan.   From April 1, 1994 through August 30, 1995, I was associated with the law firm of Edelman & Combs in Chicago, Illinois.

3.      On September 15, 1995, I opened my law office, as a solo practice limited to the representation of persons in consumer rights litigation, both individual and class cases.

4.      On February 1, 1997, I merged my practice with Horwitz, Horwitz and Associates and continue to limit my practice to the representation of individuals in consumer issues, both individual and class cases.

5.      Since 1990 I have been a contributing author to National Consumer Law Center's _Fair Debt Collection_ (5th ed. 2004) and annual supplements.  I have also written Chapter 5, "Fair Debt Collection Practices Act," _Ohio Consumer Law_ (1995 ed.-2006 ed.).  "Fair Debt Collection: The Need For Private Enforcement", published at _Loyola Consumer Law Reporter_, Volume 7, Number 3, Page 89 (Spring 1995), was written by myself and Daniel A. Edelman.

6.      I was a member of the Board of Directors of National Association of Consumer Advocates from October 1996 through October 2000.  I participate as one of the Consumer Advocate Advisors to _Consumer Financial Services Law Report_, published by LRP Publications.

7.    I have lectured to professional groups on consumer law issues including:

| | | |
|---|---|---|
| February 25-26, 2006 | Fair Debt Collection Practices Act National Consumer Law Center | Austin, Texas |
| October 20-21, 2005 | Consumer Law 2005 | Missouri Bar CLE Kansas City & St. Louis, MO |
| March 13-14, 2005 | Fair Debt Collection Practices Act | National Association of Consumer Advocates Crystal City, Virginia |
| July 29, 2004 | Fair Debt Collection Practices Act | Student Legal Services Chicago, Illinois |
| April 23, 2004 | Montana Consumer Law Summit | Missoula, Montana |
| February 21-22, 2004 | Fair Debt Collection Practices Act National Consumer Law Center | Kansas City, Missouri |
| October 28, 2002 | Class Action Symposium National Consumer Law Center | Atlanta, Georgia |
| November 6, 2001 | North American Collection Agency Regulatory Association | Denver, Colorado |
| April and May 2000 | Consumer Financial Services Litigation Practicing Law Institute | New York- San Francisco |
| November 10, 2000 | Fair Credit Reporting Act Fair Debt Collection Practices Act | Michigan Poverty Law Program Lansing, Michigan |
| September 19, 1997 | Fair Debt Collection Practices Act | Michigan StateBar Detroit, Michigan |
| April 25, 1997 | Fair Debt Collection Practices Act Richmond, VA | Virginia Trial Lawyers and Consumer Class Actions Association |
| September 20, 1996 October 8, 1999 October 11, 2001 | Fair Debt Collection Practices Act | Chicago Bar Association Chicago, Illinois |

5

| | | |
|---|---|---|
| June 7, 1996 | Fair Debt Collection Practices Act Overland Park, KS | Kansas City Metropolitan Bar Association |
| 1992 - 2000 | Fair Debt Collection Practices Act various locations | National Consumer Rights Litigation Conference |

8.    I have been involved in numerous consumer cases including:

_Camacho v. Bridgeport Financial, Inc._, 430 F.3d 1078 (9th Cir. 2005);  _Carroll v._ _United Compucred Collections, Inc._, 399 F.3d 620 (6th Cir. 2005); _Silvernail v._ _County of Kent_, 385 F.3d 601 (6th Cir. 2004); _Irwin v. Mascott_, 370 F.3d 924 (9th Cir. 2004); _Liles v. Del Campo_, 350 F.3d 742 (8th Cir. 2003); _Carmichael v._ _Payment Ctr., Inc._, 336 F.3d 636 (7th Cir. 2003); _Renick v. Dun & Bradstreet_ _Receivable Mgmt. Servs._, 290 F.3d. 1055 (9th Cir. 2002);  _Romine v. Diversified_ _Collection Services, Inc._, 155 F.3d 1142 (9th Cir. 1998); _Ladick v. Van Gement_, 146 F.3d 1205 (10th Cir. 1998), _cert. den._ 119 S.Ct. 511 (1998); _Zagorski v._ _Midwest Billing Services, Inc._, 128 F.3d 1164 (7th Cir. 1997); _Bartlett v. Heibl_, 128 F.3d 497 (7th Cir. 1997);  _Wright v. Finance Service of Norwalk, Inc._, 22 F.3d 647 (6th Cir. 1994);  _Dutton v. Wolpoff and Abramson_, 5 F.3d 649 (3d Cir. 1993); _Hollis v. Roberts_, 984 F.2d 1159 (11th Cir. 1993); _Carroll v. Wolpoff & Abramson_, 961 F.2d 459 (4th Cir. 1992); _Graziano v. Harrison_, 950 F.2d 107 (3d Cir. 1991); _Miller v. Payco-General American Credits, Inc._, 943 F.2d 482 (4th Cir. 1991); _Anderson v. White_, 885 F.2d 985 (3d Cir. 1989); _Pipiles v. Credit Bureau, Inc._, 886 F.2d 22 (2d Cir. 1989); _Emanuel v. American Credit Exchange_, 870 F.2d 805 (2d Cir. 1989); _David v. City of Scranton_, 633 F.2d 676 (3d Cir. 1980); _Thweatt v. Law_ _Firm of Koglmeier, Dobbins, Smith & Delgado, P.L.C._, 425 F.Supp.2d 1011 (D.Ariz.2006) (motion to dismiss denied);  _Abels v. JBC Legal Group, P.C._, 233 F.R.D. 645 (N.D.Cal. 2006) (defendants' motion to compel production of time records and retainer denied); _Schwarm v. Craighead_, 233 F.R.D. 655 (E.D.Cal.

2006) (class certified);   *Gonzales v. Arrow Fin. Servs. LLC*, 2006 U.S. Dist.
LEXIS 5371 (Feb. 7, 2006) (class certified); *Mcguire-Pike v. Ameri-Ck, Inc.*, 2005
U.S. Dist. LEXIS 39134 (D.N.M., Dec. 30, 2005) (compel discovery);   *Gacy v.
Gammage & Burnham*, 2005 U.S. Dist. LEXIS 38081 (D.Ariz., Dec. 15, 2005)
(class certification); *Campos v. Western Dental Servs.*, 2005 U.S. Dist. LEXIS
33228 (N.D.Cal., Nov. 28, 2005);   *Palmer v. I.C. Systems*, 2005 U.S. Dist. LEXIS
27946 (N.D.Cal., Nov. 8, 2005); *Wyatt v. Creditcare, Inc.*, 2005 WL 2780684,
2005 U.S. Dist. LEXIS 25787 (N.D.Cal., Oct. 25, 2005) (class certification);
*Cancio v. Financial Credit Network*, 2005 U.S. Dist. LEXIS 13626 (N.D.Cal, July
6, 2005) (attorneys fees and costs awarded);   *Abels v. JBC Legal Group, P.C.*, 229
F.R.D. 152 (N.D.Cal., June 23, 2005) (leave to amend to add party granted));
*Brumbelow v. Law Offices of Bennett & DeLoney*, 2005 WL 1566689 (D.Utah,
June 21, 2005) (defendants' motion for summary judgment was denied due the
existence of disputed issues of material fact) *Brumbelow v. Law Offices of Bennett
& DeLoney*, 372 F.Supp.2d 615 (D.Utah 2005) (owners and operators of law firm
are debt collectors subject to the FDCPA) *Uyeda v. J.A. Cambece Law Office, P.C.*,
2005 U.S. Dist. LEXIS 9271 (N.D.Cal., May 16, 2005) (motion to dismiss denied);
*Abels v. JBC Legal Group, P.C.*, 227 F.R.D 541 (N.D.Cal. 2005) (class
certification granted);   *Gray v. Florida First Financial Group, Inc.*, 359 F. Supp.
2d 1316 (M.D.Fla. 2005) (attorneys fees awarded); *Martsolf v. JBC Legal Group,
P.C.*, 2005 WL 331544, 2005 U.S. Dist. LEXIS 1802 (M.D.Pa., Feb. 7, 2005)
(class certified);   *Palmer v. Stassinos*, 348 F. Supp. 2d 1070 (N.D.Cal. 2004);
*Defenbaugh v. JBC & Assocs.*, 2004 WL 1874978, 2004 U.S. Dist. LEXIS 16256
(N.D.Cal., Aug. 10, 2004) (attorneys fees award); *Agan v. Katzman & Korr*, 328
F.Supp.2d 1363 (S.D.Fla. 2004) (defendants' motion to strike exhibits denied);
*Agan v. Katzman & Korr*, 222 F.R.D. 692 (S.D.Fla. 2004) (class certified);   *Evans*

1  *v. American Credit Sys.*, 222 F.R.D. 388 (D.Neb. 2004); *Bracamonte v. Eskanos &*
2  *Adler*, 2004 U.S. Dist. LEXIS 8520 (N.D.Cal., May 7, 2004); *Agan v. Katzman &*
3  *Korr, P.A.*, 2004 U.S. Dist. LEXIS 4158 (S.D.Fla., Mar. 16, 2004); *Evans v.*
4  *American Credit Sys.*, 2003 U.S. Dist. LEXIS 22433 (D.Neb., Dec. 10, 2003);
5  *Bush v. Loanstar Mortgagee Servs.*, 286 F.Supp.2d 1210 (N.D.Cal. 2003); *Carroll*
6  *v. United Compucred Collections, Inc.*, 2003 U.S. Dist. LEXIS 5996 (M.D.Tenn.,
7  Mar. 31, 2003); *Silvernail v. County of Kent*, 2003 U.S. Dist. LEXIS 5951 (Feb.
8  24, 2003) (§1983 claim); *Gradisher v. County of Muskegon*, 255 F.Supp.2d 720
9  (W.D.Mich. 2003) (§1983 claim); *Gradisher v. Check Enforcement Unit, Inc.*,
10  2003 U.S. Dist. LEXIS 753 (W.D.Mich., Jan. 22, 2003) (award of attorney fees
11  and costs); *Carrol v. United Compucred Collections, Inc.*, 2002 U.S. Dist. LEXIS
12  25032 (M.D.Tenn., Nov. 15, 2002) (Magistrate's Report and Recommendation);
13  *Connor v. Automated Accounts, Inc.*, 2002 WL 31528477 (E.D.Wash., Nov. 1,
14  2002); *Gradisher v. Check Enforcement Unit, Inc.*, 209 F.R.D. 392 (W.D.Mich.
15  2002) (granting plaintiff's motion to decertify the class with notice to the class
16  members); *Wilson v. Transworld Sys.*, 2002 WL 1379246, 2002 U.S. Dist. LEXIS
17  10891 (M.D.Fla., Mar. 29, 2002); *Cope v. Duggins*, 203 F.Supp.2d 650 (E.D.La.
18  2002);  *Gradisher v. Check Enforcement Unit, Inc.*, 210 F.Supp.2d 907
19  (W.D.Mich. 2002); *Fuller v. Becker & Poliakoff, P.A.*, 192 F.Supp.2d 1361
20  (M.D.Fla., 2002); *Clark v. Bonded Adjustment Co.*, 204 F.R.D. 662 (E.D.Wash.
21  2002) (class certified); *Silva v. National Telewire Corp.*, 2001 DNH 218, 2001
22  U.S. Dist. LEXIS 20717 (D.N.H., Dec. 12, 2001) (attorneys fees); *Clark v. Bonded*
23  *Adjustment Co.*, 176 F.Supp2d 1062 (E.D.Wash., 2001); *Gradisher v. Check*
24  *Enforcement Unit, Inc.*, 203 F.R.D. 271 (W.D.Mich. 2001) (class certified);
25  *Ballard v. Equifax Check Servs.*, 158 F.Supp.2d 1163 (E.D.Cal. 2001); *Connor v.*
26  *Automated Accounts, Inc.*, 2001 U.S. Dist. LEXIS 10458 (E.D.Wash., July 18,
27
28

8

2001); _Person v. Stupar_, 136 F.Supp.2d 957 (E.D.Wis. 2001); _Campion v. Credit Bureau Servs._, 2001 U.S. Dist. LEXIS 3588 (E.D.Wash., March 16, 2001); _Irwin v. Mascott_, 2001 U.S. Dist. LEXIS 3285 (N.D.Cal., Feb. 27, 2001); _Gadisher v. Check Enforcement Unit, Inc._, 133 F.Supp.2d 988 (W.D.Mich. 2001); _Campion v. Credit Bureau Servs._, 2000 U.S. Dist. LEXIS 20233 (E.D.Wash., Sept. 20, 2000); _Littledove v. JBC & Assocs._, 2001 U.S. Dist. LEXIS 139 (E.D.Cal., Jan. 10, 2001); _Littledove v. JBC & Assocs._, 2000 U.S. Dist. LEXIS 18490 (E.D.Cal., Dec. 22, 2000); _Fuller v. Becker & Poliakoff_, 197 F.R.D. 697 (M.D.Fla. 2000); _Irwin v. Mascott_, 112 F.Supp.2d 937(N.D.Cal. 2000); _Tenuto v. Transworld Sys._, 2000 U.S. Dist. LEXIS 17566 (Nov. 27, 2000);  _Tenuto v. Transworld Sys._, 2000 U.S. Dist. LEXIS 14344 (Sept. 29, 2000);  _Cope v. Duggins_, 2000 U.S. Dist. LEXIS 5081 (E.D.La., April 13, 2000); _Silva v. National Telewire Corp._, 2000 U.S. Dist. LEXIS 338 (D.N.H., Sept. 29, 2000);  _Woodard v.. Online Information Services_, 191 F.R.D. 502 (E.D.N.C. 2000); _Talbott v. GC Services_, 191 F.R.D. 99 (W.D.Va. 2000); _Haak v. Hults Ford-Mercury, Inc._, 79 F.Supp.2d 1020 (W.D.Wis. 1999); _Borcherding-Dittloff v. Transworld Systems, Inc._, 58 F.Supp.2d 1006 (W.D.Wis. 1999); _Brink v. First Credit Resources_, 57 F.Supp.2d 848 (D.Ariz. 1999); _Swanson v. Mid Am, Inc._, 186 F.R.D. 665 (M.D.Fla. 1999); _Borcherding-Dittloff v. Transworld Systems, Inc._, 185 F.R.D. 558 (W.D.Wis. 1999); _Brink v. First Credit Resources_, 185 F.R.D. 567, (D.Ariz. 1999);  _Talbott v. GC Services Ltd. Partnership_, 53 F.Supp.2d 846 (W.D.Va., May 26, 1999); _Frey v. Satter, Beyer & Spires_, 1999 WL 301650 (N.D.Ill. May 3, 1999); _Irwin v. Mascott_, 186 F.R.D. 567 (N.D.Cal., March 24, 1999); _Borcherding-Dittloff v. Transworld Systems, Inc._, 185 F.R.D 558 (W.D.Wis. 1999); _Ballard v. Equifax Check Services, Inc._, 186 F.R.D. 589 (E.D.Cal., Feb. 22, 1999); _Brink v. First Credit Resources_, 185 F.R.D. 567 (D.Ariz. 1999); _Ballard v. Equifax Check Services, Inc._, 27 F.Supp. 1201 (E.D.Cal.

1998); _Van Vels v. Premier Athletic Center of Plainfield, Inc._, 182 F.R.D. 500 (W.D.Mich., Sept. 17, 1998); _Vlasak v. Rapid Collection Syatems, Inc._, 962 F.Supp. 1096 (N.D. Ill. 1997); _Drennan v. Van Ru Credit Corp._, 950 F.Supp 858 (N.D. Ill. 1997); _D'Alauro- Labbate v. GC Services_, 168 F.R.D. 451 (E.D.N.Y. 1996); _Brujis v. Shaw_, 876 F.Supp. 975 (N.D.Ill. 1995); _Smith v. Law Offices of Mitchell N. Kay_, 124 B.R. 182 (D.Del. 1991); _Perez v. Perkiss_, 742 F.Supp. 863 (D.Del. 1990); _Games v. Cavazos_, 737 F.Supp. 1368 (D.Del. 1990); _Cristiano v. Courts of the Justices of the Peace_, 115 F.R.D. 240 (D.Del. 1987) (class action certified), 669 F.Supp. 662 (D.Del. 1987) (merits); _Swaney v. Secretary, U.S. Department of Education_, 664 F.Supp. 172 (D.Del. 1987); _Brown v. Eichler_, 664 F.Supp. 865 (D.Del. 1987) (merits), 680 F.Supp. 138 (D.Del. 1989) (attorneys' fees); _Northern Pennsylvania Legal Services v. County of Lackawanna_, 513 F.Supp. 678 (M.D.Pa. 1981); _Mays v. Scranton City Police Department_, 503 F.Supp. 1255 (M.D.Pa. 1980); _Christy v. Hammell_, 87 F.R.D. 381 (M.D.Pa. 1980); _Yearsley v. Scranton Housing Authority_, 478 F.Supp. 784 (M.D.Pa. 1979); and _Barrett v. Kalinowski_, 458 F.Supp. 689 (M.D.Pa. 1978).

Respectfully submitted,

  s/ O. Randolph Bragg
Chicago, Illinois 60602