```
1  LAW OFFICES OF CLARK GAREN,
   CLARK GAREN, CALIF. BAR #50564
2  P. O. BOX 1790,
   PALM SPRINGS, CALIFORNIA 92263
3  STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
   TELEPHONE:      (760) 323-4901
4  Fax:            (760) 288-4080

5  ATTORNEYS FOR PLAINTIFFS
   IMPERIAL MERCHANT SERVICES, a California
6  corporation, doing business as
   CHECK RECOVERY SYSTEMS
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDY HUNT, on behalf of herself and others similarly situated, ) ) ) ) Plaintiff, ) ) -vs- ) ) CHECK RECOVERY SYSTEMS, INC., ) et. al., ) ) Defendants. ) ) ) ) _____) | Case No. C 05 4993 MJJ<br><br>SECOND INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER FRCP 56; PARTIAL SUMMARY JUDGMENT UNDER FRCP 54b; AND CERTIFICATION FOR IMMEDIATE APPEAL UNDER 28 U.S.C. 1292(b)<br><br>Date: October 24, 2006<br>Time: 9:30 A.M.<br>Place: Courtroom 11 |

EXHIBIT
NUMBER    DESCRIPTION OF EXHIBIT                                PAGE NO.

6         Declaration of Clark Garen_____3

7         Deposition Transcript and Exhibits            6
          of Deposition of William B.
          Johnson taken on July 16, 2006

_____
SECOND INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT UNDER FRCP 56; Case No. C 05 4993 MJJ

1

1  Dated: September 18, 2006

3                                        LAW OFFICES OF CLARK GAREN

4                                        BY

5                                        _____
                                         CLARK GAREN,
6                                        ATTORNEY FOR DEFENDANT

_____
SECOND INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT UNDER FRCP 56; Case No. C 05 4993 MJJ

2

# EXHIBIT 6

```
 1  LAW OFFICES OF CLARK GAREN,
    CLARK GAREN, CALIF. BAR #50564
 2  P. O. BOX 1790,
    PALM SPRINGS, CALIFORNIA 92263
 3  STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
    TELEPHONE:      (760) 323-4901
 4  Fax:            (760) 288-4080

 5  ATTORNEYS FOR PLAINTIFFS
    IMPERIAL MERCHANT SERVICES, a California
 6  corporation, doing business as
    CHECK RECOVERY SYSTEMS
 7
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRANDY HUNT, on behalf of herself and others similarly situated,          ) | Case No. C 05 4993 MJJ |
|                                                                           ) | |
|                        Plaintiff,                                         ) | DECLARATION OF CLARK GAREN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER FRCP 56; PARTIAL SUMMARY JUDGMENT UNDER FRCP 54b; AND CERTIFICATION FOR IMMEDIATE APPEAL UNDER 28 U.S.C. 1292(b) |
| -vs-                                                                      ) | |
| CHECK RECOVERY SYSTEMS, INC., et. al.,                                    ) | |
|                        Defendants.                                        ) | |
|                                                                           ) | Date: October 24, 2006 |
|                                                                           ) | Time: 9:30 A.M. |
|                                                                           ) | Place: Courtroom 11 |

    I, CLARK GAREN, STATE AND DECLARE

    1. If duly called as a witness and sworn to give testimony, my testimony would be as hereinafter stated.

    2. All of the facts stated herein are within my own, personal knowledge.

    3. Attached hereto, marked Exhibit 2 and incorporated herein by reference, is the entire deposition transcript of

1  WILLIAM B. JOHNSON, who was designated by Safeway as the person
2  most knowledgeable on the transaction with the Plaintiff. I
3  attended the deposition, which was taken on July 17, 2006, and
4  can state that the transcript accurately reflects the testimony
5  given.
6      I DECLARE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF
7  CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.
8      EXECUTED ON SEPTEMBER 16, 2006 AT PALM SPRINGS, CALIFORNIA

                    _____
                    CLARK GAREN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 7**

**PROOF OF SERVICE BY MAIL**
(1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA          )
COUNTY OF RIVERSIDE          )  S.S.

I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258

On September 18, 2006, I served the within SECOND INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER FRCP 56 on the interested parties herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at PALM SPRINGS, CALIFORNIA addressed as follows:

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925

PAUL ARONS,
LAW OFFICES OF PAUL ARONS,
685 SPRINGS STREET,
#104,
FRIDAY HARBOR, WASHINGTON 98250

O. RANDOLPH BRAGG,
HORWITZ, HORWITZ & ASSOCIATES,
25 EAST WASHINGTON,
SUITE 900
CHICAGO, ILLINOIS 60602

RONALD WILCOX,
ATTORNEY AT LAW,
2160 THE ALAMEDA,
FIRST FLOOR,
SUITE F,
SAN JOSE, CALIFORNIA 95126

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON September 18, 2006 AT PALM SPRINGS, CALIFORNIA

_____
CLARK GAREN, DECLARANT