1
2
3
4

**Paul Arons, State Bar #84970**
**685 Spring Street, #104**
**Friday Harbor, WA 98250**
**Tel:  (360) 378-6496**
**Fax: (360) 378-6498**
**lopa@rockisland.com**

5
6
7
8

**Ronald Wilcox, State Bar #176601**
**LAW OFFICE OF RONALD WILCOX**
**2160 The Alameda, 1st Flr., Suite F**
**San Jose, CA 95126**
**(408) 296-0400**

9

**Attorneys for Plaintiffs**

10
11
12

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRANDY HUNT and BRIAN CASTILLO, et al, on behalf of themselves and others similarly situated,** <br><br>         **Plaintiffs,** <br><br> **vs.** <br><br> **IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,** <br><br>         **Defendants.** | **Case No. 05-04993 MJJ** <br> **Case No. 06-02037 MJJ** <br><br> **CLASS ACTION** <br><br> **JOINT STATEMENT OF UNDISPUTED FACTS IN CONNECTION WITH PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> **Date: October 24, 2006** <br> **Time: 9:00 a.m.** <br> **Courtroom 11** |

13
14
15
16
17
18
19
20
21
22
23

    The parties agree that the following facts are undisputed:

24
25
26

    1.  Brian Castillo wrote a check in the amount of $276.36 to Pack 'n Save, on or about November 28, 2004.  The check was returned unpaid, due to insufficient funds.

27
28

    2.  Brandy Hunt wrote a check in the amount of $137.15 to Pack 'n Save, on or about July 5, 2004.  The check was returned unpaid, due to insufficient funds.

3.   Pack n' Save is operated by Safeway, Inc.

4.   After the Castillo and Hunt checks were returned unpaid, Safeway referred the checks to Imperial Recovery Services, Inc., d/b/a Check Recovery Systems. [Imperial].

5.   The principal purpose of Imperial Recovery Services, Inc., d/b/a Check Recovery Systems is the collection of debts.  The Castillo and Hunt checks that Safeway referred to Imperial were written for personal, family or household purposes.  The parties agree that Imperial's collection conduct at issue in this lawsuit is governed by the Fair Debt Collection Practices Act,  15 U.S.C. §1692, *et seq.*, [FDCPA].

6.   When Safeway refers unpaid checks written in California to Imperial, it asks Imperial to collect the check amount and the service charge provided for in Cal. Civil Code § 1719.  Imperial retains 27% of the amount collected for the check and the statutory service charge.  After a check has been referred, Imperial adds an interest charge, which is calculated at the rate of 10% per annum, accruing from the date the check was written.  Imperial retains 100% of the interest that it collects.  Safeway and Imperial followed these practices in connection with the Castillo and Hunt checks.

7.   Safeway referred the Brian Castillo check to Imperial, to collect the check amount plus a $25.00 statutory service charge.  Imperial mailed Brian Castillo a collection letter dated March 17, 2005 in which it demanded $276.36 for the check amount, $25.00 as a "Misc. charge, and $8.99 as interest.  Subsequently, Imperial mailed Brian Castillo a collection letter dated December 2, 2005, in which it demanded $276.36 for the check amount, $25.00 as a "Misc. charge, and $30.43 as interest.

8.   Safeway referred the Brandy Hunt check to Imperial, to collect the check amount plus a $35.00 statutory service charge.  Subsequently, defendant mailed Ms. Hunt two collection demands.  The second demand is dated December 6, 2005, and includes a demand for the check amount, a "Misc." charge of $35.00, and interest of $7.26, for a total of $179.41.

1    DATED:  October 6, 2006                LAW OFFICES OF PAUL ARONS

2

3                                          s/Paul Arons_____
                                           Paul Arons
4                                          Attorneys for Plaintiff
                                           BRANDY HUNT
5

6    DATED:  October 6, 2006                LAW OFFICES OF CLARK GAREN

7

8                                          s/Clark Garen_____
                                           Clark Garen
9                                          Attorneys for Defendant
                                           IMPERIAL MERCHANT SERVICES, INC. d/b/a
10                                         CHECK RECOVERY SYSTEMS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28