1   LAW OFFICES OF CLARK GAREN,
    CLARK GAREN, CALIF. BAR #50564
2   P. O. BOX 1790,
    PALM SPRINGS, CALIFORNIA 92263
3   STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
    TELEPHONE:     (760) 323-4901
4   Fax:           (760) 288-4080

5   ATTORNEYS FOR PLAINTIFFS
    IMPERIAL MERCHANT SERVICES, a California
6   corporation, doing business as
    CHECK RECOVERY SYSTEMS

7

8                    UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10
    BRANDY HUNT, on behalf of herself   )   Case No. C 05 4993 MJJ
11  and others similarly situated,      )
                                        )   REQUEST FOR JUDICIAL
12                                      )   NOTICE #4 IN SUPPORT OF
                                        )   MOTION FOR SUMMARY
13                  Plaintiff,          )   JUDGMENT UNDER FRCP 56;
                                        )   PARTIAL SUMMARY JUDGMENT
14  -vs-                                )   UNDER FRCO 54b; AND
                                        )   CERTIFICATION FOR
15  CHECK RECOVERY SYSTEMS, INC.,       )   IMMEDIATE APPEAL UNDER
    et. al.,                            )   28 U.S.C. 1292(b)
16                                      )
                    Defendants.         )   Date: November 21, 2006
17                                      )   Time: 3:00 P.M.
                                        )   Place: Courtroom 11
18  _____)

19       TO PLAINTIFF BRANDY HUNT, on behalf of herself and others

20  similarly situated, and to IRVING L. BERG; THE BERG LAW GROUP; O.

21  RANDOLPH BRAGG; HORWITZ, HORWITZ & ASSOCIATES; PAUL ARONS; and

22  THE LAW OFFICES OF PAUL ARONS, her attorneys of record and to

23  BRIAN C CASTILLO, on behalf of himself and others similarly

24  situated and to RONALD WILCOX; O. RANDOLPH BRAGG; AND HORWITZ,

25  HORWITZ & ASSOCIATES, his attorneys of record:

26

27  _____

28  Request for Judicial Notice #4 - Case Number C 05 4993 MJJ

                                1

1    PLEASE TAKE NOTICE THAT on November 21, 2006 at the hour of
2    3:00 P.M. in Courtroom 11 of the above-entitled Court, Defendant
3    will move the Court to take Judicial Notice of the following
4    documents:

5        1. Order Granting Plaintiff's Motion for Summary Judgment in
6    Part and Denying Plaintiff's Motion for Summary Judgment in Part
7    filed on October 31, 2006 in the United States Bankruptcy Court
8    for the Northern Division of California, Case Adversary Case
9    Number: 05-3499 DM, a copy of which is attached hereto, marked
10   Exhibit 1, and incorporated herein by reference.

11       2. Judgment filed on October 31, 2006 in the United States
12   Bankruptcy Court for the Northern Division of California, Case
13   Adversary Case Number: 05-3499 DM, a copy of which is attached
14   hereto, marked Exhibit 2, and incorporated herein by reference.

15       3. Plaintiff's Notice of Appeal from a Final judgment of the
16   Bankruptcy Court filed on November 2, 2006 in the United States
17   Bankruptcy Court for the Northern Division of California, Case
18   Adversary Case Number: 05-3499 DM, a copy of which is attached
19   hereto, marked Exhibit 3, and incorporated herein by reference.

20       Dated: November 6, 2006

21

22                        LAW OFFICES OF CLARK GAREN

23                        BY

24                        _____
                          CLARK GAREN,
25                        ATTORNEY FOR DEFENDANT

26

27   _____
28   Request for Judicial Notice #4 - Case Number C 05 4993 MJJ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26 _____**EXHIBIT 1**
27 _____
28 Request for Judicial Notice #4 - Case Number C 05 4993 MJJ

LAW OFFICES OF CLARK GAREN,                    **FILED**
CLARK GAREN, CALIF. BAR #50564                 OCT 31 2006
P. O. BOX 1790,                     UNITED STATES BANKRUPTCY COURT
PALM SPRINGS, CALIFORNIA 92263               SAN FRANCISCO, CA
(STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
TELEPHONE:    (760) 323-4901
Fax:     (760) 288-4080
ATTORNEYS FOR PLAINTIFFS
IMPERIAL MERCHANT SERVICES, a California
corporation, doing business as
CHECK RECOVERY SYSTEMS


                    UNITED STATES BANKRUPTCY COURT

         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| In Re: | ) | Bankruptcy Number: |
|---|---|---|
|  | ) | 05-33473 DM |
| BRANDY G. HUNT, | ) | Adversary Proceeding |
|  | ) | No.: 05-3499 DM |
| Bankrupt. | ) |  |
|  | ) | ORDER GRANTING |
| _____ | ) | PLAINTIFF'S MOTION FOR |
|  | ) | SUMMARY JUDGMENT IN PART |
| IMPERIAL MERCHANT SERVICES, INC., | ) | AND DENYING PLAINTIFF'S |
| a California corporation, doing | ) | MOTION FOR SUMMARY |
| business as CHECK RECOVERY SYSTEMS, | ) | JUDGMENT IN PART |
|  | ) | (Proposed) |
|  | ) | Date: October 16, 2006 |
| Plaintiff, | ) | TIME: 9:30 A.M. |
| -vs- | ) | PLACE: 235 Pine Street, |
|  | ) | 22nd Floor, |
| BRANDY G. HUNT, | ) | San Francisco, Ca |
|  | ) | Judge: Dennis Montali |
| Defendant. | ) |  |
|  | ) |  |
| _____ | ) |  |

_____
Request for Judicial Notice #4 - Case Number C 05 4993 MJJ

1    The motion for Summary Judgment filed by Plaintiff IMPERIAL
2  MERCHANT SERVICES, INC., a California corporation, doing business
3  as CHECK RECOVERY SYSTEMS, came regularly for hearing on October
4  16, 2006 at 9:30 A.M. before the Honorable Dennis Montali, United
5  States Bankruptcy Judge.
6    After due consideration of the moving, responding, and reply
7  papers, and after consideration of oral argument,
8    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Summary
9  Judgment is granted in part in favor of Plaintiff IMPERIAL
10 MERCHANT SERVICES, INC., a California corporation, doing business
11 as CHECK RECOVERY SYSTEMS, and against Defendant BRANDY G. HUNT
12 for the reasons stated on the record and that Summary Judgment is
13 denied in part for the reasons stated on the record.

14

15    Dated: OCT 31 2006

16

17              /s/ DENNIS MONTALI
                _____
18              DENNIS MONTALI,
                UNITED STATES BANKRUPTCY JUDGE
19

20

21

22

23

24

25

26

27
   _____
28
   Request for Judicial Notice #4 - Case Number C 05 4993 MJJ

1

                    PROOF OF SERVICE BY MAIL
                     (1013a, 2015.5 C.C.P.)

2

STATE OF CALIFORNIA            )
3  COUNTY OF RIVERSIDE           )  S.S.
        I am a citizen of the United States and a Resident of the
4  County Aforesaid; I am over the age of eighteen years and not a
   party to the within entitled action; my business address is:
5  1801 CALIFORNIA AVENUE, CORONA, CALIFORNIA 92881

6        On OCTOBER 20, 2006 I served the within ORDER GRANTING
   PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN PART AND DENYING
7  PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN PART (Proposed) on the
   interested parties herein in said action by placing a true copy
8  thereof enclosed in a sealed envelope with postage thereon fully
   prepaid, in the United States mail at PALM SPRINGS, CALIFORNIA
9  addressed as follows:

10 IRVING L. BERG,
   THE BERG LAW GROUP,
11 433 TOWN CENTER, NO. 493,
   CORTE MADERA, CALIFORNIA 94925

12
   PAUL ARONS,
13 LAW OFFICES OF PAUL ARONS,
   685 SPRINGS STREET,
14 #104,
   FRIDAY HARBOR, WASHINGTON 98250

15
        I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
16 TRUE AND CORRECT.

17       EXECUTED ON OCTOBER 20, 2006 AT PALM SPRINGS, CALIFORNIA

18

19                           _____
                             CLARK GAREN, DECLARANT
20

21

22

23

24

25

26

27

28
   _____
   Judgment (Proposed) - Case Number: No.: 05-3499 DM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

Judgment (Proposed) - Case Number: No.: 05-3499 DM

1  LAW OFFICES OF CLARK GAREN,        **FILED**
     CLARK GAREN, CALIF. BAR #50564     OCT 31 2006
2  P. O. BOX 1790,         UNITED STATES BANKRUPTCY COURT
     PALM SPRINGS, CALIFORNIA 92263      SAN FRANCISCO, CA
3  (STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
     TELEPHONE:    (760) 323-4901
4  Fax:        (760) 288-4080
     ATTORNEYS FOR PLAINTIFFS
5  IMPERIAL MERCHANT SERVICES, a California
     corporation, doing business as
6  CHECK RECOVERY SYSTEMS

10               UNITED STATES BANKRUPTCY COURT

11     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| 12 | In Re: | ) | Bankruptcy Number: |
|----|--------|---|--------------------|
| | | ) | 05-33473 DM |
| 13 | BRANDY G. HUNT, | ) | Adversary Proceeding |
| | | ) | No.: 05-3499 DM |
| 14 | Bankrupt. | ) | |
| | | ) | JUDGMENT |
| 15 | _____ | ) | |
| | | ) | |
| 16 | IMPERIAL MERCHANT SERVICES, INC., | ) | |
| | a California corporation, doing | ) | |
| 17 | business as CHECK RECOVERY SYSTEMS, | ) | |
| 18 | | ) | Date: October 16, 2006 |
| | Plaintiff, | ) | TIME: 9:30 A.M. |
| 19 | -vs- | ) | PLACE: 235 Pine Street, |
| | | ) | 22nd Floor, |
| 20 | BRANDY G. HUNT, | ) | San Francisco, Ca |
| | | ) | Judge: Dennis Montali |
| 21 | Defendant. | ) | |
| | | ) | |
| 22 | _____ | ) | |

28  _____
     Judgment (Proposed) - Case Number: No.: 05-3499 DM

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Judgment of

2   non-dischargeability because of fraud by the Defendant is granted

3   to Plaintiff IMPERIAL MERCHANT SERVICES, INC., a California

4   corporation, doing business as CHECK RECOVERY SYSTEMS and against

5   Defendant BRANDY G. HUNT as follows:

6        Principal:        $172.15

7        Attorney Fees: -0-

8        Interest:     -0-

9        Costs:            $442.30

10        TOTAL:            $614.45

11

12

13   Dated: OCT 31 2006

14

15                        /s/ DENNIS MONTALI
                     _____
16                        DENNIS MONTALI,
                     UNITED STATES BANKRUPTCY JUDGE

17

18

19

20

21

22

23

24

25

26

27

28
_____
Judgment (Proposed) - Case Number: No.: 05-3499 DM

PROOF OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA          )
COUNTY OF RIVERSIDE          )  S.S.
        I am a citizen of the United States and a Resident of the
County Aforesaid; I am over the age of eighteen years and not a
party to the within entitled action; my business address is:
1801 CALIFORNIA AVENUE, CORONA, CALIFORNIA 92881

        On OCTOBER 20, 2006 I served the within JUDGMENT (Proposed)
on the interested parties herein in said action by placing a true
copy thereof enclosed in a sealed envelope with postage thereon
fully prepaid, in the United States mail at PALM SPRINGS,
CALIFORNIA addressed as follows:

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925

PAUL ARONS,
LAW OFFICES OF PAUL ARONS,
685 SPRINGS STREET,
#104,
FRIDAY HARBOR, WASHINGTON 98250

        I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT.

        EXECUTED ON OCTOBER 20, 2006 AT PALM SPRINGS, CALIFORNIA


                                _____
                                CLARK GAREN, DECLARANT

Judgment - Case Number: No.: 05-3499 DM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

Judgment - Case Number: No.: 05-3499 DM

```
 1   LAW OFFICES OF CLARK GAREN,
     CLARK GAREN, CALIF. BAR #50564
 2   P. O. BOX 1790,
     PALM SPRINGS, CALIFORNIA 92263
 3   (STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
     TELEPHONE:    (760) 323-4901
 4   Fax:          (760) 288-4080                FILED
                                                 NOV -2 2006
 5   ATTORNEYS FOR PLAINTIFFS          UNITED STATES BANKRUPTCY COURT
     IMPERIAL MERCHANT SERVICES, a California SAN FRANCISCO, CA
 6   corporation, doing business as
     CHECK RECOVERY SYSTEMS
 7
 8                 UNITED STATES BANKRUPTCY COURT
 9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10   In Re:                      )   Bankruptcy Number:
                                  )   05-33473 DM
11   BRANDY G. HUNT,             )   Adversary Proceeding
                                  )   No.: 05-3499 DM
12            Bankrupt.          )
     _____) PLAINTIFF'S NOTICE OF
13                                )   APPEAL FROM A FINAL
     IMPERIAL MERCHANT SERVICES, INC.,) JUDGMENT OF THE
14   a California corporation, doing )   BANKRUPTCY COURT
     business as CHECK RECOVERY SYSTEMS,)
15                                )
                                  )   Date: October 16, 2006
16            Plaintiff,          )   TIME: 10:00 A.M.
     -vs-                         )   PLACE: 235 Pine Street,
17                                )          22nd Floor,
     BRANDY G. HUNT,             )          San Francisco, Ca
18                                )   Judge: Dennis Montali
              Defendant.          )
19                                )
     _____)
20
21
22      Notice is hereby given that IMPERIAL MERCHANT SERVICES, INC., a
23   California corporation, doing business as CHECK RECOVERY SYSTEMS,
24   hereby appeals to the Bankruptcy Appellate Panel of the United
     States Court of Appeals for the 9th Circuit the part of the Final
25   Judgment and the Order Granting Plaintiff's Motion for Summary
26   Judgment in Part and Denying Plaintiff's Motion for Summary
27   Judgment In Part entered in this action on October 31, 2006 that
28   denies pre-judgment interest to Plaintiff. A copy of the Judgment
```

1   and a Copy of the Order Granting Plaintiff's Motion for Summary

2   Judgment in Part and Denying Plaintiff's Motion for Summary

3   Judgment In Part that were entered in this action on October 31,

4   2006 is attached hereto and incorporated herein by reference.

5   Plaintiff requests that this appeal be scheduled for proceedings

6   in the Pasadena office of the Bankruptcy Appellate Panel of the

7   United States Court of Appeals for the 9th Circuit.

8

9   Dated: November 1, 2006

10

11  LAW OFFICES OF CLARK GAREN

12

13  BY

14  _____
    CLARK GAREN,
15  LAW OFFICES OF CLARK GAREN,
    P. O. BOX 1790,
16  PALM SPRINGS, CALIFORNIA 92263
    TELEPHONE:     (760) 323-4901
17  Fax:           (760) 288-4080
    ATTORNEY OF RECORD FOR PLAINTIFF

18

19

20

21

22

23

24

25

26

27

28

1  LAW OFFICES OF CLARK GAREN,                    **FILED**
   CLARK GAREN, CALIF. BAR #50564               OCT 31 2006
2  P. O. BOX 1790,                    UNITED STATES BANKRUPTCY COURT
   PALM SPRINGS, CALIFORNIA 92263             SAN FRANCISCO, CA
3  (STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
   TELEPHONE:    (760) 323-4901
4  Fax:          (760) 288-4080
   ATTORNEYS FOR PLAINTIFFS
5  IMPERIAL MERCHANT SERVICES, a California
   corporation, doing business as
6  CHECK RECOVERY SYSTEMS

7

8

9                  UNITED STATES BANKRUPTCY COURT

10        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11 In Re:                          )    Bankruptcy Number:
                                   )    05-33473 DM
12 BRANDY G. HUNT,                 )    Adversary Proceeding
                                   )    No.: 05-3499 DM
13        Bankrupt.                )
                                   )    ORDER GRANTING
14 _____ )    PLAINTIFF'S MOTION FOR
                                   )    SUMMARY JUDGMENT IN PART
15 IMPERIAL MERCHANT SERVICES, INC., )  AND DENYING PLAINTIFF'S
   a California corporation, doing )    MOTION FOR SUMMARY
16 business as CHECK RECOVERY SYSTEMS,)  JUDGMENT IN PART
                                   )    (Proposed)
17                                 )    Date: October 16, 2006
                Plaintiff,         )    TIME: 9:30 A.M.
18 -vs-                            )    PLACE: 235 Pine Street,
                                   )           22nd Floor,
19 BRANDY G. HUNT,                 )           San Francisco, Ca
                                   )    Judge: Dennis Montali
20              Defendant.         )
                                   )
21 _____ )

22

23

24

25

26

27

28

1    The motion for Summary Judgment filed by Plaintiff IMPERIAL

2  MERCHANT SERVICES, INC., a California corporation, doing business

3  as CHECK RECOVERY SYSTEMS, came regularly for hearing on October

4  16, 2006 at 9:30 A.M. before the Honorable Dennis Montali, United

5  States Bankruptcy Judge.

6    After due consideration of the moving, responding, and reply

7  papers, and after consideration of oral argument,

8    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Summary

9  Judgment is granted in part in favor of Plaintiff IMPERIAL

10 MERCHANT SERVICES, INC., a California corporation, doing business

11 as CHECK RECOVERY SYSTEMS, and against Defendant BRANDY G. HUNT

12 for the reasons stated on the record and that Summary Judgment is

13 denied in part for the reasons stated on the record.

14

15    Dated: OCT 31 2006

16

17            /s/ DENNIS MONTALI

18            _____
              DENNIS MONTALI,
19            UNITED STATES BANKRUPTCY JUDGE

20

21

22

23

24

25

26

27

28

1

PROOF OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

2

STATE OF CALIFORNIA              )
COUNTY OF RIVERSIDE              ) S.S.
3
        I am a citizen of the United States and a Resident of the
4   County Aforesaid; I am over the age of eighteen years and not a
    party to the within entitled action; my business address is:
5   1801 CALIFORNIA AVENUE, CORONA, CALIFORNIA 92881

6       On OCTOBER 20, 2006 I served the within ORDER GRANTING
    PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN PART AND DENYING
7   PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN PART (Proposed) on the
    interested parties herein in said action by placing a true copy
8   thereof enclosed in a sealed envelope with postage thereon fully
    prepaid, in the United States mail at PALM SPRINGS, CALIFORNIA
9   addressed as follows:

10  IRVING L. BERG,
    THE BERG LAW GROUP,
11  433 TOWN CENTER, NO. 493,
    CORTE MADERA, CALIFORNIA 94925

12
    PAUL ARONS,
13  LAW OFFICES OF PAUL ARONS,
    685 SPRINGS STREET,
14  #104,
    FRIDAY HARBOR, WASHINGTON 98250

15
        I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
16  TRUE AND CORRECT.

17      EXECUTED ON OCTOBER 20, 2006 AT PALM SPRINGS, CALIFORNIA

18

19      _____

20                  CLARK GAREN, DECLARANT

21

22

23

24

25

26

27

28
    _____
    Judgment (Proposed) - Case Number: No.: 05-3499 DM

1    I, the undersigned, a regularly appointed and qualified
clerk in the office of the Bankruptcy judge of the United States
2  Bankruptcy Court for the Northern District of California, at San
Francisco, hereby certify:
3

4    That I, in the performance of my duties as such clerk,
served a copy of the foregoing document by placing said copy(ies)
5  in a postage paid envelope addressed to the person(s) hereinafter
listed by depositing said envelope in the U. S. Mail, or by
6  placing said copy(ies) into an inter-office delivery receptacle
located in the Clerk's office, or by facsimile to the facsimile
7  numbers listed below, at San Francisco, California, on the date
shown below:

8  Dated:    OCT 31 2006

9  Clark Garen, Esq.
Law Office of Clark Garen
10 P. O. Box 1790
Palm Springs, CA 92263
11
Irving L. Berg, Esq.
12 The Berg Law Broup\
433 Town Center, No. 493
13 Corte Madera, CA 94926

14 Paul Arons, Esq.
Law Offices of Paul Arons,
15 685 Springs St., #104,
Friday Harbor, WA 98250
16

17
                                    SEAL OF CLERK with signature
18

19

20

21

22

23

24

25

26

27

28
_____
Judgment (Proposed) - Case Number: No.: 05-3499 DM

1  LAW OFFICES OF CLARK GAREN,              **FILED**
   CLARK GAREN, CALIF. BAR #50564           OCT 31 2006
2  P. O. BOX 1790,                    UNITED STATES BANKRUPTCY COURT
   PALM SPRINGS, CALIFORNIA 92263            SAN FRANCISCO, CA
3  (STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
   TELEPHONE:    (760) 323-4901
4  Fax:          (760) 288-4080
   ATTORNEYS FOR PLAINTIFFS
5  IMPERIAL MERCHANT SERVICES, a California
   corporation, doing business as
6  CHECK RECOVERY SYSTEMS

7

8

9

10                 UNITED STATES BANKRUPTCY COURT

11        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  In Re:                        )    Bankruptcy Number:
                                  )    05-33473 DM
13  BRANDY G. HUNT,               )    Adversary Proceeding
                                  )    No.: 05-3499 DM
14          Bankrupt.             )
                                  )    JUDGMENT
15  _____)
                                  )
16  IMPERIAL MERCHANT SERVICES, INC., )
    a California corporation, doing )
17  business as CHECK RECOVERY SYSTEMS,)
                                  )
18                                )    Date: October 16, 2006
                Plaintiff,        )    TIME: 9:30 A.M.
19  -vs-                          )    PLACE: 235 Pine Street,
                                  )           22nd Floor,
20  BRANDY G. HUNT,               )           San Francisco, Ca
                                  )    Judge: Dennis Montali
21              Defendant.        )
                                  )
22  _____)

23

24

25

26

27

28  _____
    Judgment (Proposed) - Case Number: No.: 05-3499 DM

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Judgment of

2    non-dischargeability because of fraud by the Defendant is granted

3    to Plaintiff IMPERIAL MERCHANT SERVICES, INC., a California

4    corporation, doing business as CHECK RECOVERY SYSTEMS and against

5    Defendant BRANDY G. HUNT as follows:

6        Principal:         $172.15

7        Attorney Fees: -0-

8        Interest:      -0-

9        Costs:             $442.30

10        TOTAL:             $614.45

11

12

13    Dated: OCT 31 2006

14

15                        /s/ DENNIS MONTALI
                         _____
16                        DENNIS MONTALI,
                         UNITED STATES BANKRUPTCY JUDGE

17

18

19

20

21

22

23

24

25

26

27

28
_____
Judgment (Proposed) - Case Number: No.: 05-3499 DM

1

<u>PROOF OF SERVICE BY MAIL</u>
<u>(1013a, 2015.5 C.C.P.)</u>

2

STATE OF CALIFORNIA           )
COUNTY OF RIVERSIDE           )  S.S.

3

    I am a citizen of the United States and a Resident of the
County Aforesaid; I am over the age of eighteen years and not a
party to the within entitled action; my business address is:
1801 CALIFORNIA AVENUE, CORONA, CALIFORNIA 92881

4

5

6

    On OCTOBER 20, 2006 I served the within JUDGMENT (Proposed)
on the interested parties herein in said action by placing a true
copy thereof enclosed in a sealed envelope with postage thereon
fully prepaid, in the United States mail at PALM SPRINGS,
CALIFORNIA addressed as follows:

7

8

9

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925

10

11

PAUL ARONS,
LAW OFFICES OF PAUL ARONS,
685 SPRINGS STREET,
#104,
FRIDAY HARBOR, WASHINGTON 98250

12

13

14

15

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT.

16

    EXECUTED ON OCTOBER 20, 2006 AT PALM SPRINGS, CALIFORNIA

17

18

19

                CLARK GAREN, DECLARANT

20

21

22

23

24

25

26

27

28

Judgment - Case Number: No.: 05-3499 DM

1     I, the undersigned, a regularly appointed and qualified
clerk in the office of the Bankruptcy judge of the United States
2  Bankruptcy Court for the Northern District of California, at San
Francisco, hereby certify:
3
      That I, in the performance of my duties as such clerk,
4  served a copy of the foregoing document by placing said copy(ies)
in a postage paid envelope addressed to the person(s) hereinafter
5  listed by depositing said envelope in the U. S. Mail, or by
placing said copy(ies) into an inter-office delivery receptacle
6  located in the Clerk's office, or by facsimile to the facsimile
numbers listed below, at San Francisco, California, on the date
7  shown below:

8  Dated:    OCT 31 2006

9  Clark Garen, Esq.
Law Office of Clark Garen
10  P. O. Box 1790
Palm Springs, CA 92263
11
Irving L. Berg, Esq.
12  The Berg Law Broup\
433 Town Center, No. 493
13  Corte Madera, CA 94926

14  Paul Arons, Esq.
Law Offices of Paul Arons,
15  685 Springs St., #104,
Friday Harbor, WA 98250
16

17
                              SEAL OF CLERK with signature
18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE BY UNITED STATES MAIL**

I do hereby certify that on the 1st day of November, 2006, I served a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF APPEAL FROM A FINAL JUDGMENT OF THE BANKRUPTCY COURT by depositing a copy of same in the United States Mail, along with the exhibits identified therein and attached thereto, postage prepaid, at North Palm Springs, addressed as follows:

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925

PAUL ARONS,
LAW OFFICE OF PAUL ARONS,
685 SPRING STREET,
#104,
FRIDAY HARBOR, WASHINGTON 98250

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON November 1, 2006 AT NORTH PALM SPRINGS, CALIFORNIA

_____
CLARK GAREN, DECLARANT

1
<u>PROOF OF SERVICE BY MAIL</u>
(1013a, 2015.5 C.C.P.)

2
STATE OF CALIFORNIA           )
COUNTY OF RIVERSIDE           )  S.S.

3

I am a citizen of the United States and a Resident of the
4  County Aforesaid; I am over the age of eighteen years and not a
party to the within entitled action; my business address is:
5  1801 CALIFORNIA AVENUE, CORONA, CALIFORNIA 92881
On November 6, 2006, I served the within REQUEST FOR
6  JUDICIAL NOTICE #4 IN SUPPORT OF MOTION BY DEFENDANT FOR SUMMARY
JUDGMENT UNDER FRCP 56; NOTICE OF MOTION FOR ENTRY OF PARTIAL
7  JUDGMENT UNDER FRCP 54b; NOTICE OF MOTION FOR CERTIFICATION OF
IMMEDIATE APPEAL UNDER 28 U.S.C. 1292(b) on the interested
8  parties herein in said action by placing a true copy thereof
enclosed in a sealed envelope with postage thereon fully prepaid,
9  in the United States mail at PALM SPRINGS, CALIFORNIA addressed
as follows:

10

11  IRVING L. BERG,
THE BERG LAW GROUP,
12  433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925

13  PAUL ARONS,
LAW OFFICES OF PAUL ARONS,
14  685 SPRINGS STREET,
#104,
15  FRIDAY HARBOR, WASHINGTON 98250

16  O. RANDOLPH BRAGG,
HORWITZ, HORWITZ & ASSOCIATES,
17  25 EAST WASHINGTON,
SUITE 900
18  CHICAGO, ILLINOIS 60602

19  RONALD WILCOX,
ATTORNEY AT LAW,
20  2160 THE ALAMEDA,
FIRST FLOOR,
21  SUITE F,
SAN JOSE, CALIFORNIA 95126

22
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
23  TRUE AND CORRECT.
EXECUTED ON November 6, 2006 AT PALM SPRINGS, CALIFORNIA

24

25
_____
26                                  CLARK GAREN, DECLARANT

27

28