LAW OFFICES OF CLARK GAREN,
CLARK GAREN, CALIF. BAR #50564
P. O. BOX 1790,
PALM SPRINGS, CALIFORNIA 92263
STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
TELEPHONE: (760) 323-4901
Fax: (760) 288-4080

ATTORNEYS FOR PLAINTIFFS
IMPERIAL MERCHANT SERVICES, a California corporation, doing business as CHECK RECOVERY SYSTEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDY HUNT, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>-vs-<br><br>CHECK RECOVERY SYSTEMS, INC., et. al.,<br><br>Defendants. | Case No. C 05 4993 MJJ<br><br>DEFENDANTS EX PARTE MOTION FOR AN ORDER SHORTENING TIME FOR HEARING OF DEFENDANTS MOTION FOR RECONSIDERATION OF MOTION TO STAY PROCEEDINGS PENDING RULING FROM APPELLATE COURT ON APPEAL FROM JUDGMENT DENYING DISCHARGE BUT NOT ALLOWING INTEREST<br><br>Date:<br>Time:<br>Place: Courtroom 11 |

TO PLAINTIFF BRANDY HUNT, on behalf of herself and others similarly situated, and to IRVING L. BERG; THE BERG LAW GROUP; O. RANDOLPH BRAGG; HORWITZ, HORWITZ & ASSOCIATES; PAUL ARONS; and THE LAW OFFICES OF PAUL ARONS, her attorneys of record and to

Ex Parte Application for Order Shortening Time for Motion for Reconsideration of Motion to Stay of Proceedings Pending Appeal of Bankruptcy Judgment - Case Number C 05 4993 MJJ

1

BRIAN C CASTILLO, on behalf of himself and others similarly situated and to RONALD WILCOX; O. RANDOLPH BRAGG; AND HORWITZ, HORWITZ & ASSOCIATES, his attorneys of record:

PLEASE TAKE NOTICE THAT on Defendant Check Recovery Services moves *ex parte* for an order shortening time for the briefing on its Motion to reconsider its previous motion before this Court to Stay these Proceedings.

This Motion for Reconsideration of a Stay cannot be filed as a noticed motion because the Judgment in the Bankruptcy Court was entered on October 31, 2006, and the appeal filed on November 2, 2006. These events occurred **after** the motions now on calendar in this case for hearing on November 21, 2006 were scheduled. Defendant CHECK RECOVERY SYSTEMS did not have sufficient time to bring this Motion for a stay with a regular noticed motion.

This motion for re-consideration is based on the following change in circumstances since this issue was last presented to this Court:

(1) On October 31, 2006, the Honorable Dennis Montali, Bankruptcy Court Judge, entered a final judgment in Case Number 05-3499 DM denying discharge to Plaintiff HUNT and disallowing both the *Civil Code Section* 1719 charge **and** pre-judgment interest to Defendant CHECK RECOVERY SERVICES. Defendant CHECK RECOVERY SERVICES

Ex Parte Application for Order Shortening Time for Motion for Reconsideration of Motion to Stay of Proceedings Pending Appeal of Bankruptcy Judgment - Case Number C 05 4993 MJJ

2

filed a timely Notice of Appeal on November 2, 2006. (Copies of the Judgment and Notice of Appeal are included with Defendants Request for Judicial Notice #4.)

(2) The parties in this case and the case before Judge Montali are the same. The primary issue in **both** this case and the case before Judge Montali is whether or not the victim of a dishonored check writer may impose both interest and the returned check charges under *California Civil Code Section* 1719. There is no binding precedent on this issue.

(3) Judge Montali has entered a judgment resolving the interest question in favor of Plaintiff HUNT that has been timely appealed by Defendant CHECK RECOVERY SERVICES to the Bankruptcy Appellate Panel of the 9th Circuit Court of Appeal. (Judicial Notice #4)

(4) The appeal now before the Bankruptcy Appellate Panel of the 9th Circuit Court of Appeal will create binding precedent resolving the principal issue in this case, which is whether Defendant CHECK RECOVERY SERVICES can impose both the *California Civil Code*

Ex Parte Application for Order Shortening Time for Motion for Reconsideration of Motion to Stay of Proceedings Pending Appeal of Bankruptcy Judgment - Case Number C 05 4993 MJJ

3

       *Section* 1719 charge and pre-judgment interest.

(5) Further proceedings in the F.D.C.P.A. case now before this Court will merely duplicate the proceedings now before the Bankruptcy Appellate Panel of the 9th Circuit Court of Appeal and possibly result in inconsistent results.

(6) Counsel for Plaintiff HUNT has now agreed that the bankruptcy case is related to this F.D.C.P.A. case (*See* Declaration of Clark Garen, Exhibit 2). Counsel for Plaintiff HUNT has further indicated he intends to request that the pending Bankruptcy Appeal be transferred to the District Court and then referred to this Court as a related case (*See* Declaration of Clark Garen, Exhibit 2).

(7) Since Plaintiff HUNT would be asking this court to function as an appellate court in the bankruptcy case, it would be inappropriate for this Court to issue any ruling on the interest issue of the F.D.C.P.A. case prior to adjudicating the Bankruptcy Appeal.

Ex Parte Application for Order Shortening Time for Motion for Reconsideration of Motion to Stay of Proceedings Pending Appeal of Bankruptcy Judgment - Case Number C 05 4993 MJJ

4

(8) The most efficient method to obtain appellate review of the interest issue is through an appeal of the bankruptcy judgment. If the appeal of the bankruptcy judgment is transferred by Plaintiff HUNT to this pending FDCPA case, the judgment entered on that appeal will be a final resolution that will be **immediately** appealable to the 9th Circuit Court of Appeals, and will not require the consent of the 9th circuit to accept the appeal. Furthermore, it will promote judicial economy by saving the 9th circuit; this Court, and the parties from the expenses of litigating the numerous other issues that might be rendered moot by an appellate decision in favor of Defendant CHECK RECOVERY SERVICES on the interest issue.

Defendant CHECK RECOVERY SERVICES requests that the time for Plaintiff HUNT to respond to its motion for a Stay be shortened to November 17, 2006; that Defendant CHECK RECOVERY SERVICES file its reply brief on November 21, 2006, and that the motion be placed on calendar with the Motions in this case now on calendar for November 21, 2006 at 3:00 P.M.

Defendant CHECK RECOVERY SERVICES advised Plaintiff of this request in writing, a copy of which is attached to the Declaration of CLARK GAREN submitted herewith, marked Exhibit 1,

Ex Parte Application for Order Shortening Time for Motion for Reconsideration of Motion to Stay of Proceedings Pending Appeal of Bankruptcy Judgment - Case Number C 05 4993 MJJ

5

and incorporated herein by reference.

Plaintiff replied notifying Defendant that it opposed any order shortening time, a copy of which is attached to the Declaration of CLARK GAREN submitted herewith, marked Exhibit 2, and incorporated herein by reference. A copy of Defendants response to this letter is attached to the Declaration of CLARK GAREN submitted herewith, marked Exhibit 3, and incorporated herein by reference.

There have been no other previous time modifications relating to this request. Granting this request will not have any effect on scheduled proceedings.

Dated: November 13, 2006

LAW OFFICES OF CLARK GAREN

BY

______________________________________

CLARK GAREN,
ATTORNEY FOR DEFENDANT

Ex Parte Application for Order Shortening Time for Motion for Reconsideration of Motion to Stay of Proceedings Pending Appeal of Bankruptcy Judgment - Case Number C 05 4993 MJJ

6

PROOF OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA )
COUNTY OF RIVERSIDE ) S.S.

I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 1801 CALIFORNIA AVENUE, CORONA, CALIFORNIA 92881

On November 13, 2006, I served the within DEFENDANTS EX PARTE MOTION FOR AN ORDER SHORTENING TIME FOR HEARING OF DEFENDANTS MOTION TO STAY PROCEEDINGS PENDING RULING FROM APPELLATE COURT ON APPEAL FROM JUDGMENT DENYING DISCHARGE BUT NOT ALLOWING INTEREST on the interested parties herein in said action by sending a copy by fax to the fax number listed below and by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at PALM SPRINGS, CALIFORNIA addressed as follows:

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925
FAX: (415) 891-8208

PAUL ARONS,
LAW OFFICES OF PAUL ARONS,
685 SPRINGS STREET,
#104,
FRIDAY HARBOR, WASHINGTON 98250
FAX: (360) 378-6498

O. RANDOLPH BRAGG,
HORWITZ, HORWITZ & ASSOCIATES,
25 EAST WASHINGTON,
SUITE 900
CHICAGO, ILLINOIS 60602

RONALD WILCOX,
ATTORNEY AT LAW,
2160 THE ALAMEDA,
FIRST FLOOR,
SUITE F,
SAN JOSE, CALIFORNIA 95126
FAX: (408) 296-0486

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON November 13, 2006 AT PALM SPRINGS, CALIFORNIA

______________________________
CLARK GAREN