Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiffs

(Additional plaintiffs' counsel on last page)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, et al, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>　　　　　Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>CLASS ACTION<br><br>DECLARATION OF PAUL ARONS IN OPPOSITION TO DEFENDANT'S EX PARTE MOTION FOR AN ORDER SHORTENING TIME FOR HEARING DEFENDANTS' MOTION FOR RECONSIDERATION OF MOTION TO STAY PROCEEDING PENDING RULING FROM APPELLATE COURT ON APPEAL FROM JUDGMENT DENYING DISCHARGE BUT NOT ALLOWING INTEREST |

　　　　　I, Paul Arons declare as follows:

　　　　　1.  I am an attorney of record for plaintiffs herein and I make this declaration in opposition to defendant's motion for an order shortening time.

2. Plaintiffs Brian Castillo and Brandy Hunt are pursuing consolidated class action claims alleging that defendant Imperial Merchant Services, Inc., d/b/a/ Check Recovery Systems, [Imperial] is violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, [FDCPA], by attempting to collect unlawful interest charges on dishonored checks. In response to both the *Castillo* and *Hunt* FDCPA lawsuits, defendant filed adversary proceedings in bankruptcy court, contesting the dischargability of the Castillo and Hunt debts and seeking a judgment for the check amounts, service charges, and interest.

3. On October 16, 2006, I attended the hearing on Imperial's Motion for Summary Judgment in the adversary proceeding it had filed, Imperial Merchant Services, Inc. v. Hunt, Civ. No. 05-3499 (U.S. Bankruptcy Court, N.D. Cal.). In the hearing, the Honorable Dennis J. Montali ruled from the bench that although Brandy Hunt could not discharge the underlying check debt, Imperial could not collect both a service charge and interest on the check. The court entered a formal judgment on October 31, 2006. On November 2, 2006, Imperial filed a Notice of Appeal of that ruling, seeking to have the matter heard by the Bankruptcy Appellate Panel in Pasadena, California. I am attaching a copy of Imperial's Notice of Appeal, which includes the bankruptcy court's Judgment and Order, as Exhibit 1 to this declaration.

4. Hunt will be filing an election to have the appeal heard in the United States District Court, Northern District of California, pursuant to 28 U.S.C. § 158(c)(1)(B).

5. Plaintiffs will be prejudiced if the Court grants Imperial's Motion for an Order Shortening Time. Plaintiffs did not receive a copy of Imperial's motion until November 13, 2006. I was traveling at the time and did not have an opportunity to begin work on this opposition until November 15, 2006. If an order shortening time is granted on November 16, 2006 or later, plaintiffs will have a negligible amount of time in which to prepare an opposition to defendant's underlying motion.

**DECL. OF P. ARONS IN OPP. TO REQUEST FOR ORDER SHORTENING TIME: Page 2**

      6. As cited in plaintiffs' Motion for Class Certification, defendant's discovery showed that between November 2004 and May 2006, 43,536 checks were referred to Imperial for collection and Imperial collected over $102,000.00 in interest. Defendant's collection activities have continued unabated since May 2006, and there are now more class members and more actual damages than defendant initially reported. It has also been my consistent experience in every FDCPA class action in which I have represented plaintiffs that defendants initially understate both class size and actual damages. If this lawsuit is true to form, and if the Court certifies a class and plaintiffs have an opportunity to examine defendant's actual computerized collection records, I estimate that actual damages will total $150,000 to $250,000.

      I declare, under penalty of perjury, that the foregoing is true and correct, that if called as a witness I could competently testify thereto, and that this declaration is executed in Friday Harbor, Washington on November 15, 2006.

                                             s/ Paul Arons
                                             PAUL ARONS

DeclPAOppExParteOST111506

ECF - Exempt

Case #: 05-03499
Plntff.: IMPERIAL MERCHANT SERVICES, IN
Defndt.: HUNT
Judge: Dennis Montali

Appeal    Office 3 - SF

Receipt# 30041885    Deputy: LP
Amount: $255.00
From: CLARK GAREN

Filed: November 02, 2006  1:21 PM

Clerk, U.S. Bankruptcy Court
Northern District of California

1 | LAW OFFICES OF CLARK GAREN,
  | CLARK GAREN, CALIF. BAR #50564
2 | P. O. BOX 1790,
  | PALM SPRINGS, CALIFORNIA 92263
3 | (STREET ADDRESS-NO MAIL: 17100 N. INDIAN,
  | TELEPHONE: (760) 323-4901
4 | Fax: (760) 288-4080

5 | ATTORNEYS FOR PLAINTIFFS
  | IMPERIAL MERCHANT SERVICES, a California
6 | corporation, doing business as
  | CHECK RECOVERY SYSTEMS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>BRANDY G. HUNT,<br><br>Bankrupt.<br>_____<br>IMPERIAL MERCHANT SERVICES, INC.,<br>a California corporation, doing<br>business as CHECK RECOVERY SYSTEMS,<br><br>Plaintiff,<br>-vs-<br><br>BRANDY G. HUNT,<br><br>Defendant.<br>_____ | Bankruptcy Number:<br>05-33473 DM<br>Adversary Proceeding<br>No.: 05-3499 DM<br><br>PLAINTIFF'S NOTICE OF<br>APPEAL FROM A FINAL<br>JUDGMENT OF THE<br>BANKRUPTCY COURT<br><br>Date: October 16, 2006<br>TIME: 10:00 A.M.<br>PLACE: 235 Pine Street,<br>22nd Floor,<br>San Francisco, Ca<br>Judge: Dennis Montali |

FILED NOV - 2 2006 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

Notice is hereby given that IMPERIAL MERCHANT SERVICES, INC., a California corporation, doing business as CHECK RECOVERY SYSTEMS, hereby appeals to the Bankruptcy Appellate Panel of the United States Court of Appeals for the 9th Circuit the part of the Final Judgment and the Order Granting Plaintiff's Motion for Summary Judgment in Part and Denying Plaintiff's Motion for Summary Judgment In Part entered in this action on October 31, 2006 that denies pre-judgment interest to Plaintiff. A copy of the Judgment

-1-

**EXHIBIT 1**

1  and a Copy of the Order Granting Plaintiff's Motion for Summary
2  Judgment in Part and Denying Plaintiff's Motion for Summary
3  Judgment In Part that were entered in this action on October 31,
4  2006 is attached hereto and incorporated herein by reference.
5  Plaintiff requests that this appeal be scheduled for proceedings
6  in the Pasadena office of the Bankruptcy Appellate Panel of the
7  United States Court of Appeals for the 9th Circuit.

9  Dated: November 1, 2006

11  LAW OFFICES OF CLARK GAREN

13  BY

CLARK GAREN,
LAW OFFICES OF CLARK GAREN,
P. O. BOX 1790,
PALM SPRINGS, CALIFORNIA 92263
TELEPHONE:    (760) 323-4901
Fax:          (760) 288-4080
ATTORNEY OF RECORD FOR PLAINTIFF

- 2 -

**EXHIBIT 1**



ECF - Exempt

1 | LAW OFFICES OF CLARK GAREN,
CLARK GAREN, CALIF. BAR #50564
2 | P. O. BOX 1790,
PALM SPRINGS, CALIFORNIA 92263
3 | (STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
TELEPHONE:       (760) 323-4901
4 | Fax:            (760) 288-4080

5 | ATTORNEYS FOR PLAINTIFFS
IMPERIAL MERCHANT SERVICES, a California
6 | corporation, doing business as
CHECK RECOVERY SYSTEMS
7 |



FILED
NOV - 2 2006
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

8           UNITED STATES BANKRUPTCY COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10 | In Re:                              ) Bankruptcy Number:
11 |                                     ) 05-33473 DM
    | BRANDY G. HUNT,                    ) Adversary Proceeding
12 |                                     ) No.: 05-3499 DM
    |        Bankrupt.                   )
13 | _____ ) F.R.A.P. RULE 12(b)
    |                                    ) REPRESENTATION STATEMENT
14 | IMPERIAL MERCHANT SERVICES, INC.,   )
    | a California corporation, doing    )
15 | business as CHECK RECOVERY SYSTEMS, )
    |                                    )
16 |                                     ) Date: October 16, 2006
    |           Plaintiff,               ) TIME: 10:00 A.M.
17 | -vs-                                ) PLACE: 235 Pine Street,
    |                                    )        22nd Floor,
18 | BRANDY G. HUNT,                     )        San Francisco, Ca
    |                                    ) Judge: Dennis Montali
19 |           Defendant.                )
    |                                    )
20 | _____ )

21      The party that is represented by the LAW OFFICES OF CLARK

22 GAREN on appeal this appeal is IMPERIAL MERCHANT SERVICES, INC., a

23 California corporation, doing business as CHECK RECOVERY SYSTEMS.

24

25

26

27

28

-1-

**EXHIBIT 1**

1 | Dated: November 1, 2006
2 |
3 | LAW OFFICES OF CLARK GAREN
4 | BY
5 | _____
  | CLARK GAREN,
  | LAW OFFICES OF CLARK GAREN,
6 | ATTORNEY OF RECORD FOR PLAINTIFF

**EXHIBIT 1**

**CERTIFICATE OF SERVICE BY UNITED STATES MAIL**

I do hereby certify that on the 1st day of November, 2006, I served a true and correct copy of the foregoing F.R.A.P. RULE 12(b) REPRESENTATION STATEMENT by depositing a copy of same in the United States Mail, along with the exhibits identified therein and attached thereto, postage prepaid, at North Palm Springs, California, addressed as follows:

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925

PAUL ARONS,
LAW OFFICE OF PAUL ARONS,
685 SPRING STREET,
#104,
FRIDAY HARBOR, WASHINGTON 98250

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON NOVEMBER 1, 2006 AT SAN FRANCISCO, CALIFORNIA



CLARK GAREN, DECLARANT

**EXHIBIT 1**

Entered on Docket
October 31, 2006
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 31 2006
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

```
 1 │ LAW OFFICES OF CLARK GAREN,
   │ CLARK GAREN, CALIF. BAR #50564
 2 │ P. O. BOX 1790,
 3 │ PALM SPRINGS, CALIFORNIA 92263
   │ (STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA.
 4 │ 92258
 5 │ TELEPHONE:      (760) 323-4901
   │ Fax:            (760) 288-4080
 6 │ ATTORNEYS FOR PLAINTIFFS
 7 │ IMPERIAL MERCHANT SERVICES, a California
   │ corporation, doing business as
 8 │ CHECK RECOVERY SYSTEMS
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Number: 05-33473 DM |
| BRANDY G. HUNT, | Adversary Proceeding No.: 05-3499 DM |
| Bankrupt. | |
| | JUDGMENT (~~Proposed~~) |
| IMPERIAL MERCHANT SERVICES, INC., a California corporation, doing business as CHECK RECOVERY SYSTEMS, | |
| Plaintiff, | Date: October 16, 2006 TIME: 9:30 A.M. |
| -vs- | PLACE: 235 Pine Street, 22nd Floor, San Francisco, Ca |
| BRANDY G. HUNT, | Judge: Dennis Montali |
| Defendant. | |

Judgment (Proposed) - Case Number: No.: 05-3499 DM

1

**EXHIBIT 1**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Judgment of non-dischargeability because of fraud by the Defendant is granted to Plaintiff IMPERIAL MERCHANT SERVICES, INC., a California corporation, doing business as CHECK RECOVERY SYSTEMS and against Defendant BRANDY G. HUNT as follows:

| | |
|---|---|
| Principal: | $172.15 |
| Attorney Fees: | -0- |
| Interest: | -0- |
| Costs: | $442.30 |
| TOTAL: | $614.45 |

Dated: October 17, 2006

_____
DENNIS MONTALI,
UNITED STATES BANKRUPTCY JUDGE

Judgment (Proposed) - Case Number: No.: 05-3499 DM

2

**EXHIBIT 1**

```
 1                PROOF OF SERVICE BY MAIL
                    (1013a, 2015.5 C.C.P.)
 2
 3  STATE OF CALIFORNIA          )
    COUNTY OF RIVERSIDE          ) S.S.
 4
         I am a citizen of the United States and a Resident of the
 5  County Aforesaid; I am over the age of eighteen years and not a
    party to the within entitled action; my business address is:
 6  1801 CALIFORNIA AVENUE, CORONA, CALIFORNIA 92881
 7
         On OCTOBER 20, 2006 I served the within JUDGMENT (Proposed)
 8  on the interested parties herein in said action by placing a
    true copy thereof enclosed in a sealed envelope with postage
 9  thereon fully prepaid, in the United States mail at PALM
    SPRINGS, CALIFORNIA addressed as follows:
10
11  IRVING L. BERG,
    THE BERG LAW GROUP,
12  433 TOWN CENTER, NO. 493,
    CORTE MADERA, CALIFORNIA 94925
13
14
    PAUL ARONS,
15  LAW OFFICES OF PAUL ARONS,
    685 SPRINGS STREET,
16  #104,
17  FRIDAY HARBOR, WASHINGTON 98250

18
19       I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
    TRUE AND CORRECT.
20
21       EXECUTED ON OCTOBER 20, 2006 AT PALM SPRINGS, CALIFORNIA
22
23
```

```
                                    CLARK GAREN, DECLARANT
```

Judgment - Case Number: No.: 05-3499 DM

3

# EXHIBIT 1

1     I, the undersigned, a regularly appointed and qualified clerk in the office of the Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of California, at San Francisco, hereby certify:

    That I, in the performance of my duties as such clerk, served a copy of the foregoing document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's Office, or by facsimile to the facsimile numbers listed below, at San Francisco, California, on the date shown below.

Dated: **OCT 31 2006**

Clark Garen, Esq.
Law Offices of Clark Garen
P.O. Box 1790
Palm Springs, CA 92263

Irving L. Berg, Esq.
The Berg Law Group\
433 Town Center, No. 493
Corte Madera, CA 94925

Paul Arons, Esq.
Law Offices of Paul Arons
685 Springs St., #104
Friday Harbor, WA 98250

> I, the undersigned, a regularly appointed deputy clerk of the United States Bankruptcy Court for the Northern District of California, at San Francisco, hereby certify:
>
> That I, in the performance of my duties as such clerk, served a copy of the attached order by depositing it in the regular United States mail at San Francisco, California on the date shown below, in a sealed, postage pre-paid envelope, addressed as on the within list.
>
> DATE **OCT 31 2006** _____ Deputy Clerk

**EXHIBIT 1**

Entered on Docket
October 31, 2006
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 31 2006

1 | LAW OFFICES OF CLARK GAREN,
2 | CLARK GAREN, CALIF. BAR #50564
  | P. O. BOX 1790,
3 | PALM SPRINGS, CALIFORNIA 92263
  | (STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA.
4 | 92258
5 | TELEPHONE:    (760) 323-4901
  | Fax:          (760) 288-4080
6 | ATTORNEYS FOR PLAINTIFFS
7 | IMPERIAL MERCHANT SERVICES, a California
  | corporation, doing business as
8 | CHECK RECOVERY SYSTEMS

9 |                UNITED STATES BANKRUPTCY COURT
10|
   |   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
11|
12| In Re:                              )  Bankruptcy Number:
   |                                    )  05-33473 DM
13| BRANDY G. HUNT,                     )  Adversary Proceeding
   |                                    )  No.: 05-3499 DM
14|         Bankrupt.                   )
15|                                     )  ORDER GRANTING
   |                                    )  PLAINTIFF'S MOTION FOR
16| _____ )  SUMMARY JUDGMENT IN PART
   |                                    )  AND DENYING PLAINTIFF'S
17| IMPERIAL MERCHANT SERVICES, INC.,   )  MOTION FOR SUMMARY
   | a California corporation, doing    )  JUDGMENT IN PART
18| business as CHECK RECOVERY SYSTEMS, )  (Proposed)
19|                                     )  Date: October 16, 2006
20|         Plaintiff,                  )  TIME: 9:30 A.M.
21| -vs-                                )  PLACE: 235 Pine Street,
   |                                    )         22nd Floor,
22| BRANDY G. HUNT,                     )         San Francisco, Ca
   |                                    )  Judge: Dennis Montali
23|         Defendant.                  )
24|                                     )
25| _____ )

26| _____
27| Order Granting Plaintiff's Motion for Summary judgment in Part
   | and Denying Plaintiff's Motion for Summary Judgment in Part
28| (Proposed) - Case Number: No.: 05-3499 DM

                                1

**EXHIBIT 1**

1  The motion for Summary Judgment filed by Plaintiff IMPERIAL
2  MERCHANT SERVICES, INC., a California corporation, doing
3  business as CHECK RECOVERY SYSTEMS, came regularly for hearing
4  on October 16, 2006 at 9:30 A.M. before the Honorable Dennis
5  Montali, United States Bankruptcy Judge.
6
7  After due consideration of the moving, responding, and
8  reply papers, and after consideration of oral argument,
9
10  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Summary
11  Judgment is granted in part in favor of Plaintiff IMPERIAL
12  MERCHANT SERVICES, INC., a California corporation, doing
13  business as CHECK RECOVERY SYSTEMS, and against Defendant BRANDY
14  G. HUNT for the reasons stated on the record and that Summary
15  Judgment is denied in part for the reasons stated on the record.

Dated: Oct. 31, 2006

_____
DENNIS MONTALI,
UNITED STATES BANKRUPTCY JUDGE

Order Granting Plaintiff's Motion for Summary Judgment in Part
and Denying Plaintiff's Motion for Summary Judgment in Part
(Proposed) - Case Number: No.: 05-3499 DM

2

**EXHIBIT 1**

|   |   |
|---|---|
| 1 | PROOF OF SERVICE BY MAIL |
| 2 | (1013a, 2015.5 C.C.P.) |

STATE OF CALIFORNIA )
COUNTY OF RIVERSIDE ) S.S.

I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 1801 CALIFORNIA AVENUE, CORONA, CALIFORNIA 92881

On OCTOBER 20, 2006 I served the within ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN PART AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN PART (Proposed) on the interested parties herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at PALM SPRINGS, CALIFORNIA addressed as follows:

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925

PAUL ARONS,
LAW OFFICES OF PAUL ARONS,
685 SPRINGS STREET,
#104,
FRIDAY HARBOR, WASHINGTON 98250

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON OCTOBER 20, 2006 AT PALM SPRINGS, CALIFORNIA

CLARK GAREN, DECLARANT

---

Order Granting Plaintiff's Motion for Summary judgment in Part and Denying Plaintiff's Motion for Summary Judgment in Part (Proposed) - Case Number: No.: 05-3499 DM

3

**EXHIBIT 1**

1   I, the undersigned, a regularly appointed and qualified
clerk in the office of the Bankruptcy Judge of the United States
2   Bankruptcy Court for the Northern District of California, at San
Francisco, hereby certify:
3
    That I, in the performance of my duties as such clerk,
4   served a copy of the foregoing document by placing said copy(ies)
in a postage paid envelope addressed to the person(s) hereinafter
5   listed, by depositing said envelope in the U.S. Mail, or by
placing said copy(ies) into an inter-office delivery receptacle
6   located in the Clerk's Office, or by facsimile to the facsimile
numbers listed below, at San Francisco, California, on the date
7   shown below.

8   Dated:  OCT 3 1 2006

9                                       _____

10

    Clark Garen, Esq.
11  Law Offices of Clark Garen
    P.O. Box 1790
12  Palm Springs, CA 92263

13  Irving L. Berg, Esq.
    The Berg Law Group\
14  433 Town Center, No. 493
    Corte Madera, CA 94925
15
    Paul Arons, Esq.
16  Law Offices of Paul Arons
    685 Springs St., #104
17  Friday Harbor, WA 98250

I, the undersigned, a regularly appointed deputy clerk of the United States Bankruptcy Court for the Northern District of California, at San Francisco, hereby certify:

That I, in the performance of my duties as such clerk, served a copy of the attached order by depositing it in the regular United States mail at San Francisco, California on the date shown below, in a sealed, postage pre-paid envelope, addressed as on the within list.

DATE OCT 3 1 2006    _Lara Chong Wong_
                     Deputy Clerk

**EXHIBIT 1**

CERTIFICATE OF SERVICE BY UNITED STATES MAIL

1. I do hereby certify that on the 1st day of November, 2006, I served a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF APPEAL FROM A FINAL JUDGMENT OF THE BANKRUPTCY COURT by depositing a copy of same in the United States Mail, along with the exhibits identified therein and attached thereto, postage prepaid, at North Palm Springs, addressed as follows:

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925

PAUL ARONS,
LAW OFFICE OF PAUL ARONS,
685 SPRING STREET,
#104,
FRIDAY HARBOR, WASHINGTON 98250

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON November 1, 2006 AT NORTH PALM SPRINGS, CALIFORNIA



CLARK GAREN, DECLARANT

**EXHIBIT 1**