LAW OFFICES OF CLARK GAREN,
CLARK GAREN, CALIF. BAR #50564
P. O. BOX 1790,
PALM SPRINGS, CALIFORNIA 92263
(STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
TELEPHONE:      (760) 323-4901
Fax:            (760) 288-4080

ATTORNEYS FOR PLAINTIFFS
IMPERIAL MERCHANT SERVICES, a California
corporation, doing business as
CHECK RECOVERY SYSTEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>BRANDY G. HUNT,<br><br>            Bankrupt.<br>_____ | ) Case Number: 05-4993 MJJ<br>) Consolidated with<br>) Case Number: 06-02037 MJJ<br>)<br>) Case No.: C-06-07795 SBA<br>)<br>) NOTICE OF RELATED CASE<br>) PURSUANT TO N.D. CAL.<br>) LOCAL RULE 3-12<br>) |
| IMPERIAL MERCHANT SERVICES, INC.,<br>a California corporation, doing<br>business as CHECK RECOVERY SYSTEMS,<br><br>                Plaintiff,<br>-vs-<br><br>BRANDY G. HUNT,<br><br>                Defendant.<br>_____ | )<br>)<br>)<br>) Appeal from Judgment<br>) of Bankruptcy Court<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

     Plaintiff and Appellant IMPERIAL MERCHANT SERVICES, INC.,

a California corporation, doing business as CHECK RECOVERY

SYSTEMS, hereby files this Notice that Case Number C-06-07795

SBA should be related to Case Number C-05-4993 MJJ.

**I**
**DEFINITION OF RELATED CASE**

Northern District of California Local Rule 3-12 defines a related case reads as follows:

(A) Definition of Related Cases. An action is related to another when:

(1) the actions concern substantially the same parties, property, transaction, or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

*Northern District of California Local Rule* 3-12

**II**
**CASE NUMBER C-06-07795 IS RELATED TO CASE NUMBER C-05-4993**

Case Number C-06-07795, hereinafter referred to as the BANKRUPTCY APPEAL, is related to Case Number C-05-4993 now pending before Judge Martin J. Jenkins in the United States District Court for the Northern District of California. The related case is:

BRANDY HUNT, ON BEHALF OF HERSELF  AND OTHERS SIMILARLY SITUATED, PLAINTIFF, VS. CHECK RECOVERY SYSTEMS, INC., ET. AL., DEFENDANTS, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION, CASE NO. C-05-4993 MJJ. This case was filed on December 5, 2005, and this case is at issue.

This Bankruptcy Appeal (Case No. C-06-07795) arises out of the same transaction on which Case No. C-05-4993 arose and involves the same parties and attorneys.

This Bankruptcy Appeal (Case No. C-06-07795) and Case No. C-05-4993 involve the same dishonored check issued by BRANDY G. HUNT. The primary liability in **each** case whether the Appellant is entitled to charge **both** interest on a N.S.F. check **and** the

1  returned check charge of $35.00 permitted by *California Civil*
2  *Code Section* 1719.

3          The parties in each case are the same; the primary
4  issue in each case is the same, and the attorneys in each case
5  are the same. The parties in Case Number C-05-4993 and the
6  Bankruptcy Appeal (Case Number C-06-07795) are identical; the
7  same attorney, Clark Garen, represents Imperial Merchant
8  Services, dba Check Recovery Services in Case Number 05-4993 and
9  the Bankruptcy Appeal (Case Number C-06-07795); and the same
10  attorneys, Paul Arons and Irving Berg, represent BRANDY G. HUNT
11  in Case Number 05-4993 and the Bankruptcy Appeal (Case Number C-
12  06-07795).

13                                **III**
          **SOLE ISSUE OF THE BANKRUPTCY APPEAL (CASE NUMBER: 06-07795)**
14              **IS THE SAME AS IN CASE NO. C-05-4993**

15      This case is an appeal from a judgment denying discharge
16  entered by the Honorable Dennis Montali, United States Bankruptcy
17  Judge. Judge Montali granted appellant a judgment of non-
18  discharge, but refused to award appellant **both** interest and the
19  returned check charge of $35.00 permitted by *California Civil*
20  *Code Section* 1719. The sole issue in the Bankruptcy Appeal is
21  whether Judge Montali erred in not awarding Appellant **both**
22  interest on the N.S.F. check **and** the returned check charge of
23  $35.00 permitted by *California Civil Code Section* 1719. No other
24  issues are raised in this appeal.

25      Therefore, the Bankruptcy Appeal (Case No. C-06-07795) and
26  Case No. C-05-4993 satisfy the definition of a related case in
27  Local rule 3-12(A)(1) because each action involves substantially
28  the same parties, property, transaction, or event.

                                  3

## IV
## NEED FOR A SINGLE JUDGE

There will be an unduly burdensome duplication of labor and expense if the Bankruptcy Appeal (Case No. C-06-07795) is heard by a different judge than Case No. C-05-4993 because the primary issue in each case is whether the victim of a dishonored check writer is entitled to charge **both** interest on a N.S.F. check **and** the returned check charge of $35.00 permitted by *California Civil Code Section* 1719. This issue on which the Bankruptcy Appeal (Case No. C-06-07795) is based has already been fully briefed by all parties in Case Number C-05-4993.

there could be conflicting results if the Bankruptcy Appeal (Case No. C-06-07795) and Case Numbers C-05-4993 are heard by different Judges because there is no binding precedent to guide the Court on the proper resolution of this issue,.

Therefore, the Bankruptcy Appeal (Case No. C-06-07795) and Case No. C-05-4993 satisfy the definition of a related case in Local rule 3-12(A)(2) because it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

## V
## MEET AND CONFER AND PRIOR EFFORT TO RELATE CASE

Appellant previously sought to relate the bankruptcy case on which the Bankruptcy Appeal (Case No. C-06-07796) is based to Case Number C-05-4993. At that time, the primary issue in the bankruptcy case was whether or not the underlying debt could be discharged, and Brandy Hunt opposed the cases being related. Judge Jenkins refused to relate the Bankruptcy Case to Case

4

1  Number C-05-4993.

2      The Bankruptcy Appeal (Case No. C-06-07796) is an appeal

3  from the judgment of the Bankruptcy Court entering a judgment of

4  non-discharge in the Bankruptcy case Judge Jenkins previously

5  refused to relate. The issue of whether the underlying debt could

6  be discharged has now been resolved by Judge Montali and is not

7  part of the appeal. The only issue in the appeal is whether Judge

8  Montali erred in denying Appellant a recovery from Respondent for

9  **both** interest on a N.S.F. check **and** the returned check charge of

10  $35.00 permitted by *California Civil Code Section* 1719.

11  Therefore, the rationale upon Judge Jenkins refused to relate the

12  cases (that the Bankruptcy case concerned whether the debt could

13  be discharged while Case No. C-05-4993 concerned the amount of

14  interest that could be charged on a dishonored check) no longer

15  applies because the only legal issue in both cases is now whether

16  the victim of a dishonored check writer is entitled to charge

17  **both** interest on a N.S.F. check **and** the returned check charge of

18  $35.00 permitted by *California Civil Code Section* 1719.

19      Respondent Brandy G. Hunt has recently stated in writing to

20  Judge Jenkins that the Bankruptcy Appeal (Case No. C-06-07796) is

21  now related to Case No. C-05-4993. Therefore, Appellant believes

22  that BRANDY G. HUNT now believes that the Bankruptcy Appeal (Case

23  No. C-06-07796) is now related to Case No. C-05-4993.

24  Dated: January 1, 2007          LAW OFFICES OF CLARK GAREN

25                                   BY

26                                   /s/ Clark Garen
                                     CLARK GAREN,
27                                   ATTORNEY FOR PLAINTIFF

28

5

PROOF OF SERVICE BY MAIL AND BY FAX
(1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA              )
COUNTY OF RIVERSIDE              )  S.S.

     I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258
     On January 2, 2007, I served the within NOTICE OF RELATED CASES PURSUANT TO N.D. CAL. LOCAL RULE 3-12 on the interested parties herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at NORTH PALM SPRINGS, CALIFORNIA addressed as follows:

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925

IRVING L. BERG,
THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
CORTE MADERA, CALIFORNIA 94925

PAUL ARONS,
LAW OFFICES OF PAUL ARONS,
685 SPRINGS STREET,
#104,
FRIDAY HARBOR, WASHINGTON 98250

O. RANDOLPH BRAGG,
HORWITZ, HORWITZ & ASSOCIATES,
25 EAST WASHINGTON,
SUITE 900
CHICAGO, ILLINOIS 60602

RONALD WILCOX,
ATTORNEY AT LAW,
2160 THE ALAMEDA,
FIRST FLOOR,
SUITE F,
SAN JOSE, CALIFORNIA 95126

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
     EXECUTED ON January 2, 2007 AT NORTH PALM SPRINGS, CALIFORNIA

                              /s/ Clark Garen
                              CLARK GAREN, DECLARANT

6