UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: MARTIN J. JENKINS**

**Date**: February 20, 2007

**Case No:** C 05-04993 MJJ and C06-2037 MJJ

**Case Title**: BRANDY HUNT, et al.  v.  CHECK RECOVERY SYSTEMS, INC.

**Appearances:**

    For Plaintiff(s): Paul Aarons, Irving Berg

    For Defendant(s): Clark Garen

**Deputy Clerk**:  Rowena B. Espinosa       **Court Reporter**: Sahar McVickar

## *PROCEEDINGS*

1. Hearing on Plaintiffs' Motion for Class Certification and Motion for Partial Summary Judgment - held
2. Hearing on Defendants' Motion for Summary Judgment - held

MOTION/MATTER: ( ) Granted
                 ( ) Denied
                 ( ) Granted in part/Denied in part
                 (X) Taken under submission
                 ( ) Withdrawn/Off Calendar
                 ( ) Continued to:

Order to be prepared by:    ( ) Plaintiff   ( ) Defendant   (X) Court

## *SUMMARY*

- Parties are to submit authorities on the issue discussed in Court of no more than 3 pages by 02/27/07 for defendants and by 03/02/07 for plaintiffs.