**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNT, | No. C05-04993 MJJ<br>No. C05-02037 MJJ |
| Plaintiff, | |
| v. | **ORDER REGARDING SUPPLEMENTAL BRIEFING** |
| CHECK RECOVERY SYSTEMS, INC., | |
| Defendant. | |

Before the Court are Defendant Imperial Merchant Services d.b.a. Check Recovery Systems' ("Defendant" or "Imperial") and Plaintiffs Brandy Hunt ("Hunt") and Brian Castillo's ("Castillo") (collectively, "Plaintiffs") cross motions for summary judgment.[1] Also before the Court is Plaintiffs' Motion to Certify Class.[2] On February 20, 2007, the Court heard oral argument on these motions and granted the parties leave to file supplemental briefs.

The content of the parties' supplemental briefs shall be limited to the issue what categories of damages are available to named Plaintiffs and unnamed class Plaintiffs under 15 U.S.C. § 1692k. In particular, whether 1692k allows for actual damages for interest paid by both the named Plaintiffs and/or the unnamed class Plaintiffs.

Defendant's brief, if any, shall be filed by February 27, 2007. Plaintiff's opposition brief, if

---

[1] Defendant's Motion for Summary Judgment is Docket Nos. 38 and 13, for Case Nos. C-05-4993 MJJ and C-06-2037 MJJ, respectively. Plaintiffs' Motion for Summary Judgement is Docket No. 53, for Case No. C-05-4993 MJJ.

[2] Docket No. 45, filed September 19, 2006.

1  any, shall be filed by March 2, 2007. The parties' briefs are not to exceed 3 pages in length.

3  **IT IS SO ORDERED.**

6  Dated: February 20, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2