Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiffs

(Additional plaintiffs' counsel on last page)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>        Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN**<br><br>Date: July 24, 2007<br>Time: 9:30 a.m.<br>Courtroom 11 |

**TO DEFENDANT IMPERIAL MERCHANT SERVICES, INC., AND TO ITS ATTORNEYS OF RECORD**

        Please take notice that on July 24, 2007, at 9:30 a.m. or as soon thereafter as the matter may be heard before the Honorable Martin J. Jenkins, Judge of the United States District Court located at 450 Golden Gate Avenue, San Francisco, California, plaintiffs Brian Castillo and Brandy Hunt will move, pursuant to Federal Rule

of Civil Procedure 23, for an order approving notice of the class notice plan, set forth below:

(1) Defendants shall provide, in a computerized format agreed upon by the parties, a list of all members of the class certified by this Court. The list shall include, at a minimum, the name, last known address and phone number, check date, check amount, check payee and check number, and date and amount of all payments received by defendants.

(2) Pursuant to Fed.R.Civ.P. 23(c)(2)(B) plaintiffs shall send a notice, in the form attached to this motion as Exhibit 1, to all members of the class certified by this Court, who paid any portion of the interest charge demanded by defendant at any time from December 5, 2004 to the date on which defendants prepare the class list. This notice shall be mailed, first-class mail, to the class member at the address provided by defendants, as updated pursuant to National Change of Address (NCOA) processes.

(3) Defendants shall bear all reasonable costs incurred in the mailing of notice to class members, including, but not limited to, address updating and tracking and/or re-mailing, returned mail.

(4) Within thirty days from expiration of the opt-out period set forth in the class notice, plaintiffs shall serve and file a list of all class members who have opted out within the time allowed by this Court.

This motion is based on this notice, and the memorandum, declarations and exhibits filed herewith.

Dated: June 19, 2007                    LAW OFFICE OF PAUL ARONS

                                          By s/Paul Arons
                                          Paul Arons
                                          Attorneys for Plaintiffs
                                          BRIAN CASTILLO and BRANDY HUNT

PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN: Page 2

1  **Additional Plaintiffs' Counsel**

2  Irving L. Berg (CA Bar No. 36273)
3  THE BERG LAW GROUP
   433 Town Center, No. 493
4  Corte Madera, California 94925
   (415) 924-0742
5  (415) 891-8208 (Fax)

6
   O. Randolph Bragg, Ill. Bar #06221983
7  HORWITZ, HORWITZ & ASSOCIATES
   25 East Washington, Suite 900
8  Chicago, IL 60602
9  (312) 372-8822

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28          PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN: Page 3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>CLASS ACTION<br><br>NOTICE THAT A CLASS ACTION HAS BEEN BROUGHT TO BENEFIT YOU AND IS PENDING IN THE FEDERAL COURT IN SAN FRANCISCO |

## -- YOU ARE NOT BEING SUED --
## A CLASS ACTION LAWSUIT TO BENEFIT YOU HAS BEEN FILED IN THE FEDERAL DISTRICT COURT IN SAN FRANCISCO

### Why Did I Get This Notice?

A class action lawsuit has been brought on your behalf against IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS (Imperial). Imperial's records show that between December 6, 2004 and June ___, 2007 Imperial sent you at least one form collection letter in an attempt to collect a dishonored check written in California. The letter included a demand for interest on the dishonored check.

This notice summarizes the lawsuit, your rights, and additional information you need to know.

### What Is This Lawsuit About?

Imperial is a debt collector. Imperial sent plaintiffs Brandy Hunt and Brian Castillo form letters in which it attempted to collect both interest and a $25.00 service charge on a dishonored check. Both plaintiffs sued Imperial for violating the Fair Debt Collection Practices Act. They allege that California law does not permit a debt collector to assess both interest and a statutory service charge on a dishonored check.

### What Is A Class Action and Who Is Involved?

In a class action lawsuit, one or more people called "Class Representatives" (in this case, Brandy Hunt and Brian Castillo) sue on behalf of other people who have similar claims. The people together are called a "Class" or "Class Members." Ms. Hunt, Mr. Castillo, and all the Class Members are called the Plaintiffs. The company they sued (Imperial) is called the defendant. One court resolves the issues for everyone in the Class—except for those people who choose to exclude themselves from the Class.

In this case, the Court has ruled that this lawsuit may proceed as a class action for:

All persons to whom Defendant mailed a collection demand at any time since December 5, 2004, (1) which included a demand for both interest and a statutory service charge on a dishonored check; (2) where the check was written in the State of California for personal, family or household purposes; and (3) whose mail was not returned as undeliverable.

### How Will I Be Affected By This Lawsuit

The plaintiff is asking the Court to order defendant to repay each class member any interest charges that he or she paid, and to also order defendants to pay "statutory damages." If the plaintiff is successful, you will receive the payments that the Court orders. If the plaintiff is not successful, you will receive nothing.

### What Happens If I Do Nothing At All?

You are already a member of the Class. You have the right to remain a Class Member or to exclude yourself from this lawsuit. You must decide this now. If you want to be included as a Class Member and keep the possibility of receiving money or benefits from this lawsuit, you do not have to do anything. By doing nothing, you are staying in the Class. All the rulings made by the Court will apply to you, and any settlement between the parties will include you, unless you are notified otherwise. If you remain a Class Member, you may contact Class Counsel to tell them about any demands you received from the defendant and to ask questions about this lawsuit. **If you move or change your mailing address you should notify Class Counsel so that they can let you know of any settlement and/or send you any benefits that result from the lawsuit.**

### Why Would I Want to Be Excluded From This Lawsuit?

You may not want to be part of this lawsuit, for example, because you do not believe the defendant did anything wrong, or you want to file your own lawsuit against the defendant, or because you do not want to share in any funds that are recovered. If you want to start your own lawsuit against the defendant, you should consult an attorney soon, because your claims are subject to a statute of limitations.

If you exclude yourself from the Class, you will have no further role to play in this lawsuit. For example, you will not be able to participate in hearings or object to the terms of any settlement. If you exclude yourself, you will have the right to bring an individual lawsuit against the defendant, if you bring it within the time allowed by law. If you bring your own lawsuit against the defendant and win, you might recover a larger amount of money than you may receive under this class action.

### How Do I Ask the Court to Exclude Me?

If you do not want to be part of this suit, you must write to Class Counsel, P.O. Box XXX, Anytown, USA 99999 and clearly state your request to be excluded with a statement like :

"I want to be excluded from the Class in *Hunt v. Imperial Collection Services, Inc.*"  Be sure to include your name and address, and sign the request.

Your request must be mailed or emailed **within 60 days from the postmark** on this notice.  If you want to discuss excluding yourself with Class Counsel, please call 1-555-555-5555, or send email through the **www.imperialclassaction.com** web site.

| Do I Have A Lawyer In This Case? |
|---|

In this lawsuit, that class is represented by: O. Randolph Bragg, Chicago, IL, Paul Arons, Friday Harbor, WA, Irving Berg, San Francisco, CA and Ronald Wilcox, San Jose, CA.. Together, these lawyers are called "Class Counsel."  They are experienced in handling similar cases.

If this lawsuit is successful, Class Counsel will seek an award of attorney's fees from the Court either from the defendant or from money that is recovered from the defendant.  **You will not personally have to pay any fees, costs or expenses of this lawsuit.  However, attorney's fees, litigation costs and expenses may be awarded to Class Counsel by the Court out of any recovery made on your behalf in this lawsuit.**

| How Can I Get More Information About This Lawsuit? |
|---|

More information about this lawsuit is available at **www.imperialclassaction.com.**  If you do not have Internet access or would like additional information, you may contact class counsel by calling the toll-free number **1-555-555-5555,** emailing through **www.imperialclassaction.com** or by writing to:

Class Counsel
Imperial Class Action Administrator
155 ABC Street
Anytown, CA  95620.

The court papers filed in this case are available for inspection in the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California.

**Please do not call the Judge or Clerk of the Court.  They will not be able to give you advice about this case.**

**CLERK OF THE COURT**
**United States District Court**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**