**Paul Arons, State Bar #84970**
**685 Spring Street, #104**
**Friday Harbor, WA 98250**
**Tel: (360) 378-6496**
**Fax: (360) 378-6498**
**lopa@rockisland.com**

**Ronald Wilcox, State Bar #176601**
**LAW OFFICE OF RONALD WILCOX**
**2160 The Alameda, 1st Flr., Suite F**
**San Jose, CA 95126**
**(408) 296-0400**

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>CLASS ACTION<br><br>DECLARATION OF PAUL ARONS IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN<br><br>Date: July 24, 2007<br>Time: 9:30 a.m.<br>Courtroom 11 |

I, Paul Arons declare as follows:

1. I am an attorney of record for plaintiffs herein and I make this declaration in support of plaintiffs' motion for class certification.

2. On March 21, 2007, this Court granted plaintiffs' motion for class certification. On March 25, 2007, I wrote defendant's counsel, Clark Garen, concerning

DECL. OF P. ARONS RE: MOTION FOR APPROVAL OF CLASS NOTICE PLAN: Page 1

a number of issues related to class notice. In this letter, I requested that defendant provide the computerized data that will allow us to identify and locate class members, and to calculate damages. In our initial discussions, in late March and early April 2007, defendant agreed to provide the computerized data that plaintiffs seek in this motion. However, defendant has not yet provided anything.

    3. Defendant has agreed both to the form of the class notice and the mailing plan that plaintiffs propose.

    I declare, under penalty of perjury, that the foregoing is true and correct, that if called as a witness I could competently testify thereto, and that this declaration is executed in Friday Harbor, Washington on June 19, 2007.

1  **Additional Plaintiffs' Counsel**

2  Irving L. Berg (CA Bar No. 36273)
   THE BERG LAW GROUP
3  433 Town Center, No. 493
   Corte Madera, California 94925
4  (415) 924-0742
   (415) 891-8208 (Fax)
5
   O. Randolph Bragg, Ill. Bar #06221983
6  HORWITZ, HORWITZ & ASSOCIATES
7  25 East Washington, Suite 900
   Chicago, IL 60602
8  (312) 372-8822

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28            DECL. OF P. ARONS RE: MOTION FOR APPROVAL OF CLASS NOTICE PLAN: Page 3