Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiffs

(Additional plaintiffs' counsel on last page)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>        Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>CLASS ACTION<br><br>PLAINTIFFS' MOTION FOR CLARIFICATION OR MODIFICATION OF CLASS CERTIFICATION ORDER<br><br>Date: July 24, 2007<br>Time: 9:30 a.m.<br>Courtroom 11 |

**TO DEFENDANT IMPERIAL MERCHANT SERVICES, INC., AND TO ITS ATTORNEYS OF RECORD**

      Please take notice that on July 24, 2007 at 9:30 a.m. or as soon thereafter as the matter may be heard before the Honorable Martin J. Jenkins, Judge of the United States District Court located at 450 Golden Gate Avenue, San Francisco, California, plaintiffs Brian Castillo and Brandy Hunt will move, pursuant to Federal Rule of Civil

PLAINTIFFS' MOTION FOR CLARIFICATION OF MODIFICATION OF CERTIFICATION ORDER: Page 1

Procedure 23, for an order clarifying or modifying the description of the class set forth in this Court's Order Granting Plaintiffs' Motion to Certify Class, filed March 21, 2007.

This motion is made pursuant to Fed.R.Civ.P. 23(c)(1)(C), on the ground that the description of the Fed.R.Civ.P. 23(b)(2) and 23(b)(3) classes does not accurately define the class groups the Court intended to certify, and that clarification or modification is necessary to accurately define the "actual damages" and "non-actual damages" classes certified by the Court.

This motion is based on this notice, and the memorandum, declarations and exhibits filed herewith.

Dated: June 19, 2007                LAW OFFICE OF PAUL ARONS

                                    By <u>s/Paul Arons</u>
                                    Paul Arons
                                    Attorneys for Plaintiffs
                                    BRIAN CASTILLO and BRANDY HUNT

**Additional Plaintiffs' Counsel**

Irving L. Berg (CA Bar No. 36273)
THE BERG LAW GROUP
433 Town Center, No. 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

O. Randolph Bragg, Ill. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

PLAINTIFFS' MOTION FOR CLARIFICATION OF MODIFICATION OF CERTIFICATION ORDER: Page 2