Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiffs

(Additional plaintiffs' counsel on last page)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>      Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>CLASS ACTION<br><br>REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY FOR CLASS-RELATED MOTIONS<br><br>Date: July 24, 2007<br>Time: 9:30 a.m.<br>Courtroom 11 |

      Plaintiff's co- counsel Paul Arons, whose office is in the State of Washington, requests that he be allowed to appear via telephone for the hearings on Plaintiffs' Motion for Approval of Class Notice Plan, and Plaintiffs' Motion for Clarification or Modification of Class Certification Order.  Both motions are currently set to be heard

**REQUEST FOR TELEPHONIC APPEARANCE: Page 1**

on July 24, 2007 at 9:30 a.m.  Mr. Arons' contact number for this appearance is (360) 378-6496.

Dated: July 9, 2007                               LAW OFFICE OF PAUL ARONS

                                                  s/Paul Arons
                                                  Attorneys for Plaintiffs

**Additional Plaintiffs' Counsel**

Irving L. Berg (CA Bar No. 36273)
THE BERG LAW GROUP
433 Town Center, No. 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

O. Randolph Bragg, Ill. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

       The court hereby grants the request for Paul Arons to appear by telephone at the above-mentioned hearings.

       **IT IS SO ORDERED.**

Dated:                                     _____
                                           Hon. Martin J. Jenkins
                                           Judge, United States District Court

**REQUEST FOR TELEPHONIC APPEARANCE: Page 2**