1  Paul Arons, State Bar #84970
2  685 Spring Street, #104
   Friday Harbor, WA 98250
3  Tel:  (360) 378-6496
   Fax: (360) 378-6498
4  lopa@rockisland.com

5  
   Ronald Wilcox, State Bar #176601
6  LAW OFFICE OF RONALD WILCOX
   2160 The Alameda, 1st Flr., Suite F
7  San Jose, CA 95126
   (408) 296-0400
8  
9  Attorneys for Plaintiffs

10

11                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

| 13 | BRANDY HUNT and BRIAN CASTILLO, on behalf of themselves and others similarly situated, | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ |
|----|---|---|
| 14 | | |
| 15 | Plaintiffs, | CLASS ACTION |
| 16 | vs. | AMENDED DECLARATION OF PAUL ARONS IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN |
| 17 | IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS, | |
| 18 | | |
| 19 | Defendants. | Date: July 24, 2007<br>Time: 9:30 a.m.<br>Courtroom 11 |
| 20 | | |

21
            I, Paul Arons declare as follows:
22
            1.  I am an attorney of record for plaintiffs herein and I make this
23
   declaration in support of plaintiffs' motion for class certification.  In preparing plaintiffs'
24
   reply papers I saw that in my original declaration filed on June 19, 2007, I had
25
   inadvertently omitted my signature line.  I have amended the declaration to add my
26

27

28      DECL. OF P. ARONS RE: MOTION FOR APPROVAL OF CLASS NOTICE PLAN: Page 1

signature. The remaining paragraphs in this declaration are identical to those in the original declaration.

2. On March 21, 2007, this Court granted plaintiffs' motion for class certification. On March 25, 2007, I wrote defendant's counsel, Clark Garen, concerning a number of issues related to class notice. In this letter, I requested that defendant provide the computerized data that will allow us to identify and locate class members, and to calculate damages. In our initial discussions, in late March and early April 2007, defendant agreed to provide the computerized data that plaintiffs seek in this motion. However, defendant has not yet provided anything.

3. Defendant has agreed both to the form of the class notice and the mailing plan that plaintiffs propose.

I declare, under penalty of perjury, that the foregoing is true and correct, that if called as a witness I could competently testify thereto, and that this declaration is executed in Friday Harbor, Washington on July 10, 2007.

s/Paul Arons
PAUL ARONS

DECL. OF P. ARONS RE: MOTION FOR APPROVAL OF CLASS NOTICE PLAN: Page 2