IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**BRANDY HUNT, et al.,**

        Plaintiff(s),

  v.

**IMPERIAL MERCHANT SERVICES,**

        Defendant(s),
                              /

No. **C05-4993 MJJ,
C06-2037 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has determined that plaintiff's co-counsel Paul Arons may appear by telephone, as well as defense counsel Clark Garen for the Motion Hearing set for **7/24/2007 09:30 AM** regarding plaintiff's Motion for Approval of Class Notice Plan, and Motion for Clarification for Modification of Class Certification Order. Counsel shall be available by phone beginning at 9:30 a.m. The Court will initiate the conference call, contacting plaintiff's counsel at (360) 378-6496, and defense counsel at (760) 288-4080. If these numbers are incorrect, please notify the clerk at (415) 522-3018.

Dated: July 18, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Edward Butler
    Courtroom Deputy