1    LAW OFFICES OF CLARK GAREN,
     CLARK GAREN, CALIF. BAR #50564
2    P. O. BOX 1790,
     PALM SPRINGS, CALIFORNIA 92263
3    STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
     TELEPHONE:      (760) 323-4901
4    Fax:            (760) 288-4080

5    ATTORNEYS FOR PLAINTIFFS
     IMPERIAL MERCHANT SERVICES, a California
6    corporation, doing business as
     CHECK RECOVERY SYSTEMS

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11   BRANDY HUNT, on behalf of herself    )    Case No. C 05 4993 MJJ
     and others similarly situated,       )
12                                         )    DEFENDANTS EX PARTE
                                           )    APPLICATION FOR LEAVE TO
                                           )    FILE MOTION FOR
13                    Plaintiff,           )    RECONSIDERATION OF
                                           )    MOTION TO STAY PAYMENT
14   -vs-                                  )    OF NOTICE COSTS PENDING
                                           )    RULING FROM APPEAL OF
15   CHECK RECOVERY SYSTEMS, INC.,         )    ORDER REQUIRING
     et. al.,                              )    DEFENDANT TO ADVANCE
16                                         )    NOTICE COSTS PRIOR TO
                                           )    ENTRY OF JUDGMENT;
17                                         )    MEMORANDUM OF POINTS
                                           )    AND AUTHORITIES;
18                                         )    DECLARATION OF CLARK
                                           )    GAREN IN SUPPORT OF
19                                         )    APPLICATION WITH
                                           )    PROPOSED MOTION AS
20                    Defendants.          )    AN EXHIBIT;
                                           )
21                                         )
                                           )
22   _____)

23        TO PLAINTIFF BRANDY HUNT, on behalf of herself and others

24   similarly situated, and to IRVING L. BERG; THE BERG LAW GROUP; O.

25

26   _____
     DEFENDANTS EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
27   OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING RULING FROM APPEAL OF ORDER
     REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR TO ENTRY OF JUDGMENT;
28   MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CLARK GAREN IN SUPPORT OF
     APPLICATION WITH PROPOSED MOTION AS AN EXHIBIT; - Case Number C 05 4993 MJJ

                                      1

1  RANDOLPH BRAGG; HORWITZ, HORWITZ & ASSOCIATES; PAUL ARONS; and

2  THE LAW OFFICES OF PAUL ARONS, her attorneys of record and to

3  BRIAN C CASTILLO, on behalf of himself and others similarly

4  situated and to RONALD WILCOX; O. RANDOLPH BRAGG; AND HORWITZ,

5  HORWITZ & ASSOCIATES, his attorneys of record:

6      PLEASE TAKE NOTICE THAT DEFENDANT IMPERIAL MERCHANT SERVICES

7  is submitting this Ex Parte Application in accordance with Local

8  Rule 7-9(b) for permission to file a motion for reconsideration

9  of an order to stay the order of the Court that Defendant pay for

10 the costs of notifying the members of the class.

11     At the outset, Defendant is uncertain if this is a motion

12 for reconsideration or if this motion qualifies as a new motion.

13 While Defendant previously filed motions to stay the entire

14 action, this is a motion to stay the order requiring the

15 Defendant to pay the notice costs. However, since counsel for

16 Defendant was previously admonished by this Court for failure to

17 comply with Local Rule 7-9(b), Defendant is filing this as a

18 Motion for Reconsideration to insure that this issue is resolved

19 on the merits and not on a procedural mistake by counsel.

20     In addition, Federal Rule of Appellate Procedure, Rule 8,

21 requires that a motion for a stay pending appeal must first be

22 filed in the District Court. Since the prior motions filed by

23 Defendant were not technical motions for a stay pending appeal

24 because no appeal was then pending, Defendant believes it is

25

26 _____
   DEFENDANTS EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
27 OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING RULING FROM APPEAL OF ORDER
   REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR TO ENTRY OF JUDGMENT;
28 MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CLARK GAREN IN SUPPORT OF
   APPLICATION WITH PROPOSED MOTION AS AN EXHIBIT; - Case Number C 05 4993 MJJ

1  required by F.R.A.P. Rule 8 to seek relief from this Court before
2  filing a stay motion with the appellate Court.
3      This motion is based on the following new material facts
4  that occurred after the enter of the prior order denying a stay:
5
6      (1) Defendant has filed an appeal of the order determining
7          liability in the related appeal of the bankruptcy case. This
8          appeal is now pending before the Ninth Circuit as Case
9          Number: 07-15976. The case is now completely briefed, and
10         the Ninth Circuit granted an order expediting the hearing.
11         The calendar department of the Ninth Circuit advised that
12         Oral argument would be scheduled in either March or April,
13         2008.
14
15     (2) Defendant filed an appeal of the order requiring it to
16         pay the costs of notifying the members of the class in
17         advance of the entry of judgment. This appeal is now pending
18         before the Ninth Circuit as Case Number: 07-16418, and
19         Defendant has timely filed its opening brief.
20
21     When a stay request was previously presented to this Court,
22  no appeal was pending. Now, two appeals are pending; one of
23  liability and one of the Court's order requiring Defendant to pay
24  the costs of notifying the class members in advance of entry of a
25
26  _____
    DEFENDANTS EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
27  OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING RULING FROM APPEAL OF ORDER
    REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR TO ENTRY OF JUDGMENT;
28  MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CLARK GAREN IN SUPPORT OF
    APPLICATION WITH PROPOSED MOTION AS AN EXHIBIT; - Case Number C 05 4993 MJJ
                                    3

1  final judgment.

2      If the order of the Court is not stayed pending appeal of

3  the order requiring Defendant to advance costs, and Defendant

4  eventually prevails on appeal, Defendant will be left with no

5  remedy to recover the funds it advanced for mailing under the

6  order of the Court. Certainly Plaintiff, who has not yet even

7  paid the fraud judgment **already** issued against her by the

8  Bankruptcy Court, will not be able or willing or desire to

9  reimburse Defendant for these costs.

10      Therefore, unless this stay is granted, Defendant will

11  effectively be denied appellate review of the Court's order

12  requiring it to pay for the costs of notifying the class members

13  in advance of the entry of a final judgment. The reason for this

14  is that if the order is reversed, Plaintiff will not have the

15  desire or ability to replay defendant for the notice costs it

16  advanced.

17      Defendant CHECK RECOVERY SERVICES previously advised

18  Plaintiff it intended to make this request.

19      On December 29, 2007, Plaintiff replied notifying Defendant

20  that it would oppose any stay, and requested that Defendant file

21  this motion by January 7, 2007. A copy of this letter is attached

22  to the Declaration of Clark Garen in support of this application

23  as Exhibit 1, and incorporated herein by reference.

24      A copy of the proposed motion is attached to the Declaration

25

26  _____

DEFENDANTS EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
27  OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING RULING FROM APPEAL OF ORDER
REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR TO ENTRY OF JUDGMENT;
28  MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CLARK GAREN IN SUPPORT OF
APPLICATION WITH PROPOSED MOTION AS AN EXHIBIT; - Case Number C 05 4993 MJJ
4

1  of Clark Garen as Exhibit 2, which is incorporated herein by

2  reference.

3      Since Defendants have already notified the class members,

4  granting this request will not have any effect on scheduled

5  proceedings.

6

7      Dated: JANUARY 2, 2008

8

9                          LAW OFFICES OF CLARK GAREN

10                         BY
                           _/s/ CLARK GAREN_____
11                         CLARK GAREN,
                           ATTORNEY FOR DEFENDANT

12

13

14  _____MEMORANDUM OF POINTS AND AUTHORITIES

15                              I
                   ANY MOTION FOR A STAY PENDING APPEAL
16                      MUST BE PRESENTED TO THE
                        DISTRICT COURT BEFORE IT
17              CAN BE PRESENTED TO THE COURT OF APPEAL

18      *Federal Rule of Appellate Procedure*, Rule 8, requires that a

19  motion for a stay pending appeal must first be filed in the

20  District Court.

21                              II
           A PARTY MUST OBTAIN EX PARTE LEAVE OF COURT TO FILE
22                  A MOTION FOR RECONSIDERATION

23      Local Rule 7-9(b) requires a party seeking to file a motion

24  for reconsideration to first obtain ex parte leave of court

25

26  _____
    DEFENDANTS EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
27  OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING RULING FROM APPEAL OF ORDER
    REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR TO ENTRY OF JUDGMENT;
28  MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CLARK GAREN IN SUPPORT OF
    APPLICATION WITH PROPOSED MOTION AS AN EXHIBIT; - Case Number C 05 4993 MJJ

before filing the motion. The ex parte request must document the change in factual circumstances since the last motion was heard.

## III
### THE CHANGE IN CIRCUMSTANCES

This Court denied the original motion to stay the entire action filed by Defendant CHECK RECOVERY SERVICES and the original motion to reconsider that motion.

This is a motion to stay the Court's order that Defendant pay the costs of notifying the class members in advance of the entry of a final judgment. As stated above, it may or may not be a motion for reconsideration, but it is filed as a motion for reconsideration to avoid an unintentional violation of Local Rule 7-9(b).

Since the previous stay motions were granted, the Court has entered an order granting partial summary judgment to Plaintiff; an order sustaining the order of the Bankruptcy Court denying interest on a returned check; and ordered the Defendant to pay the costs of notifying the members of the class.

Defendant has appealed both the order sustaining the order of the Bankrupty Court and the order requiring Defendant to pay the costs of notifying the members of the class. Unless this stay is granted, Defendant will be unable to obtain meaningful appellate review of the order that it pay for the costs of notifying the members of the class **because** it will be unable to obtain a return of those funds from Plaintiff in the event

_____

1  Defendant prevails on either of the appeals now pending.

2  Defendant now seeks this stay to preserve its right to have the

3  order of this Court reviewed by the Appellate Court.

4      This change in circumstances justifies reconsideration of

5  Defendants previous Motions for a Stay.

6                              **IV**
   **THIS COURT HAS AUTHORITY TO GRANT DEFENDANTS**
7           **MOTION AND STAY THIS PROCEEDING.**

8      A trial court has inherent authority to control its own

9  docket and calendar. The Ninth Circuit has stated:

10          "A trial court may, with propriety, find it is
            efficient for its own docket and the fairest
11          course for the parties to enter a stay of an
            action before it, pending resolution of
12          independent proceedings which bear upon
            the case. This rule applies whether the
13          separate proceedings are judicial, administrative,
            or arbitral in character, and does not require that
14          the issues in such proceedings are necessarily
            controlling of the action before the Court."
15
            *Leyva vs. Certified Grocers of California, Ltd.,*
16          593 F. 3d 857, 863-864, (9ᵗʰ Circuit, 1979,
            citing *Keroltst Mfg. Co. Vs. C-O Two Fire*
17          *Equipment. Co.*, 342 U.S. 180, 73 DS. Ct. 219 (1952)

18
       The only fair course for litigation of this case is to stay
19
   the order requiring Defendant to advance the notice costs pending
20
   resolution of the appeal now pending to preserve the right of
21
   Defendant to obtain appellate review.
22
       Therefore, the stay of the order requiring Defendant to
23
   advance the notice costs pending resolution of the appeal now
24
   pending in Ninth Circuit Case Number: 07-16418 should be granted.
25

26  _____
    DEFENDANTS EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
27  OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING RULING FROM APPEAL OF ORDER
    REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR TO ENTRY OF JUDGMENT;
28  MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CLARK GAREN IN SUPPORT OF
    APPLICATION WITH PROPOSED MOTION AS AN EXHIBIT; - Case Number C 05 4993 MJJ
                                      7

1    Dated: January 2, 2008

2                            LAW OFFICES OF CLARK GAREN

3                            BY
                              /S/ CLARK GAREN
4                            CLARK GAREN, ATTORNEY FOR DEFENDANT

5

6                    **DECLARATION OF CLARK GAREN**
                **IN SUPPORT OF EX PARTE APPLICATILON**
7
      I, CLARK GAREN, state and declare:
8
      1. I duly called as a witness and sworn to give testimony in
9
   the above-entitled matter, my testimony would be as hereinafter
10
   stated.
11
      2. All of the facts stated herein are within my own,
12
   personal knowledge.
13
      3. I am one of the attorneys for Defendant CHECK RECOVERY
14
   SERVICES, and I make this declaration in that capacity.
15
      4. I previously advised Plaintiff that Defendant intended to
16
   seek a stay pending appeal of the order requiring it to advance
17
   the costs of mailing the class notices in advance of the entry of
18
   final judgment.
19
      5. On December 29, 2007, Plaintiff replied notifying me that
20
   it would oppose any stay, and requested that Defendant file this
21
   motion by January 7, 2007. A copy of this letter is attached
22
   hereto, marked Exhibit 1, and incorporated herein by reference.
23
      6. A copy of the proposed Motion for a Stay pending Appeal
24
   is attached hereto, marked Exhibit 2, and incorporated herein by
25

26   _____
   DEFENDANTS EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
27   OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING RULING FROM APPEAL OF ORDER
   REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR TO ENTRY OF JUDGMENT;
28   MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CLARK GAREN IN SUPPORT OF
   APPLICATION WITH PROPOSED MOTION AS AN EXHIBIT; - Case Number C 05 4993 MJJ
                                  8

1    reference.

2        7. I am not certain whether this is a motion for

3    reconsideration or if this motion qualifies as a new motion.

4    While I previously filed motions on behalf of Defendant to stay

5    the entire action, this is a motion to stay the order requiring

6    the Defendant to pay the notice costs during an appeal which has

7    **already** been filed and partially briefed. However, since I was

8    previously admonished by this Court for failure to comply with

9    Local Rule 7-9(b), I am complying with the procedure to file a

10   Motion for Reconsideration to insure that this issue is resolved

11   on the merits and not on my procedural mistake.

12       8. Federal Rule of Appellate Procedure, Rule 8, requires

13   that a motion for a stay pending appeal must first be filed in

14   the District Court. Since I do not believe the prior motions

15   filed by Defendant were motions for a stay pending a **filed** appeal

16   because no appeal was then pending, I believe F.R.A.P. Rule 8

17   requires me to seek relief from this Court before filing a stay

18   motion with the appellate Court.

19       9. This motion is based on the following new material facts

20   that occurred after the enter of the prior order denying a stay:

21

22       (1) Defendant has filed an appeal of the order determining

23           liability in the related appeal of the bankruptcy case. This

24           appeal is now pending before the Ninth Circuit as Case

25

26   _____
     DEFENDANTS EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
27   OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING RULING FROM APPEAL OF ORDER
     REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR TO ENTRY OF JUDGMENT;
28   MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CLARK GAREN IN SUPPORT OF
     APPLICATION WITH PROPOSED MOTION AS AN EXHIBIT; - Case Number C 05 4993 MJJ
                                     9

Number: 07-15976. The case is now completely briefed, and the Ninth Circuit granted an order expediting the hearing. The calendar department of the Ninth Circuit advised that Oral argument would be scheduled in either March or April, 2008.

(2) Defendant filed an appeal of the order requiring it to pay the costs of notifying the members of the class in advance of the entry of judgment. This appeal is now pending before the Ninth Circuit as Case Number: 07-16418, and Defendant has timely filed its opening brief.

10. When a stay request was previously presented to this Court, no appeal was pending. Now, two appeals are pending; one of liability and one of the Court's order requiring Defendant to pay the costs of notifying the class members in advance of entry of a final judgment.

11. In addition, all of the other stay orders would have stayed this Court from concluding this case. Since the Plaintiffs have already paid for the cost of notifying the members of the class, granting this stay pending appeal will not delay the conclusion of this case.

12. If the order of the Court is not stayed pending appeal of the order requiring Defendant to advance costs, and Defendant

1  eventually prevails on appeal, Defendant will be left with no

2  remedy to recover the funds it advanced for mailing under the

3  order of the Court. Certainly Plaintiff, who has not yet even

4  paid the fraud judgment **already** issued against her by the

5  Bankruptcy Court, will not be able or willing or desire to

6  reimburse Defendant for these costs.

7      13. Therefore, unless this stay is granted, Defendant will

8  effectively be denied appellate review of the Court's order

9  requiring it to pay for the costs of notifying the class members

10 in advance of the entry of a final judgment.

11     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

12 TRUE AND CORRECT.

13     EXECUTED ON JANUARY 2, 2008 AT PALM SPRINGS, CALIFORNIA

14

15

16                    /s/ CLARK GAREN
                      CLARK GAREN, DECLARANT
17

18

19

20

21

22

23

24

25

26
DEFENDANTS EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
27 OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING RULING FROM APPEAL OF ORDER
   REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR TO ENTRY OF JUDGMENT;
28 MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CLARK GAREN IN SUPPORT OF
   APPLICATION WITH PROPOSED MOTION AS AN EXHIBIT; - Case Number C 05 4993 MJJ

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# EXHIBIT 1

25

26

27

28

# Law Offices of *Paul* Arons

685 *Spring Street* #104. Friday Harbor, WA 98250
Tel (360) 378-6496 (360) 378~6408

December 29, 2007

VIA FACSIMILE & 1ST CLASS MAIL

Clark Garen
P.O. Box 1790
Palm Springs, CA 92263

Re:
*Hunt v. Check Recovery* Systems, et al

Dear Mr. Garen:

Despite defendant's refusal to follow the court order requiring it to advance payment for notice costs, plaintiffs have gone forward to initiate the court-ordered mailing and notice plan. Notice will be mailed in the next few days. At this point, plaintiffs have incurred costs of $5,800 for the mailing, and $1500 for set up of the toll-free phone system and web site.

You have previously stated that it plaintiffs pay notice costs, defendant will refuse to reimburse plaintiffs, and will seek a stay of enforcement of the August 1, 2007 order. I assume that defendant will continue to refuse to pay the costs. Unless defendant has filed a motion for a stay of enforcement, or discussed other alternatives with me by January 7, 2008, plaintiffs will initiate contempt proceedings.

Very truly yours,

PAUL ARONS

PA:psa
cc. co-counsel
cg112290/.Uuc

---

DEFENDANTS EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING RULING FROM APPEAL OF ORDER
REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR TO ENTRY OF JUDGMENT;
MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CLARK GAREN IN SUPPORT OF
APPLICATION WITH PROPOSED MOTION AS AN EXHIBIT; - Case Number C 05 4993 MJJ

13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

---

1 | LAW OFFICES OF CLARK GAREN,
CLARK GAREN, CALIF. BAR #50564
2 | P. O. BOX 1790,
PALM SPRINGS, CALIFORNIA 92263
3 | STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
TELEPHONE: (760) 323-4901
4 | Fax:              (760) 288-4080

5 | ATTORNEYS FOR PLAINTIFFS
IMPERIAL MERCHANT SERVICES, a California
6 | corporation, doing business as
CHECK RECOVERY SYSTEMS

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | BRANDY HUNT, on behalf of herself )    Case No. C 05 4993 MJJ
and others similarly situated, )
12 |                            )    DEFENDANTS NOTICE OF
             Plaintiff, )    MOTION/MOTION FOR
13 |                            )    RECONSIDERATION OF
                           )    MOTION TO STAY PAYMENT
-vs- )    OF NOTICE COSTS PENDING
14 |                            )    RULING FROM APPEAL OF
CHECK RECOVERY SYSTEMS,INC., )    ORDER REQUIRING
15 | et. al., )    DEFENDANT TO ADVANCE
                           )    NOTICE COSTS PRIOR TO
16 |            Defendants. )    ENTRY OF JUDGMENT
                           )    (Proposed)
17 |                            )
                           )    Date: April 8, 2008
18 |                            )    Time: 9:30 A.M.
                           )    Place: Courtroom 11
19 | _____)

20 |         TO PLAINTIFF BRANDY HUNT, on behalf of herself and

21 | others similarly situated, and to IRVING L. BERG; THE BERG LAW

22 | GROUP; O. RANDOLPH BRAGG; HORWITZ, HORWITZ & ASSOCIATES; PAUL

23 | ARONS; and THE LAW OFFICES OF PAUL ARONS, her attorneys of record

24 | and to BRIAN C CASTILLO, on behalf of himself and others

25 | similarly situated and to RONALD WILCOX; O. RANDOLPH BRAGG; AND

26 | HORWITZ, HORWITZ & ASSOCIATES, his attorneys of record:

27 |         PLEASE TAKE NOTICE THAT on April 8, 2008 at 9:30 A.M.

28

IN Courtroom 11, DEFENDANT IMPERIAL MERCHANT SERVICES will move the Court for an order to stay the order of the Court that Defendant pay for the costs of notifying the members of the class.

At the outset, Defendant is uncertain if this is a motion for reconsideration or if this motion qualifies as a new motion. While Defendant previously filed motions to stay the entire action, this is a motion to stay the order requiring the Defendant to pay the notice costs. However, since counsel for Defendant was previously admonished by this Court for failure to comply with Local Rule 7-9(b), Defendant is filing this as both a new motion **and a** Motion for Reconsideration and complied with Local Rule 7-9(b) to insure that this issue is resolved on the merits and not on the procedural mistakes of counsel.

In addition, Federal Rule of Appellate Procedure, Rule 8, requires that a motion for a stay pending appeal must first be filed in the District Court. Since the prior motions filed by Defendant were not technical motions for a stay pending appeal because no appeal was then pending, Defendant believes it is required to seek relief from this Court before filing a stay motion with the appellate Court.

This motion is based on the following new material facts that occurred after the enter of the prior order denying a stay:

(1) Defendant has filed an appeal of the order
determining liability in the related appeal of the

16

1    bankruptcy case. This appeal is now pending before

2    the Ninth Circuit as Case Number: 07-15976. The case

3    is now completely briefed, and the Ninth Circuit

4    granted an order expediting the hearing. The calendar

5    department of the Ninth Circuit advised that Oral

6    argument would be scheduled in either March or April,

7    2008.

8

9    (2) Defendant filed an appeal of the order requiring

10    it to pay the costs of notifying the members of the

11    class in advance of the entry of judgment. This

12    appeal is now pending before the Ninth Circuit as

13    Case Number: 07-16418, and Defendant has timely filed

14    its opening brief.

15

16    When a stay request was previously presented to this

17    Court, no appeal was pending. Now, two appeals are pending; one

18    of liability and one of the Court's order requiring Defendant to

19    pay the costs of notifying the class members in advance of entry

20    of a final judgment.

21    If the order of the Court is not stayed pending

22    appeal of

23    the order requiring Defendant to advance costs, and Defendant

24    eventually prevails on appeal, Defendant will be left with no

25    remedy to recover the funds it advanced for mailing under the

26    order of the Court. Certainly Plaintiff, who has not yet even

27    paid the fraud judgment **already** issued against her by the

28

17

1  Bankruptcy Court, will not be able or willing or desire to

2  reimburse Defendant for these costs.

3          Therefore, unless this stay is granted, Defendant

4  will effectively be denied appellate review of the Court's order

5  requiring it to pay for the costs of notifying the class members

6  in advance of the entry of a final judgment.

7          Since Defendants have already notified the class

8  members, granting this request will not have any effect on

9  scheduled proceedings.

10          Dated: JANUARY 2, 2008

11

12

13          LAW OFFICES OF CLARK GAREN

14          BY

15          /s/ CLARK GAREN_____
            CLARK GAREN,
16          ATTORNEY FOR DEFENDANT

17

18

19

20

21

22

23

24

25

26
   LAW OFFICES OF CLARK GAREN,
27 CLARK GAREN, CALIF. BAR #50564
   P. O. BOX 1790,
28

                              18

1  PALM SPRINGS, CALIFORNIA 92263
   STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
2  TELEPHONE: (760) 323-4901
   Fax:            (760) 288-4080
3
   ATTORNEYS FOR PLAINTIFFS
4  IMPERIAL MERCHANT SERVICES, a California
   corporation, doing business as
5  CHECK RECOVERY SYSTEMS

6
                    UNITED STATES DISTRICT COURT
7
          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
8

9  BRANDY HUNT, on behalf of herself  )    Case No. C 05 4993 MJJ
   and others similarly situated,     )
10                                     )    POINTS AND AUTHORITIES
                                       )    IN SUPPORT OF
11                                     )    DEFENDANTS NOTICE
   Plaintiff,                          )    MOTION/MOTION FOR
12                                     )    RECONSIDERATION OF
                                       )    MOTION TO STAY PAYMENT
13 -vs-                                )    OF NOTICE COSTS PENDING
                                       )    RULING FROM APPEAL OF
14 CHECK RECOVERY SYSTEMS, INC.,       )    ORDER REQUIRING
   et. al.,                            )    DEFENDANT TO ADVANCE
15                                     )    NOTICE COSTS PRIOR TO
                                       )    ENTRY OF JUDGMENT
16                 Defendants.         )    (Proposed)
                                       )
17                                     )    Date: April 8, 2008
                                       )    Time: 9:30 A.M.
18                                     )    Place: Courtroom 11
                                       )
19 _____)

20
                              I
21          ANY MOTION FOR A STAY PENDING APPEAL
                   MUST BE PRESENTED TO THE
22                 DISTRICT COURT BEFORE IT
            CAN BE PRESENTED TO THE COURT OF APPEAL
23
               *Federal Rule of Appellate Procedure*, Rule 8, requires
24
   that a motion for a stay pending appeal must first be filed in
25
   the District Court.
26

27
                              II
28

                              19

1

## THE CHANGE IN CIRCUMSTANCES

2           This Court denied the original motion to stay the

3   entire action filed by Defendant CHECK RECOVERY SERVICES and the

4   original motion to reconsider that motion.

5           This is a motion to stay the Court's order that

6   Defendant pay the costs of notifying the class members in advance

7   of the entry of a final judgment. As stated above, it may or may

8   not be a motion for reconsideration, but it is filed as a motion

9   for reconsideration to avoid an unintentional violation of Local

10  Rule 7-9(b).

11          Since the previous stay motions were granted, the

12  Court has entered an order granting partial summary judgment to

13  Plaintiff; an order sustaining the order of the Bankruptcy Court

14  denying interest on a returned check; and ordered the Defendant

15  to pay the costs of notifying the members of the class.

16          Defendant has appealed both the order sustaining the

17  order of the Bankruptcy Court and the order requiring Defendant

18  to pay the costs of notifying the members of the class. Unless

19  this stay is granted, Defendant will be unable to obtain

20  meaningful appellate review of the order that it pay for the

21  costs of notifying the members of the class **because** it will be

22  unable to obtain a return of those funds from Plaintiff in the

23  event Defendant prevails on either of the appeals now pending.

24  Defendant now seeks this stay to preserve its right to have the

25  order of this Court reviewed by the Appellate Court.

26          This change in circumstances justifies

27  reconsideration of Defendants previous Motions for a Stay.

28

20

1
2

## III
## THIS COURT HAS AUTHORITY TO GRANT DEFENDANTS
## MOTION AND STAY THIS PROCEEDING.

3       A trial court has inherent authority to control its

4  own docket and calendar. The Ninth Circuit has stated:

5               "A trial court may, with propriety, find it is
              efficient for its own docket and the fairest course
6             for the parties to enter a stay of an action before
              it, pending resolution of independent proceedings
7             which bear upon the case. This rule applies whether
              the separate proceedings are judicial,
8             administrative, or arbitral in character, and does
              not require that the issues in such proceedings are
9             necessarily controlling of the action before the
              Court."

10
              *Leyva vs. Certified Grocers of California, Ltd.*,
11            593 F. 3d 857, 863-864, (9th Circuit, 1979,
              citing *Keroltst Mfg. Co. Vs. C-O Two Fire
12            Equipment. Co.*, 342 U.S. 180, 73 DS. Ct. 219 (1952)

13
              The only fair course for litigation of this case is
14
   to stay the order requiring Defendant to advance the notice costs
15
   pending resolution of the appeal now pending to preserve the
16
   right of Defendant to obtain appellate review.
17
              Therefore, the stay of the order requiring Defendant
18
   to advance the notice costs pending resolution of the appeal now
19
   pending in Ninth Circuit Case Number: 07-16418 should be granted.
20

21
              Dated: January 2, 2008
22

23
              LAW OFFICES OF CLARK GAREN
24
              BY
25
              /s/ CLARK GAREN
26            CLARK GAREN, ATTORNEY FOR DEFENDANT

27  LAW OFFICES OF CLARK GAREN,
   CLARK GAREN, CALIF. BAR #50564
28

P. O. BOX 1790,
PALM SPRINGS, CALIFORNIA 92263
STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
TELEPHONE: (760) 323-4901
Fax:              (760) 288-4080

ATTORNEYS FOR PLAINTIFFS
IMPERIAL MERCHANT SERVICES, a California
corporation, doing business as
CHECK RECOVERY SYSTEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDY HUNT, on behalf of herself and others similarly situated, | Case No. C 05 4993 MJJ |
| Plaintiff, | DECLARATION OF CLARK GAREN IN SUPPORT OF DEFENDANTS NOTICE MOTION/MOTION FOR RECONSIDERATION OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING RULING FROM APPEAL OF ORDER REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR TO ENTRY OF JUDGMENT (Proposed) |
| -vs- | |
| CHECK RECOVERY SYSTEMS, INC., et. al., | |
| Defendants. | |
| | Date: April 8, 2008 Time: 9:30 A.M. Place: Courtroom 11 |

I, CLARK GAREN, state and declare:

1. I duly called as a witness and sworn to give testimony in the above-entitled matter, my testimony would be as hereinafter stated.

2. All of the facts stated herein are within my own, personal knowledge.

3. I am one of the attorneys for Defendant CHECK

22

RECOVERY SERVICES, and I make this declaration in that capacity.

4. I am not certain whether this is a motion for reconsideration or if this motion qualifies as a new motion. While I previously filed motions on behalf of Defendant to stay the entire action, this is a motion to stay the order requiring the Defendant to pay the notice costs during an appeal which has **already** been filed and partially briefed.

5. Federal Rule of Appellate Procedure, Rule 8, requires that a motion for a stay pending appeal must first be filed in the District Court. Since I do not believe the prior motions filed by Defendant were motions for a stay pending a **filed** appeal because no appeal was then pending, I believe F.R.A.P. Rule 8 requires me to seek relief from this Court before filing a stay motion with the appellate Court.

6. This motion is based on the following new material facts that occurred after the enter of the prior order denying a stay:

(1) Defendant has filed an appeal of the order determining liability in the related appeal of the bankruptcy case. This appeal is now pending before the Ninth Circuit as Case Number: 07-15976. The case is now completely briefed, and the Ninth Circuit granted an order expediting the hearing. The calendar department of the Ninth Circuit advised that Oral argument would be scheduled in either March or April, 2008.

23

(2) Defendant filed an appeal of the order requiring it to pay the costs of notifying the members of the class in advance of the entry of judgment. This appeal is now pending before the Ninth Circuit as Case Number: 07-16418, and Defendant has timely filed its opening brief.

7. When a stay request was previously presented to this Court, no appeal was pending. Now, two appeals are pending; one of liability and one of the Court's order requiring Defendant to pay the costs of notifying the class members in advance of entry of a final judgment.

8. In addition, all of the other stay orders would have precluded this Court from concluding this case. Since the Plaintiffs have already paid for the cost of notifying the members of the class, granting this stay pending appeal will not delay the conclusion of this case.

9. If the order of the Court is not stayed pending appeal of the order requiring Defendant to advance costs, and Defendant eventually prevails on appeal, Defendant will be left with no remedy to recover the funds it advanced for mailing under the order of the Court. Certainly Plaintiff, who has not yet even paid the fraud judgment **already** issued against her by the Bankruptcy Court, will not be able or willing or desire to reimburse Defendant for these costs.

10. Therefore, unless this stay is granted, Defendant will effectively be denied appellate review of the Court's order

24

1   requiring it to pay for the costs of notifying the class members

2   in advance of the entry of a final judgment.

3

4

5          I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING

6   IS TRUE AND CORRECT.

7          EXECUTED ON JANUARY 2, 2008 AT PALM SPRINGS,

8   CALIFORNIA

9

10

11

12          /s/ CLARK GAREN
            CLARK GAREN, DECLARANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                          PROOF OF SERVICE BY MAIL
                             (1013a, 2015.5 C.C.P.)
2   STATE OF CALIFORNIA
                             )
3   COUNTY OF RIVERSIDE
                             )  S.S.
4
5       I am a citizen of the United States and a Resident of the
    County Aforesaid; I am over the age of eighteen years and not a
    party to the within entitled action; my business address is:
6   1801 CALIFORNIA AVENUE, CORONA, CALIFORNIA 92881
        On JANUARY 2, 2008, I served the within DEFENDANTS EX PARTE
7   APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF
    MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING RULING FROM APPEAL
8   OF ORDER REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR TO
    ENTRY OF JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES;
9   DECLARATION OF CLARK GAREN IN SUPPORT OF APPLICATION WITH
    PROPOSED MOTION AS AN EXHIBIT; on the interested parties herein
10  in said action by sending a copy by fax to the fax number listed
    below and by placing a true copy thereof enclosed in a sealed
11  envelope with postage thereon fully prepaid, in the United States
    mail at PALM SPRINGS, CALIFORNIA addressed as follows:
12
    IRVING L. BERG,
13  THE BERG LAW GROUP,
    433 TOWN CENTER, NO. 493,
14  CORTE MADERA, CALIFORNIA 94925

15  PAUL ARONS,
    LAW OFFICES OF PAUL ARONS,
16  685 SPRINGS STREET,
    #104,
17  FRIDAY HARBOR, WASHINGTON 98250

18  O. RANDOLPH BRAGG,
    HORWITZ, HORWITZ & ASSOCIATES,
19  25 EAST WASHINGTON,
    SUITE 900
20  CHICAGO, ILLINOIS 60602

21  RONALD WILCOX,
    ATTORNEY AT LAW,
22  2160 THE ALAMEDA,
    FIRST FLOOR,
23  SUITE F,
    SAN JOSE, CALIFORNIA 95126
24
25          I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING
    IS TRUE AND CORRECT.

26          EXECUTED ON JANUARY 2, 2008 AT PALM SPRINGS,
    CALIFORNIA
27
28          _____
                CLARK GAREN, DECLARANT

1  LAW OFFICES OF CLARK GAREN,
   CLARK GAREN, CALIF. BAR #50564
2  P. O. BOX 1790,
   PALM SPRINGS, CALIFORNIA 92263
3  STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
   TELEPHONE: (760) 323-4901
4  Fax:            (760) 288-4080

5  ATTORNEYS FOR PLAINTIFFS
   IMPERIAL MERCHANT SERVICES, a California
6  corporation, doing business as
   CHECK RECOVERY SYSTEMS

7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 BRANDY HUNT, on behalf of herself    )    Case No. C 05 4993 MJJ
   and others similarly situated,       )
12                                       )    ORDER GRANTING DEFENDANTS
                                         )    EX PARTE APPLICATION FOR
                                         )    LEAVE TO FILE
13              Plaintiff,               )     MOTION/MOTION FOR
                                         )    RECONSIDERATION OF
14                                       )    MOTION TO STAY PAYMENT
   -vs-                                  )    OF NOTICE COSTS PENDING
15                                       )    RULING FROM APPEAL OF
   CHECK RECOVERY SYSTEMS, INC.,         )    ORDER REQUIRING
16 et. al.,                              )    DEFENDANT TO ADVANCE
                                         )    NOTICE COSTS PRIOR TO
17                                       )    ENTRY OF JUDGMENT
                Defendants.              )    (Proposed)
18                                       )
                                         )
19                                       )
                                         )
20 _____)

21

22          Having considered Defendant CHECK RECOVERY SERVICES

23 ex parte application for leave to file a motion/motion for

24 reconsideration of Motion to Stay Payment of Notice Costs Pending

25 Ruling from Appeal of Order Requiring Defendant to Advance Notice

26 _____

27 ORDER GRANTING DEFENDANTS DEFENDANTS EX PARTE APPLICATION FOR LEAVE TO FILE
   MOTION FOR RECONSIDERATION OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING
28 RULING FROM APPEAL OF ORDER REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR
   TO ENTRY OF JUDGMENT (Proposed)
                            1

1    Costs Prior to Entry of Judgment and having considered the

2    arguments of the parties,

3              IT IS HEREBY ORDERED that the proposed motion for a

4    is action is stayed pending a ruling on the appeal filed on

5    November 2, 2006 of the final judgment entered on October 31,

6    2006 in Bankruptcy Adversary Number 05-3499 DM. Once a decision

7    of the appellate court has become final, either party shall

8    notify this Court, and a Case Management Conference shall be

9    scheduled to determine further proceedings in this matter.

10

11         Dated:

12

13

14         _____
           MARTIN J. JENKINS,
15         UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27   ORDER GRANTING DEFENDANTS DEFENDANTS EX PARTE APPLICATION FOR LEAVE TO FILE
     MOTION FOR RECONSIDERATION OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING
28   RULING FROM APPEAL OF ORDER REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR
     TO ENTRY OF JUDGMENT (Proposed)
                                      2

1

<u>PROOF OF SERVICE BY MAIL</u>
<u>(1013a, 2015.5 C.C.P.)</u>

2    STATE OF CALIFORNIA

)

3    COUNTY OF RIVERSIDE

)  S.S.

4

5    I am a citizen of the United States and a Resident of the
County Aforesaid; I am over the age of eighteen years and not a
party to the within entitled action; my business address is:

6    1801 CALIFORNIA AVENUE, CORONA, CALIFORNIA 92881
On JANUARY 2, 2008, I served the within ORDER GRANTING

7    DEFENDANTS EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR
RECONSIDERATION OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING

8    RULING FROM APPEAL OF ORDER REQUIRING DEFENDANT TO ADVANCE NOTICE
COSTS PRIOR TO ENTRY OF JUDGMENT; (Proposed) on the interested

9    parties herein in said action by placing a true copy thereof
enclosed in a sealed envelope with postage thereon fully prepaid,

10   in the United States mail at PALM SPRINGS, CALIFORNIA addressed
as follows:

11

IRVING L. BERG,

12   THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,

13   CORTE MADERA, CALIFORNIA 94925

14   PAUL ARONS,
LAW OFFICES OF PAUL ARONS,

15   685 SPRINGS STREET,
#104,

16   FRIDAY HARBOR, WASHINGTON 98250

17   O. RANDOLPH BRAGG,
HORWITZ, HORWITZ & ASSOCIATES,

18   25 EAST WASHINGTON,
SUITE 900

19   CHICAGO, ILLINOIS 60602

20   RONALD WILCOX,
ATTORNEY AT LAW,

21   2160 THE ALAMEDA,
FIRST FLOOR,

22   SUITE F,
SAN JOSE, CALIFORNIA 95126

23

24   I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING
IS TRUE AND CORRECT.

25   EXECUTED ON JANUARY 2, 2008 AT PALM SPRINGS,
CALIFORNIA

26

27

28   _____
CLARK GAREN, DECLARANT