Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>Defendants. | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>CLASS ACTION<br><br>DECLARATION OF PAUL ARONS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF MOTION TO STAY PAYMENT OF NOTICE COSTS PENDING RULING FROM APPEAL OF ORDER REQUIRING DEFENDANT TO ADVANCE NOTICE COSTS PRIOR TO ENTRY OF JUDGMENT |

I, Paul Arons declare as follows:

1. I am an attorney of record for plaintiffs herein and I make this declaration in support of plaintiffs' motion for class certification.

DECL. OF P. ARONS IN OPP. TO EX PARTE APP. RE: CLASS NOTICE COSTS: Page 1

2. On March 21, 2007 this Court granted plaintiffs' Motion for Class Certification.  Plaintiff immediately began requesting that defendant Imperial Merchant Services, Inc. (IMS) prepare a class list so that notice could be mailed.  It was several months before IMS provided a usable class list, which appeared to contain approximatley 22,000 names.  The parties both submitted memoranda to the Court concerning approval of a class notice plan, and payment of notice costs, based on the premise that approximatley 22,000 notices would be sent.  See, e.g., Defendant's Opposition to Plaintiffs' Motion for Approval of Class Notice Plan, dated 6/29/2007, p. 2:1-7.

3. In mid-September 2007, IMS first notified plaintiffs that the class list was inaccurate, that about 2/3 of the accounts listed were for people who had written checks in states other than California, and who therefore are not class members.  IMS had taken the position that this Court's August 1, 2007 Order only required plaintiffs to reimburse plaintiffs for class notice costs after plaintiffs had paid for notice.  Plaintiffs believed that this was a nonsensical interpretation of the Court's Order, since there seemed to be little point in having plaintiffs pay a cost, and then turn around and request reimbursement.   In September and October 2007, plaintiffs sought to resolve this dispute.  When it became clear that the only way to resolve the dispute would be to file a motion which would only further delay the litigation, plaintiffs decided to advance costs.  Once plaintiffs notified defendants that they were paying class notice costs, defendants filed the ex parte application that is the subject of this declaration.

4. A supersedeas bond should cover the amount of a judgment, plus related costs and interest.  Notice costs to date are $5,800 for the mailing to class members, and $1,500.00 for creating and maintaining a web site and toll-free phone number for class members to opt-out or request further information.  Future notice costs

DECL. OF P. ARONS IN OPP. TO EX PARTE APP. RE: CLASS NOTICE COSTS: Page 2

1  will include receiving and entering class notices that are returned undeliverable, re-
2  mailing returned notices to updated addresses, and other associated costs.  In addition,
3  plaintiffs will incur costs on appeal, and will be entitled to interest.  It is difficult to
4  accurately estimate the amount necessary to cover these costs, but plaintiffs believe
5  that a bond of $12,500.00 will be sufficient to cover the compensation due to plaintiffs if
6  the Ninth Circuit rejects IMS' appeal of the August 1, 2007 Order.
7  
8           I declare, under penalty of perjury, that the foregoing is true and correct,
9  that if called as a witness I could competently testify thereto, and that this declaration is
10 executed in Friday Harbor, Washington on January 7, 2007.
11                                                  s/Paul Arons