**Paul Arons, State Bar #84970**
**685 Spring Street, #104**
**Friday Harbor, WA 98250**
**Tel: (360) 378-6496**
**Fax: (360) 378-6498**
**lopa@rockisland.com**

**Ronald Wilcox, State Bar #176601**
**LAW OFFICE OF RONALD WILCOX**
**2160 The Alameda, 1st Flr., Suite F**
**San Jose, CA 95126**
**(408) 296-0400**

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDY HUNT and BRIAN CASTILLO, on behalf of themselves and others similarly situated,**<br>　　　　　　　**Plaintiffs,**<br><br>vs.<br><br>**IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,**<br><br>　　　　　　　**Defendants.** | Case No. 05-04993 MJJ<br>Case No. 06-02037 MJJ<br><br>**CLASS ACTION**<br><br>**ORDER TO SHOW CAUSE RE: DEFENDANT IN CONTEMPT**<br><br>Date: April 8, 2008<br>Time: 9:30 a.m.<br>Courtroom 11 |

Having considered the application of plaintiffs Brandy Hunt and Brian Castillo for an Order to Show Cause re: Contempt to be issued against defendant Imperial Merchant Services, Inc., d/b/a/ Check Recovery Systems ("IMS"), as to why it should not be adjudged in contempt of court, sanctioned as appropriate to compel its compliance with the Court's Order Modifying Class Certification and Granting Plaintiffs' Motion for Approval of Class Notice Plan. Docket #112, filed August 1, 2007, including,

but not limited to having to pay $1000.00 for each day it fails to deliver payment for the costs of class notice, and ordered to pay the reasonable attorneys' fees and costs incurred in connection with enforcing the August 1, 2007 Order, and good cause appearing therefore, the Court finds:

1. IMS has not paid the class notice costs, as ordered in the Court's August 1, 2007 Order;

2. IMS has not presented a sufficient justification for not complying with the August 1, 2007 Order.

IT IS HEREBY ORDERED that defendant IMS shall appear and show cause, if any there be, at _____ before this Court, why it should not be held in contempt for failing to comply with this Courts August 1, 2008 Order, that from the date of this Order, it pay plaintiffs $1,000.00 per day for each day that it does not pay the class notice costs, as set forth in the August 1, 2007 Order, and that it additionally pay the reasonable attorneys' fees and costs incurred by plaintiff in connection with enforcing the August 1, 2007 Order.

**IT IS SO ORDERED.**

DATED:                                          _____
                                                Hon. Martin J. Jenkins
                                                Judge, United States District Court