United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNT, | No. C05-04993 MJJ |
| Plaintiff, | **ORDER REQUIRING SUPPLEMENTAL BRIEFING** |
| v. | |
| CHECK RECOVERY SYSTEMS, INC., | |
| Defendant. | |

Before the Court is Defendant Imperial Merchant Service, d/b/a Check Recovery Systems' ("Defendant") Ex Parte Application For Leave to File Motion for Reconsideration of Motion to Stay Payment of Notice Costs Pending Ruling From Appeal of Order Requiring Defendant to Advance Notice Costs Prior to Entry of Judgment ("Motion"). (Docket No. 121.) Defendant requests an order staying the Court's prior order, of August 1, 2007, requiring Defendant to pay the cost of notice to class members. Defendant did not, in the Motion, discuss the merits of the request under Federal Rule of Civil Procedure 62(d).

The Court therefore **ORDERS** Defendant to file, by close of business on March 13, 2008, a letter brief, of no more than 2 pages, setting forth Defendant's position on the request for a stay in the context of Rule 62(d) and specifically addressing the issue of a supersedeas bond. *See Federal Prescription Serv., Inc. v. American Pharm. Ass'n*, 636 F.2d 755, 761 (D.C. Cir. 1980) (explaining that "a full supersedeas bond should be the requirement in normal circumstances, such as where there is some reasonable likelihood of the judgment debtor's inability or unwillingness to satisfy the

1  judgment in full upon ultimate disposition of the case and where posting adequate security is
2  practicable.")  Plaintiffs Brandy Hunt and Brian Castillo ("Plaintiffs") shall file a response, if any, of
3  no more than 2 pages, by close of business on March 17, 2008.

**IT IS SO ORDERED.**

Dated: March 11, 2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE