1  LAW OFFICES OF CLARK GAREN,
   CLARK GAREN, CALIF. BAR #50564
2  P. O. BOX 1790,
   PALM SPRINGS, CALIFORNIA 92263
3  STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
   TELEPHONE:      (760) 323-4901
4  Fax:            (760) 288-4080
   E-Mail: clarkgaren@msn.com
5
   ATTORNEYS FOR PLAINTIFFS
6  IMPERIAL MERCHANT SERVICES, a California
   corporation, doing business as
7  CHECK RECOVERY SYSTEMS

8                  UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10
   BRANDY HUNT, and BRIAN CASTILLO,    )    Case No. C 05 4993 MJJ
11 et. al., on behalf of themselves    )    Case No. C 06 2037 MJJ
   and others similarly situated.      )
12                                     )    DEFENDANTS SUPPLEMENTAL
                 Plaintiff,            )    BRIEF ON RULE 62(d) AND
13                                     )    SUPERSEDEAS BOND
   -vs-                                )
14                                     )
   CHECK RECOVERY SYSTEMS, INC.,       )
15 et. al.,                            )
                                       )
16              Defendants.            )
   _____)    Place: Courtroom 11
17
        Defendant has no objection to an order that requires the
18
   Defendant to post a supersedas bond under F.R.C.P. Rule 62(d).
19
   The amount of the bond should be for the **same** amount that the
20
   Court ordered the Defendant to pay.
21
        On August 1, 2007, the Court ordered the Plaintiff to:
22
            "account for the actual cost of producing and sending
23          the notices, and the Court ORDERS Defendant to pay the
            cost of producing and sending the notices."
24
        Plaintiff has not provided either the Defendant or the Court
25
   with an accounting of the **actual** cost of producing and sending
26
   the notices. Instead, counsel for Plaintiff sent a letter
27
   claiming to have spent $5,800.00 for mailing costs **with no**
28

_____
DEFS. SUPPLEMENTAL BRIEF ON RULE 62(d) AND SUPERSEDEAS BOND Case No. C 05 4993 MJJ
                              - 1 -

1  **itemization whatsoever** and $1,500.00 for creating and maintaining

2  a web site and toll-free number for class members to opt-out or

3  request further information. Plaintiff's counsel later executed a

4  declaration stating these facts.

5      Defendant does not recognize this to be an accounting that

6  complies with the requirements of the Court's August 1, 2008

7  order, **especially** since Counsel for Plaintiff seeks reimbursement

8  for the expense of creating and maintaining a web site and a toll

9  free number which the Court did **not** order Defendant to pay for.

10  More importantly, Counsel for Plaintiff did not even comply with

11  the order of the Court stating that Plaintiff was to **account** to

12  Defendant for the **actual costs of producing and sending the**

13  **notices.**

14      Counsel for Defendant has not stated how many notices were

15  actually sent; how much it cost to produce the notices sent; how

16  much it cost to actually send the notices and to whom the money

17  was paid, and when the notices were actually sent. This is the

18  minimum accounting information that Plaintiff was required to

19  send defendant under the August 1, 2007 order.

20      Nevertheless, to avoid further legal proceedings on this

21  issue, Defendant is willing to post a cash bond of $5,800.00 with

22  the clerk of the court as a supersedas bond to obtain a stay of

23  the August 1, 2007 order pending appeal with the condition that

24  the cash bond will not be released as long as the 9th Circuit

25  Court of Appeals retains jurisdiction of the appeal.

26  Dated: February 23, 2007          LAW OFFICES OF CLARK GAREN
                                      BY

27

28                                    CLARK GAREN,
                                      ATTORNEY FOR DEFENDANT

1
PROOF OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

2

STATE OF CALIFORNIA          )
3    COUNTY OF RIVERSIDE          )   S.S.

4         I am a citizen of the United States and a Resident of the
County Aforesaid; I am over the age of eighteen years and not a
5    party to the within entitled action; my business address is:
17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258
6         On MARCH 11, 2008, I served the within DEFENDANTS
SUPPLEMENTAL BRIEF ON RULE 62(d) AND SUPERSEDEAS BOND on the
7    interested parties herein in said action by placing a true copy
thereof enclosed in a sealed envelope with postage thereon fully
8    prepaid, in the United States mail at PALM SPRINGS, CALIFORNIA
addressed as follows:

9

IRVING L. BERG,
10   THE BERG LAW GROUP,
433 TOWN CENTER, NO. 493,
11   CORTE MADERA, CALIFORNIA 94925

12   PAUL ARONS,
LAW OFFICES OF PAUL ARONS,
13   685 SPRINGS STREET,
#104,
14   FRIDAY HARBOR, WASHINGTON 98250

15   O. RANDOLPH BRAGG,
HORWITZ, HORWITZ & ASSOCIATES,
16   25 EAST WASHINGTON,
SUITE 900
17   CHICAGO, ILLINOIS 60602

18   RONALD WILCOX,
ATTORNEY AT LAW,
19   2160 THE ALAMEDA,
FIRST FLOOR,
20   SUITE F,
SAN JOSE, CALIFORNIA 95126

21

         I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
22   TRUE AND CORRECT.

23         EXECUTED ON MARCH 11, 2008 AT PALM SPRINGS, CALIFORNIA

24

25                                 _____
                                   CLARK GAREN, DECLARANT
26

27

28

_____