```
 1  LAW OFFICES OF CLARK GAREN,
    CLARK GAREN, CALIF. BAR #50564
 2  P. O. BOX 1790,
    PALM SPRINGS, CALIFORNIA 92263
 3  STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA 92258
    TELEPHONE:      (760) 323-4901
 4  Fax:            (760) 288-4080

 5  ATTORNEYS FOR PLAINTIFFS
    IMPERIAL MERCHANT SERVICES, a California
 6  corporation, doing business as
    CHECK RECOVERY SYSTEMS
 7
```

**FILED**
APR 03 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDY HUNT, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> -vs- <br><br> CHECK RECOVERY SYSTEMS, INC., et. al., <br><br> Defendants. | Case No. C 05 4993 MJJ <br><br> CASH SUPERSEDEAS BOND TO STAY ORDER REQUIRING DEFENDANT TO PAY CLASS NOTICE COSTS POSTED PURSUANT TO COURT ORDER DATED 3/21/08 IN ACCORDANCE WITH F.R.C.P. RULE 62 AND LOCAL RULE 65.1-1(4) |

IMPERIAL MERCHANT SERVICE, INC., a California corporation, doing business as CHECK RECOVERY SERVICES, Appellant, as Principal, **herewith posts a cash bond in the sum of NINE THOUSAND DOLLARS ($9,000.00) by a Cashier's Check made payable to the Clerk of the United States District Court for the Northern District of California pursuant to Local Rule 65.1-1(4)** and is held and firmly bound to BRANDY HUNT and BRIAN COSTELLO,

---

CASH SUPERSEDEAS BOND TO STAY ORDER REQUIRING DEFENDANT TO PAY CLASS NOTICE COSTS POSTED PURSUANT TO COURT ORDER DATED 3/21/08 IN ACCORDANCE WITH F.R.C.P. RULE 62 AND LOCAL RULE 65.1-1(4); - Case Number C 05 4993 MJJ

on behalf of themselves and others similarly situated, Appellee, and their heirs, executors, administrators, or assigns or their successors and assigns, for which payment will and truly to be made it binds itself, its heirs, executors, administrators, or assigns, jointly and severally, by this instrument.

WHEREAS, on August 1, 2007, in an action pending in the above court between IMPERIAL MERCHANT SERVICE, INC., a California corporation, doing business as CHECK RECOVERY SERVICES, Appellant, as Defendant and BRANDY HUNT and BRIAN COSTELLO, on behalf of themselves and others similarly situated, Appellee, as Plaintiff, an order was entered against IMPERIAL MERCHANT SERVICE, INC., a California corporation, doing business as CHECK RECOVERY SERVICES; and

WHEREAS, IMPERIAL MERCHANT SERVICE, INC., a California corporation, doing business as CHECK RECOVERY SERVICES, Appellant, filed a timely notice of appeal from such judgment to the United States Court of Appeals for the Ninth Circuit where it is now pending as Ninth Circuit Court of Appeals Case Number 07-16418; and

WHEREAS, IMPERIAL MERCHANT SERVICE, INC., a California corporation, doing business as CHECK RECOVERY SERVICES, Appellant, applied for and obtained an order of the District Court that was issued on March 21, 2008 staying enforcement of such judgment during the pendency of the appeal,

CASH SUPERSEDEAS BOND TO STAY ORDER REQUIRING DEFENDANT TO PAY CLASS NOTICE COSTS POSTED PURSUANT TO COURT ORDER DATED 3/21/08 IN ACCORDANCE WITH F.R.C.P. RULE 62 AND LOCAL RULE 65.1-1(4); - Case Number C 05 4993 MJJ

2

NOW, THEREFORE, the condition of this obligation is that when the appeal is finally terminated and jurisdiction thereover is remitted to this Court, this Court shall make a further order regarding the disposition of the NINE THOUSAND DOLLARS ($9,000.00) cash bond deposited herewith by IMPERIAL MERCHANT SERVICE, INC., a California corporation, doing business as CHECK RECOVERY SERVICES, with the Clerk of the United States District Court for the Northern District of California pursuant to Local Rule 65.1-1(4).

Dated: March 24, 2008

IMPERIAL MERCHANT SERVICE, INC., a California corporation, doing business as CHECK RECOVERY SERVICES

By *[signature]*

TODD A. SHIELDS,
VICE-PRESIDENT AND
GENERAL MANAGER

### APPROVAL OF SUPERSEDEAS BOND

The foregoing Supersedeas Bond accompanied by a deposit of NINE THOUSAND DOLLARS ($9,000.00) by Cashier's Check payable to the Clerk of the Court for the United States District Court for the Northern District of California pursuant to Local Rule 65.1-1(4) is hereby approved.

Dated: 4/3/2008

*[signature]*

MARTIN J. JENKINS,
UNITED STATES DISTRICT JUDGE

---

CASH SUPERSEDEAS BOND TO STAY ORDER REQUIRING DEFENDANT TO PAY CLASS NOTICE COSTS POSTED PURSUANT TO COURT ORDER DATED 3/21/08 IN ACCORDANCE WITH F.R.C.P. RULE 62 AND LOCAL RULE 65.1-1(4); - Case Number C 05 4993 MJJ