# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date: 4/30/08**

<u>RELATED ACTIONS:</u>
**C-05-04993 SBA**          **JUDGE:** <u>SAUNDRA BROWN ARMSTRONG</u>
C-06-2037  SBA
**Title: HUNT** vs**. CHECK RECOVERY SYSTEMS, INC.**
**Atty.:**  <u>PAUL ARONS</u>          <u>CLARK GARENS</u>

_____          _____

**Deputy Clerk:**  Lisa R. Clark          **Court Reporter:** <u>  N/R  </u>
**PROCEEDINGS**
Plt   DFT
(  )  (  ) **1.** <u>**TELEPHONE CMC - HELD**</u>
(  )  (  ) **2.** _____
(  )  (  ) **3.** _____
(  )  (  ) **4.** _____
(  ) Motion(s)    (  ) Granted       (  ) Denied       (  ) Off Calendar
            (  ) Granted/Part   (  ) Denied/Part   (  ) Submitted
(  ) Order to be prepared by  (  ) Plaintiff  (  )Deft  (  ) Court

### RESULT OF CASE MANAGEMENT CONFERENCE
Case Continued to <u>  6/17/08  </u> for a Telephone Case Management Conference at 1:00 p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to <u> 6/17/08  @ 1:00 PM </u> for **MOTION TO STAY** Hearing
Brief Sched. Motion papers by <u> 5/13/08 </u> Opposition by <u>5/27/08</u>  Reply by <u> 6/3/08  </u>
General Discovery Cut-off_____ Expert Discovery Cut-off_____
Plft to name Experts by_____ Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____ Responses
to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:_____Days) at 8:30 a.m.
(  ) REFERRED TO MAGISTRATE_____ FOR SETTLEMENT CONFERENCE
(  ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: <u> MOTION HEARING WILL BE HELD BY TELEPHONE IS HEARING IS REQUIRED;
CLERK WILL NOTIFY THE PARTIES OF THE HEARING</u>
cc: DAVID