Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BRANDY HUNT and BRIAN CASTILLO, et al, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>Defendants. | Case No. 05-04993 SBA<br>Case No. 06-02037 SBA<br><br>CLASS ACTION<br><br>DECLARATION OF PAUL ARONS IN SUPPORT OF PLAINTIFFS MOTION LEAVE TO FILE A MOTION FOR RECONSIDERATION OF JUNE 17, 2008 ORDER GRANTING DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING APPEALS |
|---|---|

I, Paul Arons declare as follows:

1. I am an attorney of record for plaintiffs herein and I make this declaration in support of plaintiffs' request for leave to file a motion for reconsideration of the June 17, 2008 Order staying this action.

2. I am attaching as Exhibit 1 to this declaration an April 24, 2006 letter from Geoffrey Mandly to Clark Garen, which Mr. Garen provided to me during the course of this lawsuit.  In the letter, the insurance carrier agrees that Mr. Garen may represent

the defendant, and that the defendant has agreed to bear "the entire cost of the defense in this matter," although Mr. Garen's fees may be charged against the $15,000 deductible.  In short, defendant gave up its right to have the insurance carrier pay for its defense, so that it could have Mr. Garen as its counsel.  Mr. Garen has explained to me, and in his declaration filed in support of the motion to stay on May 8, 2008, that this choice was made so that the Ninth Circuit could rule on the underlying liability issue.  However, Mr. Garen has refused plaintiffs' suggestion that it simply stipulate to an adverse judgment which it could then appeal.

I declare, under penalty of perjury, that the foregoing is true and correct, that if called as a witness I could competently testify thereto, and that this declaration is executed in Friday Harbor, Washington on June 30, 2008.

s/Paul Arons<br>PAUL ARONS



Chubb Group of Insurance Companies
82 Hopmeadow Street
P.O. Box 2002
Simsbury, CT 06070-7683
Phone: 860.408.2000 • Fax: 860.408.2002
www.chubb.com

April 24, 2006

Clark Garen, Esq.
Attorney At Law
P.O. Box 1790
Palm Springs, CA 92263

RE:  INSURED:      Professional Collection Consultants
     POLICY NO:    6800-3687
     CLAIM NO:     125977
     SUBJECT:      Brian Castillo

Dear Clark Garen, Esq.:

This letter is sent to inform you of our consent to your retention for the defense of our Insured, Professional Collection Consultants (PCC) a/k/a Imperial Merchant Services, Inc. d/b/a Check Recovery Services (CRS) in the above-referenced matter. It is our understanding that you have performed a conflicts check and that there is no issue surrounding your firm's representation of our Insured. I enclose a copy of the Complaint.

As discussed, at the request of PCC/CRS we have agreed to retain your services to defend the interests of PCC/CRS in this matter. Reasonable defense expenses related solely to the defense of the above-captioned matter will be applied towards the $15,000.00 deductible under the professional liability policy for PCC/CRS. Your hourly rate for purposes of the deductible has been established as $200.00/hour. Only covered expenses will be applied against this deductible. In addition, PCC/CRS has agreed to bear the entire cost of the defense in this matter; however, ERII continues to reserve its rights under the Policy and at law to appoint counsel of its own choosing

At Chubb, we strive to provide the highest quality of claims service in the industry, consistent with our obligations to our Insured. In handling this matter, please refer to our Billing and Reporting Guidelines for defense counsel case management. These Guidelines reflect our expectations for the handling of the above matter on behalf of our Insured. They are intended to facilitate communication, set parameters and insure an effective relationship between us with the ultimate goal of achieving a high quality, cost effective and efficient resolution of this and any future matters. Furthermore, the Guidelines should not be construed, as a means to limit, in any way, the defense owed to our Insured.

**EXHIBIT 1**

Page 2

As outlined in the Guidelines, we require that defense counsel submit an Initial Report at the outset of the handling of this matter. This Report should include:

- Assessment of Claim: an assessment of liability, nature of damages, current settlement value and potential verdict range;

- Strategy: a methodology for the conduct of our defense effort, considering resources and procedures required to fulfill all objectives; and

- Estimate of Cost: a preliminary budget projection of time and fees to be incurred for the above strategy.

This Report should be continually updated through quarterly status reports or more frequently whenever significant developments occur.

In addition, we request submission of itemized billing statements on a quarterly basis.

We also ask that you remain vigilant at all times and consider opportunities to utilize ADR or other methods which may help to resolve the litigation in a cost effective matter.

Please also be advised that Chubb Group of Insurance Companies retains the right to terminate your services at any time.

The contact person at Professional Collection Consultants is Mr. Todd Shields. His telephone number is (310) 636-1001 at ext. 137.

I look forward to working with you on this matter.

Very truly yours,

Geoffrey G. Mandly
Claims Examiner

Direct Dial: (860)408-2759
Fax: (860)408-2381
E-mail: gmandly@chubb.com


cc:     Todd Shields
        Professional Collection Consultants/Check Recovery Services
        P.O. Box 45274
        Los Angeles, CA  90045

        Janice L. Fortney
        Liability Supervisor
        DiBuduo & DeFendis Insurance Brokers, LLC
        7030 N. Fruit Avenue
        Fresno, CA  93711

**EXHIBIT 1**