UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, et al, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>Defendant. | **Case No: C 05-04993 SBA**<br>**Case No.: C 06-02037 SBA**<br><br>**Consolidated Action**<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME**<br><br>Docket 155 |

Case Nos. C 05-4993 SBA and C 06-2037 SBA were consolidated by the Court on August 28, 2006 by the Honorable Martin J. Jenkins, prior to the reassignment of the cases to this Court. On June 17, 2008, the Court granted Defendant's motion to stay the above-referenced actions pending resolution of two appeals filed in the Ninth Circuit Court of Appeals. (Docket No. 144.) The Court's stay order directed the parties to notify the Court "within ten days of any disposition of either appeal by the Ninth Circuit." (Id.) The Court has been notified that the appeals have been resolved. In addition, Plaintiffs have filed a motion for an order shortening time for hearing on their motion to lift stay, and to refer the case to a settlement conference. (Docket 155.) The request for an order shortening time is moot because under the Court's prior order, the stay is to be lifted upon notification that the appeals have been resolved. However, since Defendant does not oppose Plaintiffs' request for a settlement conference, the matter will be referred accordingly.

IT IS HEREBY ORDERED THAT:

1. The stay is VACATED.

2. Plaintiffs' motion for an order shortening time is DENIED as moot.

3. The above-referenced action is REFERRED to the Chief Magistrate Judge or her designee for the scheduling of a mandatory settlement conference to take place within the next 45 days.

4. The parties shall appear for a Case Management Conference on **December 16, 2009 at 3:15 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559.

5. This Order shall be filed in both of the above-captioned actions. However, because the actions have been consolidated, all further filings shall be made in C 05-4993 SBA only.

IT IS SO ORDERED.

Dated: October 7, 2009

SAUNDRA BROWN ARMSTRONG
United States District Judge