Paul Arons, State Bar #84970
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Attorneys for Plaintiff Brandy Hunt

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiff Brian Castillo, Brandy Hunt and the Class

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, on behalf of hem and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>Defendants. | Case No. 05-04993 SBA<br>Case No. 06-02037 SBA<br><br>CLASS ACTION<br><br>ORDER TO RELEASE SUPERSEDEAS BOND TO PLAINTIFFS' COUNSEL |

On August 1, 2007 the Court approved the class notice plan proposed by plaintiffs, including an order that defendant Imperial Merchant Services, Inc., d/b/a/ Check Recovery Systems, (IMS), pay the anticipated costs of class notice. Docket No. 112. Defendant IMS filed an interlocutory appeal of the order that it pay class notice costs. On April 21, 2009 the Court ordered IMS to post a supersedeas bond in the amount of $9,000.00 as a condition of staying, pending appeal, its order that IMS pay class notice costs. Docket No. 132. On March 31, 2009,

ORDER TO RELEASE BOND: Page 1

the Ninth Circuit affirmed the Court's ruling that IMS pay class notice costs. *Hunt v. Imperial Merchant Srvcs.*, 560 F.3d 1137 (9th Cir. 2009). Plaintiffs' counsel, in providing the class notice approved by the Court, has spent in excess of the bond amount on class notice. On November 19, 2009, as part of an overall settlement of this action, defendant agreed to stipulate to release of the bond to plaintiffs' counsel. Based on the Ninth Circuit's affirmance of the August 1, 2007 order that defendant pay the cost of class notice, on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the parties' request for an order is granted. The Clerk of the Court shall release the Cash Supersedeas bond in the amount of $9,000.00, previously posted by defendant Imperial Merchant Services, Inc., d/b/a/ Check Recovery Systems, on or about April 12, 2008, to plaintiffs' counsel, payable to the Law Office of Paul Arons.

DATED: 1/25/10

_____
Hon. Saundra B. Armstrong, Judge
UNITED STATES DISTRICT COURT

ORDER TO RELEASE BOND: Page 2