UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>Defendant.<br>_____/ | No. C-05-04993 DMR<br>No. C-06-02037 DMR<br><br>**ORDER REGARDING ADDITIONAL COST INFORMATION** |

Plaintiffs' Counsel are directed to file with the Court by **October 4, 2010** a pleading that itemizes the costs for class notice and claims administration that have been or will be incurred as part of the classwide settlement. For each incurred cost, please set forth the cost item, the amount incurred, when it was incurred, by whom, and whether it appears as an item for which Plaintiffs' Counsel is seeking reimbursement through its Motion for Attorneys' Fees and Costs currently pending before the Court (*See* Docket No. 181). With respect to claims administration costs that will be incurred, please set forth each cost item, the estimated amount, and when the cost will be incurred.

IT IS SO ORDERED.

Dated: September 27, 2010

_____
DONNA M. RYU
United States Magistrate Judge