UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY HUNT and BRIAN CASTILLO, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a CHECK RECOVERY SYSTEMS,<br><br>    Defendant.<br>_____/ | No. C-05-04993 DMR<br><br>**ORDER REGARDING ADDITIONAL FEE INFORMATION** |

    Plaintiffs' Counsel are directed to file with the Court by **October 8, 2010** a declaration with information supporting an award of fees for work performed by Craig Shapiro. The Declaration of O. Randolph Bragg in Support of Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs (*See* Docket No. 182) does not contain adequate information regarding Mr. Shapiro's experience.

    IT IS SO ORDERED.

Dated: October 1, 2010

                                                  _____<br>
                                                  DONNA M. RYU<br>
                                                  United States Magistrate Judge